# EXHIBIT 8

# SUNNY BOY
## 3.0-US / 3.8-US / 5.0-US / 6.0-US / 7.0-US / 7.7-US





SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41
SB7.0-1SP-US-41 / SB7.7-1SP-US-41 / SB3.8-1TP-US-41 / SB7.7-1TP-US-41
SB5.0-1TP-US-41 / SB6.0-1TP-US-41 / SB7.0-1TP-US-41

SMA ShadeFix

**Value-Added Improvements**
- SunSpec certified technology for cost-effective module-level shutdown
- Advanced AFCI compliant to UL 1699B for arc fault protection

**Reduced Labor**
- New Installation Assistant with direct access via smartphone minimizes time in the field
- Advanced communication interface with fewer components creates 50% faster setup and commissioning

**Optimized Power Production**
- ShadeFix, SMA's proprietary shade management solution, produces more power than alternatives
- Reduced component count provides maximum system reliability

**Trouble-Free Service**
- SMA Service Mobile App provides simplified, expedited field service
- Equipped with SMA Smart Connected, a proactive service solution that is integrated into Sunny Portal

# SUNNY BOY 3.0-US / 3.8-US / 5.0-US / 6.0-US / 7.0-US / 7.7-US
## Power with a purpose

The residential PV market is changing rapidly. Your bottom line matters more than ever—so we've designed a superior residential solution to help you decrease costs at every stage of your business operations. The Sunny Boy 3.0-US/3.8-US/5.0-US/6.0-US/7.0-US/7.7-US join the SMA lineup of field-proven solar technology backed by the world's #1 service team. This improved residential solution features ShadeFix, SMA's proprietary technology that optimizes system performance. ShadeFix also provides superior power production with a reduced component count versus competitors, which provides maximum reliability. No other optimized solution generates more power or is as easy as systems featuring SMA ShadeFix and SunSpec certified devices. Finally, SMA Smart Connected will automatically detect errors and initiate the repair and replacement process so that installers can reduce service calls and save time and money.

| Technical data | Sunny Boy 3.0-US 208 V | Sunny Boy 3.0-US 240 V | Sunny Boy 3.8-US 208 V | Sunny Boy 3.8-US 240 V | Sunny Boy 5.0-US 208 V | Sunny Boy 5.0-US 240 V |
|---|---|---|---|---|---|---|
| **Input (DC)** | | | | | | |
| Max. PV power | 4800 Wp | | 6144 Wp | | 8000 Wp | |
| Max. DC voltage | 600 V | | | | | |
| Rated MPP voltage range | 155 – 480 V | | 195 – 480 V | | 220 – 480 V | |
| MPPT operating voltage range | 100 – 550 V | | | | | |
| Min. DC voltage / start voltage | 100 V / 125 V | | | | | |
| Max. operating input current per MPPT | 10 A | | | | | |
| Max. short circuit current per MPPT | 18 A | | | | | |
| Number of MPPT tracker / string per MPPT tracker | 2/1 | | | | 3 / 1 | |
| **Output (AC)** | | | | | | |
| AC nominal power | 3000 W | 3000 W | 3330 W | 3840 W | 5000 W | 5000 W |
| Max. AC apparent power | 3000 VA | 3000 VA | 3330 VA | 3840 VA | 5000 VA | 5000 VA |
| Nominal voltage / adjustable | 208 V / ● | 240 V / ● | 208 V / ● | 240 V / ● | 208 V / ● | 240 V / ● |
| AC voltage range | 183 – 229 V | 211 – 264 V | 183 – 229 V | 211 – 264 V | 183 – 229 V | 211 – 264 V |
| AC grid frequency | 60 Hz / 50 Hz | | | | | |
| Max. output current | 14.5 A | 12.5 A | 16.0 A | 16.0 A | 24.0 A | 21.0 A |
| Power factor (cos φ) / harmonics | 1 / < 4 % | | | | | |
| Output phases / line connections | 1 / 2 | | | | | |
| **Efficiency** | | | | | | |
| Max. efficiency | 97.2 % | 97.6 % | 97.3 % | 97.6 % | 97.3 % | 97.6 % |
| CEC efficiency | 96.0 % | 96.5 % | 96.5 % | 96.5 % | 96.5 % | 97.0 % |
| **Protection devices** | | | | | | |
| DC disconnect device / DC reverse polarity protection | ● / ● | | | | | |
| Ground fault monitoring / Grid monitoring | ● | | | | | |
| AC short circuit protection | ● | | | | | |
| All-pole sensitive residual current monitoring unit (RCMU) | ● | | | | | |
| Arc fault circuit interrupter (AFCI) | ● | | | | | |
| Protection class / overvoltage category | I / IV | | | | | |
| **General data** | | | | | | |
| Dimensions (W / H / D) in mm (in) | 535 x 730 x 198 (21.1 x 28.5 x 7.8) | | | | | |
| Packaging dimensions (W / H / D) in mm (in) | 600 x 800 x 300 (23.6 x 31.5 x 11.8) | | | | | |
| Weight / packaging weight | 26 kg (57 lb) / 30 kg (66 lb) | | | | | |
| Temperature range: operating / non-operating | –25°C ...+60°C / –40°C ...+60°C | | | | | |
| Environmental protection rating | NEMA 3R | | | | | |
| Noise emission (typical) | 39 dB(A) | | | | | |
| Internal power consumption at night | < 5 W | | | | | |
| Topology / cooling concept | transformerless / convection | | | | | |
| **Features** | | | | | | |
| Ethernet ports | 2 | | | | | |
| Secure Power Supply | ● [1] | | | | | |
| Display (2 x 16 characters) | ● | | | | | |
| 2.4 GHz WLAN / External WLAN antenna | ▲ / ● | | | | | |
| ShadeFix technology for string level optimization | ● | | | | | |
| Cellular (4G / 3G) / Revenue Grade Meter | ○ / ○ [2] | | | | | |
| Warranty: 10 / 15 / 20 years | ● / ○ / ○ [3] | | | | | |
| Certificates and approvals | UL 1741, UL 1741 SA incl. CA Rule 21 RSD, UL 1998, UL 1699B Ed. 1, IEEE1547, FCC Part 15 (Class A & B), CAN/CSA V22.2 107.1-1, HECO Rule 14H, PV Rapid Shutdown System Equipment | | | | | |

● Standard features ○ Optional features — Not available ▲ Subject to availability

Data at nominal conditions   1) Not compatible with SunSpec shutdown devices   2) Standard in SBX.X-1TP-US-41

| Type designation | SB3.0-1SP-US-41 / SB3.0-1TP-US-41 | | SB3.8-1SP-US-41 / SB3.8-1TP-US-41 | | SB5.0-1SP-US-41 / SB5.0-1TP-US-41 | |

**Accessories**

 External WLAN antenna EXTANT-US-40

 SunSpec Certified Rapid Shutdown Receivers

 Revenue Grade Meter Kit RGM05KIT-US-10

 Cellular Modem Kit CELLMODKIT-US-10

3) Listed warranty terms are applicable in SMA-designated primary support countries, including the U.S., Canada, and Mexico. Reduced terms or restrictions may apply in other Americas regions and territories including the Pacific and Caribbean.



Efficiency curve SUNNY BOY 6.0-1SP-US-41

| Technical data | Sunny Boy 6.0-US | | Sunny Boy 7.0-US | | Sunny Boy 7.7-US | |
|---|---|---|---|---|---|---|
| | 208 V | 240 V | 208 V | 240 V | 208 V | 240 V |
| **Input (DC)** | | | | | | |
| Max. PV power | 9600 Wp | | 11200 Wp | | 12320 Wp | |
| Max. DC Voltage | 600 V | | | | | |
| Rated MPP Voltage range | 220 – 480 V | | 245 - 480 V | | 270 - 480 V | |
| MPPT operating voltage range | 100 – 550 V | | | | | |
| Min. DC voltage / start voltage | 100 V / 125 V | | | | | |
| Max. operating input current per MPPT | 10 A | | | | | |
| Max. short circuit current per MPPT | 18 A | | | | | |
| Number of MPPT tracker / string per MPPT tracker | 3 / 1 | | | | | |
| **Output (AC)** | | | | | | |
| AC nominal power | 5200 W | 6000 W | 6660 W | 7000 W | 6660 W | 7680 W |
| Max. AC apparent power | 5200 VA | 6000 VA | 6660 VA | 7000 VA | 6660 VA | 7680 VA |
| Nominal voltage / adjustable | 208 V / ● | 240 V / ● | 208 V / ● | 240 V / ● | 208 V / ● | 240 V / ● |
| AC voltage range | 183 – 229 V | 211 – 264 V | 183 – 229 V | 211 – 264 V | 183 – 229 V | 211 – 264 V |
| AC grid frequency | 60 Hz / 50 Hz | | | | | |
| Max. output current | 25.0 A | 25.0 A | 32.0 A | 29.2 A | 32.0 A | 32.0 A |
| Power factor (cos φ) / harmonics | 1 / < 4 % | | | | | |
| Output phases / line connections | 1 / 2 | | | | | |
| **Efficiency** | | | | | | |
| Max. efficiency | 97.3 % | 97.7 % | 97.3 % | 97.9 % | 97.3 % | 97.5 % |
| CEC efficiency | 96.5 % | 97.0 % | 96.5 % | 97.0 % | 96.5 % | 97.0 % |
| **Protection devices** | | | | | | |
| DC disconnect device / DC reverse polarity protection | ● / ● | | | | | |
| Ground fault monitoring / Grid monitoring | ● | | | | | |
| AC short circuit protection | ● | | | | | |
| All-pole sensitive residual current monitoring unit (RCMU) | ● | | | | | |
| Arc fault circuit interrupter (AFCI) | ● | | | | | |
| Protection class / overvoltage category | I / IV | | | | | |
| **General data** | | | | | | |
| Dimensions (W / H / D) in mm (in) | 535 x 730 x 198 (21.1 x 28.5 x 7.8) | | | | | |
| Packaging Dimensions (W / H / D) in mm (in) | 600 x 800 x 300 (23.6 x 31.5 x 11.8) | | | | | |
| Weight / packaging weight | 26 kg (57 lb) / 30 kg (66 lb) | | | | | |
| Temperature range: operating / non-operating | –25°C ...+60°C / –40°C ...+60°C | | | | | |
| Environmental protection rating | NEMA 3R | | | | | |
| Noise emission (typical) | 39 dB(A) | | 45 dB(A) | | | |
| Internal power consumption at night | < 5 W | | | | | |
| Topology / cooling concept | transformerless / convection | | transformerless / fan | | | |
| **Features** | | | | | | |
| Ethernet ports | 2 | | | | | |
| Secure Power Supply | ● 1) | | | | | |
| Display (2 x 16 characters) | ● | | | | | |
| 2.4 GHz WLAN / External WLAN antenna | ▲ / ○ | | | | | |
| ShadeFix technology for string level optimization | ● | | | | | |
| Cellular (4G / 3G) / Revenue Grade Meter | ○ / ○ 2) | | | | | |
| Warranty: 10 / 15 / 20 years | ● / ○ / ○ 3) | | | | | |
| Certificates and approvals | UL 1741, UL 1741 SA incl. CA Rule 21 RSD, UL 1998, UL 1699B Ed. 1, IEEE1547, FCC Part 15 (Class A & B), CAN/CSA V22.2 107.1-1, HECO Rule 14H, PV Rapid Shutdown System Equipment | | | | | |

● Standard features   ○ Optional features   — Not available   ▲ Subject to availability
Data at nominal conditions   1) Not compatible with SunSpec shutdown devices   2) Standard in SBX.X-1TP-US-41

| Type designation | SB6.0-1SP-US-41 / SB6.0-1TP-US-41 | SB7.0-1SP-US-41 / SB7.0-1TP-US-41 | SB7.7-1SP-US-41 / SB7.7-1TP-US-41 |
|---|---|---|---|

# THE SMA ENERGY SYSTEM HOME

The SMA Energy System Home combines legendary SMA inverter performance and SunSpec certified shutdown devices in one cost-effective, comprehensive package. In addition, SMA ShadeFix technology optimizes power production and provides greater reliability than alternatives.

This rapid shutdown solution fulfills UL 1741, NEC 2014, and NEC 2017 requirements and is certified to the power line-based SunSpec Rapid Shutdown communication signal over DC wires, making it the most simple and cost-effective rapid shutdown solution on the market.

**Visit www.SMA-America.com for more information.**





## SIMPLE, FLEXIBLE DESIGN

Speed the completion of customer proposals and maximize the efficiency of your design team with the Sunny Boy-US series, which provides a new level of flexibility in system design by offering:

» Hundreds of stringing configurations and multiple independent MPPTs

» SMA's proprietary ShadeFix technology optimizes power production

» Diverse application options including on- and off-grid compatibility



## VALUE-DRIVEN SALES ENABLEMENT

SMA wants to enable your sales team by arming them with an abundance of feature/benefit support. Show your customers the value of the Sunny Boy-US series by utilizing:

» The opportunity to join the SMA PowerUP network of installers who receive in-depth training, enhanced service, and prioritized marketing support

» SMA's 40 year history and status as the #1 global inverter manufacturer instills homeowners with peace of mind and the long-term security they demand from a PV investment

» The most economical solution for shade mitigation with superior power production



## IMPROVED STOCKING AND ORDERING

Ensure that your back office business operations run smoothly and succinctly while mitigating potential errors. The Sunny Boy-US series can help achieve cost savings in these areas by providing:

» An integrated DC disconnect that simplifies equipment stocking and allows for a single inverter part number

» All communications integrated into the inverter, eliminating the need to order additional equipment



## STREAMLINED INSTALLATION AND COMMISSIONING

Expedite your operations in the field by taking advantage of the new Sunny Boy's installer-friendly feature set including:

» Direct access via smartphone and utilization of SMA's Installation Assistant, which minimizes time/labor spent in the field and speeds the path to commissioning

» Simple commissioning and monitoring setup in a single online portal

» The fastest, easiest installation thanks to SMA ShadeFix and SunSpec certified shutdown devices



## SUPERIOR SERVICE

SMA understands the factors that contribute to lifetime PV ownership cost, that's why the Sunny Boy-US series was designed for maximum reliability and backstopped by an unmatched service offering. Benefit from:

» SMA Smart Connected, a proactive service solution integrated into Sunny Portal that automatically detects errors and initiates the repair and replacement process

» The SMA Service Mobile App, which provides simplified, expedited field service

SB-xxLS-US-en-41   SMA and Sunny Boy are registered trademarks of SMA Solar Technology AG. Printed on FSC-certified paper. All products and services described as well as technical data are subject to change, even for reasons of country-specific deviations, at any time without notice. SMA assumes no liability for errors or omissions. For current information, see www.SMA-Solar.com.