# EXHIBIT 9





**ENGLISH** Installation Manual

**ESPAÑOL** Instrucciones de instalación

**FRANÇAIS** Instructions d'installation

# SUNNY BOY 3.0-US / 3.8-US / 5.0-US / 6.0-US / 7.0-US / 7.7-US

## SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 / SB7.0-1SP-US-41 / SB7.7-1SP-US-41

eManual

# Important information

Depending on availability, the product is or is not equipped with Wi-Fi functionality. The reason for this is the currently problematic semiconductor supply, caused by the COVID-19 pandemic.

If the product is not equipped with Wi-Fi functionality, please use the standard Ethernet communication interface included for commissioning, configuration and integrating the product into a network.

If integrating the product into a Wi-Fi network is absolutely necessary, this can be done using a commercial Wi-Fi repeater, which is connected to the product via Ethernet.

# Legal Provisions

The information contained in these documents is the property of SMA Solar Technology AG. No part of this document may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, be it electronic, mechanical, photographic, magnetic or otherwise, without the prior written permission of SMA Solar Technology AG. Internal reproduction used solely for the purpose of product evaluation or other proper use is allowed and does not require prior approval.

SMA Solar Technology AG makes no representations or warranties, express or implied, with respect to this documentation or any of the equipment and/or software it may describe, including (with no limitation) any implied warranties of utility, merchantability, or fitness for any particular purpose. All such representations or warranties are expressly disclaimed. Neither SMA Solar Technology AG nor its distributors or dealers shall be liable for any indirect, incidental, or consequential damages under any circumstances.

The exclusion of implied warranties may not apply in all cases under some statutes, and thus the above exclusion may not apply.

Specifications are subject to change without notice. Every attempt has been made to make this document complete, accurate and up-to-date. Readers are cautioned, however, that product improvements and field usage experience may cause SMA Solar Technology AG to make changes to these specifications without advance notice or per contract provisions. SMA Solar Technology AG shall not be responsible for any damages, including indirect, incidental or consequential damages, caused by reliance on the material presented, including, but not limited to, omissions, typographical errors, arithmetical errors or listing errors in the content material.

## SMA Warranty

You can download the current warranty conditions from the Internet at www.SMA-Solar.com.

## Software licenses

The licenses for the installed software modules (open source) can be found in the user interface of the product.

## Trademarks

All trademarks are recognized, even if not explicitly identified as such. Missing designations do not mean that a product or brand is not a registered trademark.

**SMA Solar Technology AG**

Sonnenallee 1

34266 Niestetal

Germany

Phone +49 561 9522-0

Fax +49 561 9522 100

www.SMA.de

E-mail: info@SMA.de

Status: 3/24/2022

Copyright © 2022 SMA Solar Technology AG. All rights reserved.

ENGLISH

# Table of Contents

**1 Information on this Document .......... 6**
1.1 Validity .......... 6
1.2 Target Group .......... 6
1.3 Content and Structure of this Document .......... 6
1.4 Levels of warning messages .......... 6
1.5 Symbols in the Document .......... 7
1.6 Typographical Elements in the Document .......... 7
1.7 Designations in the Document .......... 7
1.8 Additional Information .......... 8

**2 Safety .......... 9**
2.1 Intended Use .......... 9
2.2 IMPORTANT SAFETY INSTRUCTIONS .......... 10

**3 Scope of Delivery .......... 14**

**4 Product Overview .......... 15**
4.1 Product Description .......... 15
4.2 Symbols on the Product .......... 16
4.3 Interfaces and Functions .......... 17
4.4 LED Signals .......... 22

**5 Mounting .......... 24**
5.1 Requirements for Mounting .......... 24
5.2 Mounting the Inverter .......... 27

**6 Electrical Connection .......... 30**
6.1 Overview of the Connection Area .......... 30
6.1.1 View from Below .......... 30
6.1.2 Interior View .......... 31
6.2 AC Connection .......... 32
6.2.1 Requirements for the AC Connection .......... 32
6.2.2 Connecting the Inverter to the Utility Grid .......... 33
6.3 Connecting the Network Cables .......... 36
6.4 Connecting the Multifunction Relay .......... 37
6.4.1 Procedure for connecting the multifunction relay .......... 37
6.4.2 Operating Modes of the Multifunction Relay .......... 37
6.4.3 Connection Options .......... 38
6.4.4 Connection to the Multifunction Relay .......... 41
6.5 Connecting the switch and outlet for secure power supply operation .......... 43

e 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 6 of 235 PageID #

6.6 DC Connection .... 47
6.6.1 Requirements for the DC Connection .... 47
6.6.2 Connecting the PV Array .... 49

**7 Commissioning .... 52**
7.1 Commissioning Procedure .... 52
7.2 Commissioning the Inverter .... 52
7.3 Establishing a connection to the user interface .... 54
7.3.1 Establishing a Direct Connection via Ethernet .... 54
7.3.2 Establishing a direct connection via WLAN .... 54
7.3.3 Establishing a Connection via Ethernet in the local network .... 56
7.3.4 Establishing a Connection via WLAN in the Local Network .... 57
7.4 Logging Into the User Interface .... 58
7.5 Selecting a configuration option .... 59

**8 Disconnecting the Inverter from Voltage Sources .... 61**

**9 Decommissioning the Inverter .... 63**

**10 Technical Data .... 65**
10.1 DC/AC .... 65
10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US .... 65
10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US .... 67
10.2 AC Output, Secure Power Supply Operation .... 69
10.3 Multifunction Relay .... 69
10.4 Triggering Thresholds and Tripping Time .... 70
10.5 General Data .... 70
10.6 Fan (only with Sunny Boy 7.0-US / 7.7-US) .... 72
10.7 Protective Devices .... 72
10.8 Torques .... 72
10.9 Data Storage Capacity .... 73

**11 Compliance Information .... 74**

**12 Contact .... 75**

# 1 Information on this Document

## 1.1 Validity

This document is valid for:

- SB3.0-1SP-US-41 (Sunny Boy 3.0-US) from firmware version 03.01.00.R
- SB3.8-1SP-US-41 (Sunny Boy 3.8-US) from firmware version 03.01.00.R
- SB5.0-1SP-US-41 (Sunny Boy 5.0-US) from firmware version 03.01.00.R
- SB6.0-1SP-US-41 (Sunny Boy 6.0-US) from firmware version 03.01.00.R
- SB7.0-1SP-US-41 (Sunny Boy 7.0-US) from firmware version 03.01.00.R
- SB7.7-1SP-US-41 (Sunny Boy 7.7-US) from firmware version 03.01.00.R

## 1.2 Target Group

The tasks described in this document must only be performed by qualified persons. Qualified persons must have the following skills:

- Knowledge of how an inverter works and is operated
- Training in how to deal with the dangers and risks associated with installing, repairing and using electrical devices and installations
- Training in the installation and commissioning of electrical devices and installations
- Knowledge of all applicable laws, standards and directives
- Knowledge of and compliance with this document and all safety information

## 1.3 Content and Structure of this Document

This document describes the installation, commissioning and decommissioning of the product.

The latest version of this document and the manual for operating the user interface as well as information on configuration and troubleshooting of the product are to be found in PDF format and as eManual at www.SMA-Solar.com. You will find the QR code that links to the eManual on the title page of this document. You can also call up the eManual via the user interface of the product.

Illustrations in this document are reduced to the essential information and may deviate from the real product.

## 1.4 Levels of warning messages

The following levels of warning messages may occur when handling the product.

| ⚠ DANGER |
| --- |
| Indicates a hazardous situation which, if not avoided, will result in death or serious injury. |

| ⚠ WARNING |
| --- |
| Indicates a hazardous situation which, if not avoided, could result in death or serious injury. |

ENGLISH

| ⚠ CAUTION |
|---|
| Indicates a hazardous situation which, if not avoided, could result in minor or moderate injury. |

| NOTICE |
|---|
| Indicates a situation which, if not avoided, can result in property damage. |

## 1.5 Symbols in the Document

| Icon | Explanation |
|---|---|
| i | Information that is important for a specific topic or goal, but is not safety-relevant |
| ☐ | Indicates a requirement for meeting a specific goal |
| ☑ | Desired result |
| ✖ | A problem that might occur. |
| | Example |

## 1.6 Typographical Elements in the Document

| Typographical element | Use | Example |
|---|---|---|
| **bold** | • Messages<br>• Terminals<br>• Elements on a user interface<br>• Elements to be selected<br>• Elements to be entered | • Connect the insulated conductors to the terminals **X703:1** to **X703:6**.<br>• Enter **10** in the field **Minutes**. |
| **>** | • Connects several elements to be selected | • Go to **Settings > Date**. |
| [**Button**]<br>[**Key**] | • Button or key to be clicked on or pressed down | • Select [**Enter**]. |
| # | • Placeholder for variable components (e.g., parameter names) | • Parameter **WCtlHz.Hz#** |

## 1.7 Designations in the Document

| Complete designation | Designation in this document |
|---|---|
| Sunny Boy | Inverter, product |

ENGLISH

## 1.8 Additional Information

For more information, please go to www.SMA-Solar.com.

| Title and information content | Type of information |
|---|---|
| Operation, configuration and troubleshooting | User manual (eManual) |
| "PUBLIC CYBER SECURITY - Guidelines for a Secure PV System Communication" | Technical Information |
| "Grid Support Utility Interactive Inverters"<br>Information about how to activate and to set the grid supporting features according to UL 1741 SA | Technical Information |
| "Efficiency and Derating"<br>Efficiency and derating behavior of the SMA inverters | Technical Information |
| "Parameters and Measured Values"<br>Overview of all inverter operating parameters and their configuration options | Technical Information |
| "SMA and SunSpec Modbus® Interface"<br>Information on the Modbus interface | Technical Information |
| "Modbus® parameters and measured values"<br>Device-specific list of the Modbus register | Technical Information |
| "SMA SPEEDWIRE FIELDBUS" | Technical information |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 10 of 235 PageID #

# 2 Safety

## 2.1 Intended Use

The Sunny Boy is a transformerless PV inverter which converts the direct current of the PV array to grid-compliant alternating current and feeds it into the utility grid.

The product is suitable for indoor and outdoor use.

The product must only be operated with PV arrays (PV modules and cabling) that are approved by the electrical standards applicable on-site and the *National Electrical Code*® ANSI/NFPA 70 or the *Canadian Electrical Code*® CSA C22.1.

**No galvanic isolation**

The product is not equipped with a transformer and therefore has no galvanic isolation.

- Do not operate grounded PV modules together with the product. If grounded PV modules are connected to the product, an event will occur which will appear on the product display. The event will also be displayed, along with the associated message, in the event list on the user interface of the product.
- Only ground the mounting frames of the PV modules.
- The neutral conductor of the AC output is not bonded to ground within the product.
- The neutral conductor of the AC output for secure power supply operation is bonded to ground within the product.

PV modules with a high capacity to ground must only be used if the coupling capacity of all PV modules does not exceed 2.5 μF.

To protect the PV system against excessive reverse currents under fault conditions, a DC-side overcurrent protective device must be connected in accordance with the *National Electrical Code*® to prevent any short-circuit currents that exceed the ampacity of the DC electric circuit or the maximum series fuse rating of the PV modules. Typically, string fuses are used if more than two strings are connected in parallel.

All components must remain within their permitted operating ranges and their installation requirements at all times.

The product is approved for the US and Canadian market.

Use SMA products only in accordance with the information provided in the enclosed documentation and with the locally applicable laws, regulations, standards and directives. Any other application may cause personal injury or property damage.

Alterations to the SMA products, e.g., changes or modifications, are only permitted with the express written permission of SMA Solar Technology AG. Unauthorized alterations will void guarantee and warranty claims and in most cases terminate the operating license. SMA Solar Technology AG shall not be held liable for any damage caused by such changes.

Any use of the product other than that described in the Intended Use section does not qualify as appropriate.

The enclosed documentation is an integral part of this product. Keep the documentation in a convenient, dry place for future reference and observe all instructions contained therein.

This document does not replace any regional, state, provincial, federal or national laws, regulations or standards that apply to the installation, electrical safety and use of the product. SMA Solar Technology AG assumes no responsibility for the compliance or non-compliance with such laws or codes in connection with the installation of the product.

The type label must remain permanently attached to the product.

## 2.2 IMPORTANT SAFETY INSTRUCTIONS

Keep the manual for future reference.

This section contains safety information that must be observed at all times when working.

The product has been designed and tested in accordance with international safety requirements. As with all electrical or electronical devices, there are residual risks despite careful construction. To prevent personal injury and property damage and to ensure long-term operation of the product, read this section carefully and observe all safety information at all times.

**⚠ DANGER**

**Danger to life due to electric shock when live components or DC conductors are touched**

When exposed to light, the PV modules generate high DC voltage which is present in the DC conductors. Touching live DC conductors results in death or lethal injuries due to electric shock.

- Disconnect the product from voltage sources and ensure it cannot be reconnected before working on the device.
- Do not touch non-insulated parts or cables.
- Do not remove the terminal block with the connected DC conductors from the slot under load.
- Wear suitable personal protective equipment for all work on the product.

**⚠ DANGER**

**Danger to life due to electric shock when touching live system components in case of a ground fault**

If a ground fault occurs, parts of the system may still be live. Touching live parts and cables results in death or lethal injuries due to electric shock.

- Disconnect the product from voltage sources and ensure it cannot be reconnected before working on the device.
- Only touch the cables of the PV modules on their insulation.
- Do not touch any parts of the substructure or frame of the PV array.
- Do not connect PV strings with ground faults to the inverter.
- Ensure that no voltage is present and wait 5 minutes before touching any parts of the PV system or the product.

**DANGER**

**Danger to life due to electric shock in case of overvoltages and if surge protection is missing**

Overvoltages (e. g. in the event of a flash of lightning) can be further conducted into the building and to other connected devices in the same network via the network cables or other data cables if there is no surge protection. Touching live parts and cables results in death or lethal injuries due to electric shock.

- Ensure that all devices in the same network are integrated in the existing overvoltage protection.
- When laying the network cable outdoors, ensure that there is suitable surge protection at the network cable transition from the product outdoors to the network inside the building.
- The Ethernet interface of the product is classified as "TNV-1" and offers protection against overvoltages of up to 1.5 kV.

**WARNING**

**Danger to life due to fire and explosion**

In rare cases, an explosive gas mixture can be generated inside the product under fault conditions. In this state, switching operations can cause a fire inside the product or explosion. Death or lethal injuries due to hot or flying debris can result.

- In the event of a fault, do not perform any direct actions on the product.
- Ensure that unauthorized persons have no access to the product.
- Do not operate the DC load-break switch on the inverter in case of an error.
- Disconnect the PV array from the inverter via an external disconnection device. If there is no disconnecting device present, wait until no more DC power is applied to the inverter.
- Disconnect the AC circuit breaker, or keep it disconnected in case it has already tripped, and secure it against reconnection.
- Only perform work on the product (e.g., troubleshooting, repair work) when wearing personal protective equipment for handling of hazardous substances (e.g., safety gloves, eye and face protection, respiratory protection).

**WARNING**

**Risk of injury due to toxic substances, gases and dusts.**

In rare cases, damages to electronic components can result in the formation of toxic substances, gases or dusts inside the product. Touching toxic substances and inhaling toxic gases and dusts can cause skin irritation, burns or poisoning, trouble breathing and nausea.

- Only perform work on the product (e.g., troubleshooting, repair work) when wearing personal protective equipment for handling of hazardous substances (e.g., safety gloves, eye and face protection, respiratory protection).
- Ensure that unauthorized persons have no access to the product.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 13 of 235 PageID #

**WARNING**

**Danger to life due to electric shock from destruction of the measuring device due to overvoltage**

Overvoltage can damage a measuring device and result in voltage being present in the enclosure of the measuring device. Touching the live enclosure of the measuring device results in death or lethal injuries due to electric shock.

- Only use measuring devices with a DC input voltage range of 600 V or higher.

**CAUTION**

**Risk of burns from hot surfaces**

The surface of the inverter can get very hot. Touching the surface can result in burns.

- Mount the inverter in such a way that it cannot be touched inadvertently.
- Do not touch hot surfaces.
- Wait 30 minutes for the surface to cool sufficiently.
- Observe the safety messages on the inverter.

**CAUTION**

**Risk of injury due to weight of product**

Injuries may result if the product is lifted incorrectly or dropped while being transported or mounted.

- Transport and lift the product carefully. Take the weight of the product into account.
- Wear suitable personal protective equipment for all work on the product.

**NOTICE**

**Damage to the enclosure seal in subfreezing conditions**

If you open the product or disconnect the Power Unit and Connection Unit when temperatures are below freezing, the enclosure seals can be damaged. Moisture can penetrate the product and damage it.

- If a layer of ice has formed on the enclosure seal when temperatures are below freezing, remove it prior to opening the product (e.g. by melting the ice with warm air).
- Do not disassemble the Power Unit and Connection Unit unless the ambient temperature is at least 0 °C (32 °F) and conditions are frost-free.

**NOTICE**

**Damage to the product due to sand, dust and moisture ingress**

Sand, dust and moisture penetration can damage the product and impair its functionality.

- Only open the product if the humidity is within the thresholds and the environment is free of sand and dust.
- Do not open the product during a dust storm or precipitation.
- Close tightly all enclosure openings.
- Only use listed rain-tight or liquid-tight conduit fittings to attach the conduits to the product.

**NOTICE**

**Damage to the inverter due to electrostatic discharge**

Touching electronic components can cause damage to or destroy the inverter through electrostatic discharge.

- Ground yourself before touching any component.

**NOTICE**

**High costs due to inappropriate Internet tariff**

Depending on use, the data volume of the product transferred via the Internet may vary in size. The data volume depends, for example, on the number of devices in the system, the frequency of device updates, the frequency of data transfer to Sunny Portal or the use of FTP push. High costs for the Internet connection can be the result.

- SMA Solar Technology AG recommends using an Internet flat rate.

**NOTICE**

**Damage to the product due to cleaning agents**

The use of cleaning agents may cause damage to the product and its components.

- Clean the product and all its components only with a cloth moistened with clear water.

**i Electrical installations (for North America)**

All installations must conform with the laws, regulations, codes and standards applicable in the jurisdiction of installation (e.g. *National Electrical Code*® ANSI/NFPA 70 or *Canadian Electrical Code*® CSA-C22.1.).

- Before connecting the product to the utility grid, contact your local grid operator. The electrical connection of the product must be carried out by qualified persons only.
- Ensure that the cables or conductors used for electrical connection are not damaged.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 15 of 235 PageID #

# 3 Scope of Delivery

Figure 1 : Components included in the scope of delivery

| Position | Quantity | Designation |
|---|---|---|
| A | 1 | Inverter |
| B | 1 | Hexagon socket cap head screw M5 x 60 (not required) |
| C | 1 | Installation manual, production test report, supplementary sheet with the default settings |
| D | 1 | Terminal block for the DC connection |
| E | 1 | Terminal block for the AC connection |
| F | 1 | Terminal block for connecting the outlet for secure power supply operation |
| G | 1 | 3-pole terminal block for the connection to the multifunction relay |
| H | 1 | 2-pole terminal block for the switch connection for secure power supply operation |
| I | 5 | Clamping bracket |
| J | 5 | Cylindrical screw M5 x 16 |
| K | 1 | Washer M5 |
| L | 5 | Spring washer M5 |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 16 of 235 PageID #

# 4 Product Overview

## 4.1 Product Description

Figure 2 : Design of the inverter

| Position | Designation |
| --- | --- |
| A | Power Unit |
| B | Enclosure lid of the Power Unit |
| C | Enclosure lid for the Connection Unit |
| D | Connection Unit |
| E | Warning label with compliance information |
| F | DC load-break switch |
| G | Type label<br>The type label uniquely identifies the inverter. The type label must remain permanently attached to the product. You will find the following information on the type label:<br>• Inverter device type (Model)<br>• Serial number of the Power Unit (Serial No. Power Unit or S/N Power Unit)<br>• Date of manufacture<br>• Device-specific characteristics |
| H | Fan (only with Sunny Boy 7.0 and 7.7) |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 17 of 235 PageID #

| Position | Designation |
|---|---|
| I | Additional type label<br>The additional type label must remain permanently attached to the product. You will find the following information on the additional type label:<br>• Device type (Model)<br>• Inverter serial number (Serial number device or S/N device)<br>• Identification key (PIC) for registration in Sunny Portal<br>• Registration ID (RID) for registration in Sunny Portal<br>• WLAN password (WPA2-PSK) for the direct connection to the user interface of the inverter via WLAN |
| J | Display<br>The display shows the current operating data and events or errors. |
| K | LEDs<br>The LEDs indicate the operating state of the product. |

## 4.2 Symbols on the Product

| Icon | Explanation |
|---|---|
| | Beware of electrical voltage<br>The product operates at high voltages. |
| | Beware of hot surface<br>The product can get hot during operation. |
| | Observe the documentations<br>Observe all documentations supplied with the product. |
| | Inverter<br>Together with the green LED, this symbol indicates the operating state of the inverter. |
| | Observe the documentations<br>Together with the red LED, this symbol indicates an error. |
| | Data transmission<br>Together with the blue LED, this symbol indicates the status of the network connection. |

| Icon | Explanation |
|---|---|
| ⏚ | Equipment Grounding Terminal<br>This symbol indicates the position for the connection of an equipment grounding conductor. |
| c UL US LISTED | UL 1741 and CSA C22.2 No. 107.1 are the standards applied by Underwriters Laboratories to the product to certify that it meets the requirements of the *National Electrical Code*®, the *Canadian Electrical Code*® and IEEE 1547. |

## 4.3 Interfaces and Functions

The inverter can be equipped or retrofitted with the following interfaces and functions:

### User interface for configuration and monitoring

The product is equipped as standard with an integrated webserver, which provides a user interface for configuring and monitoring the product.

Once the connection has been established to the smart device, use a terminal (e.g. smartphone, tablet or laptop) to connect to the product's user interface using a web browser.

### Smart Inverter Screen

The Smart Inverter Screen enables you to view the status display and to display the current power and consumption on the user interface login page. This gives you an overview of the most important product data without having to log into the user interface.

The Smart Inverter Screen is deactivated by default. The Smart Inverter Screen can be activated via the user interface once the product has been commissioned.

### SMA Speedwire

The product is equipped with SMA Speedwire as standard. SMA Speedwire is a type of communication based on the Ethernet standard. SMA Speedwire is designed for a data transfer rate of 100 Mbps and enables optimum communication between Speedwire devices within systems.

The products supports the encrypted system communication with SMA Speedwire Encrypted Communication. In order to be able to use the Speedwire encryption in the system, all Speedwire devices, except for the SMA Energy Meter, must support the function SMA Speedwire Encrypted Communication.

Class 1 wiring methods are to be used for field wiring connection to the terminals of the communication interface.

### SMA Webconnect

The inverter is equipped with a Webconnect function as standard. The Webconnect function enables direct data transmission between the inverter and Sunny Portal (online monitoring system from SMA).

There are two Sunny Portal versions: the classical Sunny Portal (https://www.sunnyportal.com) and the newly developed Sunny Portal powered by ennexOS (https://ennexOS.sunnyportal.com). Both systems differ in their supported functions. With an existing user account, you can log into both portals as well as into Sunny Design (system planning software from SMA).

In a Sunny Portal system, up to four inverters with Webconnect function can be displayed together. A communication product (e.g. SMA Data Manager) is required for systems with more than four inverters.

The system must be registered in the classic Sunny Portal if the inverter is integrated into a local network and connected to the Internet via this network. With this connection, you have the possibility to view the data online in real time.

If the inverter is connected to the Internet via the cellular network, you must register the system in Sunny Portal powered by ennexOS. The communication with the inverters is optimized with regard to the data volume and availability of the inverter. No data can be viewed in real time. Note that the inverter must be equipped with a firmware version ≥ 3.01.17.R for connection via the cellular network.

### Wi-Fi

Depending on availability, the product is or is not equipped with a Wi-Fi interface. If the Wi-Fi interface is present, the Wi-Fi interface is enabled by default at delivery. If you do not want to use WLAN, you can deactivate the WLAN interface.

If the Wi-Fi interface is present, the product also has a WPS function. The WPS function is for automatically connecting the product to a network (e.g. via router) and establish a direct connection between the product and a smart end device.

**i Expanding the radio range in the WLAN network**

In order to expand the radio range of the inverter in the WLAN network, you can install the Antenna Extension Kit accessory set in the inverter.

### Modbus

The product is equipped with a Modbus interface. The Modbus interface is deactivated by default and must be configured as needed.

The Modbus interface of the supported SMA products is designed for industrial use – via SCADA systems, for example – and has the following tasks:

- Remote query of measured values
- Remote setting of operating parameters
- Setpoint specifications for system control

### Module slots

The inverter is standard-equipped with two module slots. The module slots are located on the communication assembly and allow additional modules to be connected (e.g. SMA Sensor Module). The modules are available as accessories. The installation of two identical modules is not permissible.

### SMA RS485 Module

The inverter can be retrofitted with the SMA RS485 Module.

By installing the SMA RS485 Module, the inverter is able to communicate with the energy meter of the SMA Revenue Grade Meter Kit.

Class 1 wiring methods are to be used for field wiring connection to the terminals of the communication interface.

### Antenna Extension Kit

Within the WLAN network, the Antenna Extension Kit enables the radio range of the inverter to be upgraded (Information on assembly and connection see manual of the Antenna Extension Kit). The Antenna Extension Kit can be retrofitted.

### SMA Cellular LTE Modem Kit

The inverter can be retrofitted with the SMA Cellular LTE Modem Kit from firmware version 03.02.15.R. If the firmware version needs to be updated for operation with the SMA Cellular LTE Modem Kit, contact Service. The service will provide you with the firmware and the necessary information for the update.

The SMA Cellular LTE Modem Kit allows the direct data transmission between the inverter and the internet portal Sunny Portal powered by ennexOS via the cellular network as an alternative to data transmission via Ethernet or WLAN. In addition, the SMA Cellular LTE Modem Kit enables the communication between the inverter and the energy meter. The energy meter is a so called PV production meter intended to measure the generated energy of the inverter.

The SMA Cellular LTE Modem Kit transmits up to four times a day a limited amount of data to Sunny Portal powered by ennexOS. The standard term of the mobile data plan for the SMA Cellular LTE Modem Kit is five years. All costs are covered within the term. No additional costs will be incurred. You have the possibility to extend the term of the mobile data plan. For this purpose, contact SMA Solar Technology AG. By using the SMA Cellular LTE Modem Kits, a local network connection is not absolutely necessary. However, it is recommended to be able to view all information regarding the system in Sunny Portal powered by ennexOS.

### Energy meters in accordance with ANSI C12.20

The inverter can be retrofitted with the SMA Revenue Grade Meter Kit that in accordance with ANSI C12.20 includes an energy meter.

The energy meter fulfills the accuracy class 0.5 in accordance with ANSI C12.20. The energy meter is a so called PV production meter intended to measure the generated energy of the inverter. The measured values of the energy meter can be used for billing purposes.

### Grid management services

The inverter is a grid support interactive inverter.

The inverter was tested in accordance with the UL 1741 SA (2016-09-07) to be compliant with the source requirements documents of the states available at the time.

For connecting the inverter to the utility grid, no additional grid monitoring equipment is necessary. A description of the tested functions and instructions on the activation and setting of functions can be found in the technical information "Grid Support Utility Interactive Inverters" at www.SMA-Solar.com.

## PV Rapid Shutdown Equipment

The inverter is listed as PV Rapid Shutdown Equipment (PVRSE) according to UL 1741.

All DC inputs and AC outputs of this product comply with photovoltaic rapid shutdown requirements for controlled conductors outside the array.

A complete PV Rapid Shutdown System consists of the inverter, PV array disconnect switches, and a Rapid Shutdown initiation device. The Rapid Shutdown initiation device serves to initiate a rapid shutdown. The PV Rapid Shutdown System must limit the DC conductors to < 30 V within 30 seconds.

**NOTICE** - The inverter's Rapid Shutdown function is initiated by disconnecting the inverter from the AC grid voltage, for example, by opening the main PV system AC disconnect. The AC disconnect that serves as the Rapid Shutdown initiation device must be readily accessible and clearly marked in accordance with *National Electrical Code*®. The Rapid Shutdown status of the PV system will be indicated by the On/Off (Closed/Open) position of this AC disconnect. The Off (Open) position indicates that a rapid shutdown has been initiated.

If PV array disconnect switches compliant with the SunSpec communication signal for Rapid Shutdown systems are installed, the inverter can transmit a SunSpec-compliant "permission to operate" signal to them via its DC input conductors. When a rapid shutdown is initiated, the inverter will stop transmitting the SunSpec signal. When the SunSpec signal is not being received, the PV array disconnect switches are responsible for reducing line voltages within the PV array in accordance with *National Electrical Code*®. In the event of a rapid shutdown via the SunSpec communication signal, it is important that all PV modules connected to the inverter are always equipped with SunSpec-compliant PV array disconnect switches, otherwise the inverter cannot start feed-in operation. The sum of the standby voltages of all PV array disconnect switches of a string must be < 30 V to ensure safe discharging of the DC lines. In addition, the recommended total length of all DC lines of a string should not exceed 300 m (1000 ft). The total length defines the length of the entire string wiring including the connection cable of the PV module switch in the string (measured from the positive DC terminal to the negative DC terminal of the inverter).

A PV Rapid Shutdown system can also be installed using PV array disconnect switches initiated in case of power failures or other means. In these cases, it must be ensured that the PV system Rapid Shutdown initiation device initiates a rapid shutdown of the PV array devices at the same time that the inverter is disconnected from grid voltage.

The PV array disconnect switches must disconnect the PV array from the inverter within a maximum of 15 seconds after Rapid Shutdown initiation.

The inverter is capable of grid support operation where in case of a power failure or by activating the AC disconnect, the inverter remains connected to the utility grid for a defined ride-through time and waits for voltage recovery. If grid voltage does not recover within the defined ride-through time, the inverter disconnects from the grid and a rapid shutdown is initiated.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 22 of 235 PageID #

The Rapid Shutdown function is disabled by default. The Rapid Shutdown function should only be enabled when PV array disconnect switches have been installed within the PV array or between the PV array and the inverter. The Rapid Shutdown function can be enabled during or after inverter commissioning via the user interface by selecting the operating mode suitable for the PV array disconnect switches. If the Rapid Shutdown function is enabled and no PV array disconnect switches are installed, the inverter cannot discharge the connected DC input conductors during a rapid shutdown. As a result, the inverter can be damaged.

WARNING - THIS PV RAPID SHUTDOWN EQUIPMENT DOES NOT PERFORM ALL OF THE FUNCTIONS OF A COMPLETE PV RAPID SHUTDOWN SYSTEM. THIS PV RAPID SHUTDOWN EQUIPMENT MUST BE INSTALLED WITH OTHER EQUIPMENT TO FORM A COMPLETE PV RAPID SHUTDOWN SYSTEM THAT MEETS THE REQUIREMENTS OF NEC (NFPA 70) FOR CONTROLLED CONDUCTORS OUTSIDE THE ARRAY. OTHER EQUIPMENT INSTALLED IN OR ON THIS PV SYSTEM MAY ADVERSLY AFFECT THE OPERATION OF THE PV RAPID SHUTDOWN SYSTEM. IT IS THE RESPONSIBILITY OF THE INSTALLER TO ENSURE THAT THE COMPLETED PV SYSTEM MEETS THE RAPID SHUT DOWN FUNCTIONAL REQUIREMENTS. THIS EQUIPMENT MUST BE INSTALLED ACCORDING TO THE MANUFACTURER'S INSTALLATION MANUAL.

### Parallel Operation of the DC Inputs A and B

The DC inputs A and B of the inverter can be operated in parallel and up to three strings can be connected to it in parallel. As a result, as opposed to normal operation, up to three strings can be connected directly to inverters with two DC inputs and up to four strings to inverters with three DC inputs. The inverter automatically detects the parallel operation of the DC inputs A and B.

### Secure power supply operation

You can connect an external outlet and a switch to the inverter in order to enable the outlet. In case of a grid failure, the outlet supplies a load with current from the PV system. When the outlet is enabled via the switch, the load is supplied with current from the PV system. The inverter automatically regulates the energy supply of the outlet depending on the solar irradiation on the PV system. When the outlet is enabled and a load is supplied with current from the PV system, the inverter is disconnected from the utility grid and does not feed into the utility grid.

**i Do not connect loads that require a stable electricity supply to the outlet for secure power supply operation.**

Secure power supply operation must not be used for loads that require a stable electricity supply. The power available during secure power supply operation depends on the solar irradiation on the PV system. Therefore, power output can fluctuate considerably depending on the weather or may not be available at all.

- Do not connect loads to the outlet for secure power supply operation if they are dependent on a stable electricity supply for reliable operation.

### Multifunction Relay

The inverter is equipped with a multifunction relay as standard. The multifunction relay is an interface that can be configured for the operating mode used by a particular system.

ENGLISH

### SMA ShadeFix

The inverter is equipped with the shade management system SMA ShadeFix. SMA ShadeFix uses an intelligent MPP tracking system to determine the operating point with the highest output during shading conditions. With SMA ShadeFix, inverters use the best possible energy supply from the PV modules at all times to increase yields in shaded systems. SMA ShadeFix is enabled by default. The time interval of SMA ShadeFix is usually six minutes. This means that the inverter determines the optimum operating point every six minutes. Depending on the PV system or shading situation, it may be useful to adjust the time interval.

### String-failure detection

The self-learning string failure detection identifies to which of the three inverter DC inputs the strings are connected. The self-learning string failure detection identifies if the connected string is inoperable and is no longer contributing to the energy yield (e.g. due to damages such as a cable break) and monitors the input to which the defective string is connected. If the error persists, an event will be reported at the latest one day after the detection of the defective string. This prevents partial failures of the PV array from being undetected for a long time and which will result in yield losses. The self-learning string failure detections automatically identifies if a string has been repaired and resets the event. If the defective string should no longer be connected, the event must be reset manually.

### Arc-Fault Circuit Interrupter (AFCI)

In accordance with the *National Electrical Code®*, the inverter has a system for DC arc fault detection and interruption. The arc-fault circuit interrupter is listed in accordance with UL 1699B Ed. 1. A detected electric arc causes the inverter to interrupt feed-in operation for a short time and to resume the feed-in operation automatically. If the installation conditions allow it, you can deactivate the arc-fault circuit interrupter.

### SMA Smart Connected

SMA Smart Connected is the free monitoring of the product via the SMA Sunny Portal. Thanks to SMA Smart Connected, the operator and qualified person will be informed automatically and proactively about product events that occur.

SMA Smart Connected is activated during registration in Sunny Portal. In order to use SMA Smart Connected, it is necessary that the product is permanently connected to Sunny Portal and the data of the operator and qualified person is stored in Sunny Portal and up-to-date.

## 4.4 LED Signals

The LEDs indicate the operating state of the product.

| LED signal | Explanation |
|---|---|
| The green LED is flashing (two seconds on and two seconds off) | Waiting for feed-in conditions<br>The conditions for feed-in operation are not yet met. As soon as the conditions are met, the inverter will start feed-in operation. |
| The green LED is flashing (1.5 s on and 0.5 s off) | Secure power supply operation<br>The secure power supply operation is enabled and the inverter supplies the outlet with current from the PV system. |

| LED signal | Explanation |
|---|---|
| The green LED flashes quickly | Update of central processing unit<br>The central processing unit of the inverter is being updated. |
| The green LED is glowing | Feed-in operation<br>The inverter feeds in with a power of at least 90%. |
| The green LED is pulsing | Feed-in operation<br>The inverter is equipped with a dynamic power display via the green LED. Depending on the power, the green LED pulses fast or slow. If necessary, you can switch off the dynamic power display via the green LED. |
| The green LED is off | The inverter is not feeding into the utility grid. |
| The red LED is glowing | Event occurred<br>In addition to the glowing red LED, the display indicates the following information about the event:<br>• Event type<br>• Event number<br>• Date and time at which the event occurred |
| The blue LED flashes slowly for approx. 1 minute | Communication connection is being established<br>The product is establishing a connection to a local network or is establishing a direct connection to a smart device via Ethernet (e.g. smartphone, tablet or laptop). |
| The blue LED flashes quickly for approx. two minutes (0.25 s on and 0.25 s off). | WPS active<br>The WPS function is active. |
| The blue LED is glowing | Communication active<br>There is an active connection with a local network or there is a direct connection via Ethernet with a smart end device (e.g. smartphone, tablet or laptop). |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 25 of 235 PageID #

# 5 Mounting

## 5.1 Requirements for Mounting

**Requirements for the mounting location:**

**⚠ WARNING**

**Danger to life due to fire or explosion**

Despite careful construction, electrical devices can cause fires. This can result in death or serious injury.

- Do not mount the product in areas containing highly flammable materials or gases.
- Do not mount the product in potentially explosive atmospheres.

☐ A solid support surface must be available (e.g. concrete or masonry, free-standing constructions). When mounted on drywall or similar materials, the inverter emits audible vibrations during operation which could be perceived as annoying.

☐ The installation site can be exposed to direct solar irradiation. There is, however, the possibility that the product reduces its power output to avoid overheating due to high temperatures.

☐ When using the SMA Cellular LTE Modem Kit, the installation site should not be located in the basement. The data transmission during basement installation can be restricted due to an insufficient connection quality.

☐ The mounting location should be freely and safely accessible at all times without the need for any auxiliary equipment (such as scaffolding or lifting platforms). Non-fulfillment of these criteria may restrict servicing.

☐ The DC load-break switch of the product must always be freely accessible.

☐ All ambient conditions must be met (see Section 10, page 65).

**Permitted and prohibited mounting positions:**

☐ The product may only be mounted in a permitted position. This will ensure that no moisture can penetrate the product.

☐ The product should be mounted in such way that display messages and LED signals can be read without difficulty.

90° ... 75°
0°

Figure 3 : Permitted and prohibited mounting positions

☐ Do not mount multiple inverters directly above one another.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 26 of 235 PageID #
SMA Solar Technology AG
5 Mounting
ENGLISH

Sunny Boy 3.0-US / 3.8-US / 5.0-US / 6.0-US

Sunny Boy 7.0-US / 7.7-US

Figure 4 : Permissible and impermissible mounting positions of multiple inverters

Installation Manual SBxx-1SP-US-41-IA-xx-13 25

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 27 of 235 PageID #

**Dimensions for mounting:**

Figure 5 : Position of the anchoring points(Dimensions in mm (in))

**Recommended clearances:**

To guarantee optimal operation and adequate heat dissipation for the inverter as well as a good connection quality when using the SMA Cellular LTE Modem Kit, the following requirements for clearances should be observed. This will prevent the inverter power output from being reduced due to excessive temperatures. However, smaller clearances are permitted without causing any risk.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 28 of 235 PageID #

**Prescribed clearances in accordance with the *National Electrical Code*® or *Canadian Electrical Code*® CSA C22.1**

Under certain conditions, the *National Electrical Code*® or the *Canadian Electrical Code*® CSA C22.1 specify greater clearances.

- Ensure that the prescribed clearances in accordance with the *National Electrical Code*® or *Canadian Electrical Code*® CSA C22.1 are adhered to.

☐ Maintain the recommended clearances to walls as well as to other inverters or objects.

☐ If multiple products are mounted in areas with high ambient temperatures, increase the clearances between the products and ensure sufficient fresh-air supply.

Figure 6 : Recommended clearances(Dimensions in mm (in))

## 5.2 Mounting the Inverter

**Additionally required mounting material (not included in the scope of delivery):**

☐ 2 screws suitable for the support surface (diameter: 8 mm (5/16 in))

☐ 2 washers suitable for the screws

☐ Where necessary, 2 screw anchors suitable for the support surface and the screws

**⚠ CAUTION**

**Risk of injury due to weight of product**

Injuries may result if the product is lifted incorrectly or dropped while being transported or mounted.

- Transport and lift the product carefully. Take the weight of the product into account.
- Wear suitable personal protective equipment for all work on the product.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 29 of 235 PageID #

**Procedure:**

1. Ensure that the DC load-break switch of the inverter is in the **O** position.

2. Opening the Connection Unit Unscrew all 6 screws (TX25) and carefully remove the enclosure lid toward the front.
3. Unscrew the 2 screws on the right and left side of the Power Unit (TX25). As a result, the Power Unit and the Connection Unit are not connected to one another.

4. Disconnect the Connection Unit from the Power Unit.
5. Align the connection unit horizontally and vertically. Mark the position of the drill holes using the brackets.

6. Drill the holes in the marked positions.
7. Insert screw anchors into the drill holes if the support surface requires them.
8. Secure the Conection Unit horizontally using screws and washers.

9. Check whether the Connection Unit is firmly positioned.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 30 of 235 PageID #

10. Plug the Power Unit into the Connection Unit. Make sure that the screw holes on the left and right sides of the Power Unit are directly over those of the Connection Unit; and the cables protruding from the Power Unit must not be pinched.

11. Tighten 2 screws on the right and left side of the Power Unit (TX25) (torque: 6 Nm ± 0.3 Nm (53 in-lb ± 2.65 in-lb)).

12. Pull the ribbon cable used to connect the communication assembly to the Power Unit into the Connection Unit, and plug it into the jack on the communication assembly.



1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 31 of 235 PageID #

# 6 Electrical Connection

## 6.1 Overview of the Connection Area

### 6.1.1 View from Below

Figure 7 : Enclosure openings at the bottom of the inverter

| Position | Designation |
|---|---|
| A | Enclosure opening for DC connection (for 21 mm (0.75 in) trade size conduits) |
| B | Enclosure opening for the connection cables of the Antenna Extension Kit and, if needed, for other data cables (for 21 mm (0.75 in) trade size conduits) |
| C | Enclosure opening for the network cables and, if needed, for other data cables (for 21 mm (0.75 in) trade size conduits) |
| D | Enclosure opening for the AC connection and the connection cables of the outlet and, if necessary, for the switch for the secure power supply operation (for 21 mm (0.75 in) trade size conduits) |

ENGLISH

### 6.1.2 Interior View

Figure 8 : Connection areas in the interior of the inverter

| Position | Designation |
|---|---|
| A | **DC-in** slot for DC connection |
| B | Jack for connecting the ribbon cable for the connection of the communication assembly to the Power Unit. |
| C | The **COM** slot with the inserted ribbon cable with plug for the connection of the communication assembly with the Power Unit |
| D | Module slot **M1** |
| E | Module slot **M2** |
| F | **ANT.** slot for connecting the Antenna Extension Kit (optional) |
| G | **AC-out** slot for the AC connection |
| H | **SPS** slot for connecting the secure power supply outlet |
| I | Installation location for accessories (optional) approved by SMA Solar Technology AG |
| J | Equipment grounding terminal for the equipment grounding conductor of the utility grid, the outlet for secure power supply operation and, if necessary, an additional grounding or for the equipotential bonding |
| K | **SPS** slot for connecting the secure power supply switch |
| L | Pin connector **D-IN** is not used |

ENGLISH

| Position | Designation |
|---|---|
| M | Network ports **A** and **B** for connecting a router or network switch |
| N | **USB** port for connecting a USB flash drive (for service purposes) |
| O | **MFR** slot for connection to the multifunction relay |
| P | Pin connector **BAT** is not used |
| Q | Equipment grounding terminals for the equipment grounding conductors of the PV array |
| R | Communication assembly |
| S | Jack **DISPLAY** for the LED assembly connection in the enclosure lid of the Connection Unit |

## 6.2 AC Connection

### 6.2.1 Requirements for the AC Connection

**Additionally required material (not included in the scope of delivery):**

- ☐ Conduits (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)
- ☐ UL-listed raintight or liquidtight conduit fittings (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)

**Requirements on the AC conductors:**

- ☐ The conductors with regards to its ampacity, rated temperatures, operating conditions and its power loss must be made in accordance with the local standards and the *National Electrical Code*® ANSI/NFPA 70 or the *Canadian Electrical Code*® CSA C22.1.
- ☐ Conductor type: copper wire
- ☐ Permissible temperature for SB3.0-1SP-US-41, SB3.8-1SP-US-41, SB5.0-1SP-US-41 and SB6.0-1SP-US-41: at least +75°C (+167°F)
- ☐ Permissible temperature for SB7.0-1SP-US-41 and SB7.7-1SP-US-41: at least +90°C (+194°F)
- ☐ The conductors must be made of solid wire, stranded wire or fine stranded wire. When using fine stranded wire, bootlace ferrules must be used.
- ☐ Conductor cross-section: 4 $mm^2$ to 16 $mm^2$ (12 AWG to 6 AWG)

**Load-break switch and cable protection:**

- ☐ Each inverter must be protected with its own overcurrent protective device. Observe the maximum permissible fuse protection (see Section 10, page 65).
- ☐ The load-break switch or circuit breaker must be listed (see *National Electrical Code*® ANSI/NFPA 70) or Canadian Electrical Code® CSA C22.1).
- ☐ Loads installed between the inverter and the overcurrent protective device must be fused separately.
- ☐ The overcurrent protective device for the AC output circuit is to be provided by others.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 34 of 235 PageID #

### Compatible grid configurations:

The connection procedure will vary, depending on the grid configuration; the country data set may have to be set. The following table provides an overview of the compatible grid configurations, which conductors have to be connected to the inverter to comply with the grid configuration and which country data set can be set. As standard, the inverter is meant for connection to a utility grid with a 208 V wye connection or a 240 V split-phase system, and the country data set **UL1741/2016/120 L-N-L** is factory-set.

If special grid connection requirements apply to your country or intended use, you have the option of configuring the inverter with a configuration file provided by SMA Solar Technology AG, depending on availability. The configuration file can be found in the download area at www.SMA-Solar.com.

| Compatible grid configuration | Conductors to be connected | Configurable country data sets |
|---|---|---|
| 240 V split-phase system | L1, L2 and N | • UL1741/2016/120 L-N-L<br>• HECO_OHM Rule 14H SDR 1.1/120 L-N-L<br>• CA Rule 21 / 120 L-N-L<br>• NE-ISO / 120 L-N-L |
| 208 V wye connection | L1, L2 and N | |
| 208 V delta connection | L1 and L2 | • UL1741/2016/208 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 208 L-L<br>• NE-ISO / 208 L-L |
| 240 V delta connection | L1 and L2 | • UL1741/2016/240 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 240 L-L<br>• NE-ISO / 240 L-L |

## 6.2.2 Connecting the Inverter to the Utility Grid

**Requirements:**

☐ All electrical installations must be carried out in accordance with the local standards and the *National Electrical Code*® ANSI/NFPA 70 or the *Canadian Electrical Code*® CSA C22.1.

☐ The connection requirements of the grid operator must be met.

☐ The grid voltage must be within the permissible range. The exact operating range of the inverter is specified in the operating parameters.

**Procedure:**

1. Disconnect the AC miniature circuit breaker and secure against reconnection.
2. Remove the adhesive tape from the enclosure opening for the AC connection.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 35 of 235 PageID #

3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.
5. Guide the conductors from the conduit into the inverter. In the process, install the conductors in the inverter such that they do not come into contact with communication cables, the cable of the LED assembly or other live conductors. Lay the conductors as a loop if they are too long.
6. Connect the equipment grounding conductor of the utility grid to the equipment grounding terminal:
   - Strip the insulation of the equipment grounding conductor by 18 mm (0.71 in).

   - Insert the screw through the conical spring washer, the clamping bracket and the washer.
   - Guide the equipment grounding conductor between the washer and clamping bracket and tighten the screw (TX 25) (torque: 6 Nm ± 0.3 Nm (53.10 in-lb ± 2.65 in-lb)).
7. Plug the terminal block for the AC connection in the **AC-out** slot in the inverter, and tighten it with a flat-blade screwdriver (blade width: 4 mm ($^{5}/_{32}$ in)) (torque: 0.3 Nm (2.65 in-lb)).

8. Ensure that the terminal block is securely in place and the screws are tightened.
9. Strip off the conductor insulation of L1, L2 and, if applicable, N by 18 mm (0.71 in) each.
10. In the case of fine stranded wire, provide the conductors with a bootlace ferrule.
11. **i Connection of conductors of finely stranded wire**

    To connect conductors made of finely stranded wire, each terminal point must be opened.
    - First insert the connector into the terminal point all the way to the lock (round opening). Then insert a flat-blade screwdriver (blade: 4 mm ($^{5}/_{32}$ in)) as far as it can go into the actuation shaft (rectangular opening). Hereby the lock opens and the conductor can be placed into the terminal point as far as possible. After the connection has been made, the flat-blade screwdriver must be pulled out of the actuation shaft.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 36 of 235 PageID #

12. **⚠ WARNING**

    **Fire hazard due to faulty conductor connection**

    If the conductors are inserted into the actuation shafts (right-angled openings), a fire may occur during inverter commissioning.

13. Connect the conductors to the terminal block for the AC connection:
    - If there is a neutral conductor, connect the neutral conductor to the terminal block in accordance with the labeling. Insert the conductor into the corresponding terminal point (round opening) up to the stop.

    - Connect L1 and L2 to the terminal block in accordance with the labeling. Insert each conductor into the corresponding terminal point (round opening) up to the stop.

14. Ensure the conductors are plugged into the terminal points (round openings) as far as is will go and not into the actuation shafts (rectangular openings).

15. Ensure that the terminal points are allocated to the correct conductors.
16. Ensure that the conductors are plugged completely into the terminal points up to their insulation.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 37 of 235 PageID #

## 6.3 Connecting the Network Cables

**⚠ DANGER**

**Danger to life due to electric shock in case of overvoltages and if surge protection is missing**

Overvoltages (e. g. in the event of a flash of lightning) can be further conducted into the building and to other connected devices in the same network via the network cables or other data cables if there is no surge protection. Touching live parts and cables results in death or lethal injuries due to electric shock.

- Ensure that all devices in the same network are integrated in the existing overvoltage protection.
- When laying the network cable outdoors, ensure that there is suitable surge protection at the network cable transition from the product outdoors to the network inside the building.
- The Ethernet interface of the product is classified as "TNV-1" and offers protection against overvoltages of up to 1.5 kV.

**Additionally required material (not included in the scope of delivery):**

- 1 to 2 network cables
- Where required: Field-assembly RJ45 connector.

**Network cable requirements:**

The cable length and quality affect the quality of the signal. Observe the following cable requirements:

☐ Cable type: 100BaseTx

☐ Cable category: minimum CAT5e

☐ Plug type: RJ45 of Cat5, Cat5e or higher

☐ Shielding: SF/UTP, S/UTP, SF/FTP or S/FTP

☐ Number of insulated conductor pairs and insulated conductor cross-section: at least 2 x 2 x 0.22 mm² (2 x 2 x 24 AWG)

☐ Maximum cable length between 2 nodes when using patch cables: 50 m (164 ft)

☐ Maximum cable length between 2 nodes when using installation cables: 100 m (328 ft)

☐ UV-resistant for outdoor use.

**Procedure:**

1. **⚠ DANGER**

   **Danger to life due to electric shock**

   - Disconnect the inverter from all voltage sources (see Section 8, page 61).
2. Remove the sealing plugs from the network connection opening on the inverter.
3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.

5. Lead one end of each network cable from the conduit into the inverter.
6. Put the network plug of each cable into one of the network sockets of the communication assembly.

7. Ensure that the network connector is securely in place by pulling slightly on each cable.
8. Connect the other end of the network cable to the energy meter.

## 6.4 Connecting the Multifunction Relay

### 6.4.1 Procedure for connecting the multifunction relay

| Procedure | | See |
|---|---|---|
| 1. | Select for which operating mode you would like to use the multifunction relay. | see section 6.4.2, page 37 |
| 2. | Connect to the multifunction relay according to the operating mode and the associated connection variant. | (see Section 6.4.3, page 38) and (see Section 6.4.4, page 41) |
| 3. | After commissioning the inverter, change the operating mode of the multifunction relay, if necessary. | User manual under www.SMA-Solar.com |

### 6.4.2 Operating Modes of the Multifunction Relay

| Operating mode of multifunction relay (Mlt.OpMode) | Description |
|---|---|
| **Fault indication (FltInd)** | The multifunction relay controls a display device (e.g. a warning light) which, depending on the type of connection, signals either an error or the undisturbed operation of the inverter. |
| **Self-consumption (SelfCsmp)** | The multifunction relay switches loads on or off, depending on the power production of the PV system. |
| **Control via communication (ComCtl)** | The multifunction relay switches loads on or off according to commands transmitted by a communication product. |
| **Battery bank (BatCha)** | The multifunction relay controls the charging of the batteries depending on the power production of the PV system. |

| Operating mode of multifunction relay (Mlt.OpMode) | Description |
|---|---|
| **Fan control (FanCtl)** | The multifunction relay controls an external fan, depending on the temperature of the inverter. |
| **Switching status grid relay (GriSwCpy)** | The local grid operator may require that a signal is transmitted as soon as the inverter connects to the utility grid. The multifunction relay can be used to trigger this signal. |

### 6.4.3 Connection Options

The connection procedures vary, depending on the operating mode.

| Operating mode | Connection option |
|---|---|
| **Fault indication (FltInd)** | Using the Multifunction Relay as a Fault Indicator Contact |
| **Self-consumption (SelfCsmp)** | Controlling loads via the multifunction relay or charging batteries depending on the power production of the PV system |
| **Control via communication (ComCtl)** | Controlling loads via the multifunction relay or charging batteries depending on the power production of the PV system |
| **Battery bank (BatCha)** | Controlling loads via the multifunction relay or charging batteries depending on the power production of the PV system |
| **Fan control (FanCtl)** | Connecting the external fan (see fan documentation) |
| **Switching status grid relay (GriSwCpy)** | Reporting the switching status of the grid relay |

ENGLISH

## Using the Multifunction Relay as a Fault Indicator Contact

You can use the multifunction relay as a fault indicator contact and have an error or smooth operation of the inverter displayed or signaled via a suitable display device. You can connect multiple inverters to one fault indicator or operation indicator, as needed.

Figure 9 : Circuit diagram with multiple inverters for connection to an operation indicator and circuit diagram for connection to a fault indicator (example)

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 41 of 235 PageID #

## Controlling loads via the multifunction relay or charging batteries depending on the power production of the PV system

The multifunction relay can control loads or charge batteries power-dependently. To enable this function, you must connect a contactor (K1) to the multifunction relay. The contactor (K1) switches the operating current for the load on or off. If you want batteries to be charged depending on the available power, the contactor activates or deactivates the charging of the batteries.

Figure 10 : Wiring diagram for connection for controlling a load or for the power-dependent charging of the batteries

### Reporting the switching status of the grid relay

The multifunction relay can trip a signal to the grid operator as soon as the inverter connects to the utility grid. To enable this function, the multifunction relays of all inverters must be connected in parallel.

Figure 11 : Wiring diagram for signaling the switching status of the grid relay (example)

## 6.4.4 Connection to the Multifunction Relay

**Additionally required material (not included in the scope of delivery):**

- ☐ Conduits: 21 mm (0.75 in) or smaller with a proper reducing bush
- ☐ Rain-tight conduit fittings for wet locations complying with UL 514B: 21 mm (0.75 in) or smaller with a proper reducing bush

**Requirements:**

- ☐ The technical requirements of the multifunction relay must be met (see Section 10, page 65).

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 43 of 235 PageID #

☐ All electrical installations must be carried out in accordance with the local standards and the *National Electrical Code®* ANSI/NFPA 70 or the *Canadian Electrical Code®* CSA C22.1.

**Requirements on the conductors:**

- Conductor cross-section: 0.2 mm² to 1.5 mm² (24 AWG to 16 AWG)
- The conductor type and wiring method must be appropriate for the application and location.

**Procedure:**

1. **⚠ DANGER**

   **Danger to life due to high voltages**

   - Ensure that the inverter is disconnected from all voltage sources (see Section 8, page 61).

2. Remove the sealing plug from the enclosure opening on the multifunction relay.
3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.
5. Guide the conductors from the conduit into the inverter.
6. Strip off the conductor insulation by max. 9 mm (0.35 in).
7. Connect the conductors to the 3-pole terminal block according to the circuit diagram, depending on the operating mode (see Section 6.4.3, page 38). Ensure that the conductors are plugged completely into the terminal points (round openings) up to their insulation.

8. Stick the terminal block into the **MFR** slot on the communication assembly in the inverter.

9. Ensure that the terminal block is securely in place.
10. Ensure that all conductors are correctly connected.
11. Ensure that the conductors sit securely in the terminal points. Tip: To release the conductors from the terminal block, open the terminal points using a suitable tool.

## 6.5 Connecting the switch and outlet for secure power supply operation

**Neutral and grounding conductor of output for secure power supply permanently connected**

The inverter's output for secure power supply includes a permanent connection between neutral and grounding conductor, which cannot be disconnected.

**Do not connect loads that require a stable electricity supply to the outlet for secure power supply operation.**

Secure power supply operation must not be used for loads that require a stable electricity supply. The power available during secure power supply operation depends on the solar irradiation on the PV system. Therefore, power output can fluctuate considerably depending on the weather or may not be available at all.

- Do not connect loads to the outlet for secure power supply operation if they are dependent on a stable electricity supply for reliable operation.

**Requirements:**

☐ The technical requirements for connecting the switch and outlet for secure power supply operation must be met(see Section 10, page 65).

☐ All electrical installations must be carried out in accordance with the local standards and the *National Electrical Code®* ANSI/NFPA 70 or the *Canadian Electrical Code®* CSA C22.1.

**Residual-current device:**

☐ SMA Solar Technology AG recommends installing a residual-current device (type A) between the inverter's output for secure power supply and the outlet for secure power supply operation, which trips at a residual current of 30 mA. Observe all locally applicable standards and directives when doing so.

**Additionally required material (not included in the scope of delivery):**

☐ 1 standard outlet

☐ 1 standard switch (e.g. light switch)

☐ Conduits (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)

☐ UL-listed raintight or liquidtight conduit fittings (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)

**Procedure:**

- Connect the outlet for secure power supply operation
- Connecting the switch for secure power supply operation

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 45 of 235 PageID #

## Connect the outlet for secure power supply operation

**Requirements for the conductors:**

☐ The conductors with regards to its ampacity, rated temperatures, operating conditions and its power loss must be made in accordance with the local standards and the *National Electrical Code*® ANSI/NFPA 70 or the *Canadian Electrical Code*® CSA C22.1.

☐ Conductor type: copper wire

☐ The conductors must be made of solid wire, stranded wire or fine stranded wire. When using fine stranded wire, bootlace ferrules must be used.

☐ Conductor cross-section: 2.5 mm² to 4 mm² (14 AWG to 12 AWG)

☐ Maximum length of conductors: 10 m (33 ft)

**Procedure:**

1. Ensure that the inverter is disconnected from all voltage sources (see Section 8, page 61).
2. Remove the sealing plug from the enclosure opening for connecting the outlet for secure power supply operation.
3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.
5. Guide the conductors into the inverter.
6. Connect the equipment grounding conductor of the outlet for secure power supply operation to an equipment grounding terminal:
   - Strip the insulation of the equipment grounding conductor by 18 mm (0.71 in).
   - Insert the screw through the conical spring washer, the clamping bracket and the washer.

   - Guide the equipment grounding conductor between the washer and clamping bracket and tighten the screw (TX 25) (torque: 6 Nm ± 0.3 Nm (53.10 in-lb ± 2.65 in-lb)).
7. Plug the terminal block for connecting the outlet for secure power supply operation into the **SPS** slot in the inverter and tighten it with a flat-blade screwdriver (blade width: 3.5 mm (9/64 in)).

8. Ensure that the terminal block is securely in place.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 46 of 235 PageID #

9. Strip off the conductor insulation by max. 15 mm (0.59 in).
10. In the case of finely stranded wire, provide the conductors L and N with a bootlace ferrule.
11. **i Connection of conductors of finely stranded wire**

    To connect conductors made of finely stranded wire, each terminal point must be opened.

    - First insert the connector into the terminal point all the way to the lock (round opening). Then insert a flat-blade screwdriver (blade: 3.2 mm ($^1/_8$ in)) as far as it can go into the actuation shaft (rectangular opening). Hereby the lock opens and the conductor can be placed into the terminal point as far as possible. After the connection has been made, the flat-blade screwdriver must be pulled out of the actuation shaft.
12. **⚠ WARNING**

    **Fire hazard due to faulty conductor connection**

    If the conductors are inserted into the actuation shafts (right-angled openings), a fire may occur during inverter commissioning.
13. Connect the conductors L and N to the terminal block in accordance with the labeling. Insert each conductor into the corresponding terminal point (round opening) up to the stop.

14. Ensure the conductors are plugged into the terminal points (round openings) as far as is will go and not into the actuation shafts (rectangular openings).

15. Ensure that the terminal points are allocated to the correct conductors.
16. Ensure that the conductors are plugged completely into the terminal points up to their insulation.
17. Install outlet in desired position (e.g. next to the inverter or as switch/outlet combination optionally at short distance from the inverter (to max. 10 m (33 ft))).
18. Connect the other end of the cable using it directly as energy supply to the outlet.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 47 of 235 PageID #

### Connect the switch for secure power supply operation

**Requirements for the conductors:**

☐ Conductor cross-section: 0.2 mm² to 2.5 mm² (24 AWG to 14 AWG)
☐ The conductor type and wiring method must be appropriate for the application and location.
☐ Maximum length of conductors: 10 m (33 ft)

**Procedure:**

1. Ensure that the inverter is disconnected from all voltage sources (see Section 8, page 61).
2. Remove the sealing plug from the opening for connecting the switch for secure power supply operation.
3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.
5. Guide the conductors into the inverter.
6. Strip off the conductor insulation by min. 6 mm (0.24 in) to max. 10 mm (0.39 in).
7. Connect the conductors to the 2-pole terminal blocks. Ensure that the conductors are plugged completely into the terminal points up to their insulation.

8. Stick the terminal block into the **SPS** slot on the communication assembly in the inverter.

9. Ensure that the terminal block is securely in place.
10. Ensure that all conductors are correctly connected.
11. Ensure that the conductors sit securely in the terminal points. Tip: To release the conductors from the terminal block, open the terminal points using a suitable tool.
12. Install switch in desired position (e.g. next to the inverter or as switch/outlet combination optionally at short distance from the inverter (to max. 10 m (33 ft))).
13. Connect the other end of the cable directly to the switch.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 48 of 235 PageID #

# 6.6 DC Connection

## 6.6.1 Requirements for the DC Connection

**Connection options:**

One string each can be connected to each DC input of the inverter during normal operation. The DC inputs A and B can however be operated in parallel, and thus up to three strings can be connected to inverters with two DC inputs and up to four strings to inverters with three DC inputs.

The following device types have two MPP trackers and therefore two DC inputs (A and B):

- SB3.0-1SP-US-41
- SB3.8-1SP-US-41

The following device types have three MPP trackers and therefore three DC inputs (A, B, and C):

- SB5.0-1SP-US-41
- SB6.0-1SP-US-41
- SB7.0-1SP-US-41
- SB7.7-1SP-US-41

Figure 12 : Connection overview for normal operation



Figure 13 : Connection overview for parallel connection of the DC inputs A and B

**Requirements for the PV modules per input:**

- ☐ All PV modules should be of the same type.
- ☐ All PV modules should be aligned and tilted identically.
- ☐ If inputs A and B are connected in parallel, the PV modules of inputs A and B should be identically aligned and the same number of PV modules connected in series must be connected to all strings of inputs A and B.
- ☐ The maximum inverter system voltages permitted may not be exceeded (see Section 10, page 65).
- ☐ The maximum short-circuit current may not be exceeded (see Section 10, page 65).

**Additionally required material (not included in the scope of delivery):**

- ☐ Conduits (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)
- ☐ UL-listed raintight or liquidtight conduit fittings (trade size: 21 mm (0.75 in) or smaller with suitable reducer bushing)

**Requirements on the DC conductors:**

- ☐ The conductors with regards to its ampacity, rated temperatures, operating conditions and its power loss must be made in accordance with the local standards and the *National Electrical Code®* ANSI/NFPA 70 or the *Canadian Electrical Code®* CSA C22.1.
- ☐ The DC terminal block temperature rating is +90°C (+194°F).
- ☐ Conductor type: copper wire
- ☐ Maximum permissible temperature: 75°C (+167°F) or 90°C (194°F)
- ☐ The conductors must be made of solid wire, stranded wire or fine stranded wire. When using fine stranded wire, bootlace ferrules must be used.
- ☐ Conductor cross-section: 2.5 mm² to 10 mm² (14 AWG to 8 AWG)

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 50 of 235 PageID #

### 6.6.2 Connecting the PV Array

**NOTICE**

**Damage to the product due to ground fault on DC side during operation**

Due to the transformerless topology of the product, the occurrence of ground faults on DC side during operation can lead to irreparable damage. Damages to the product due to a faulty or damaged DC installation are not covered by warranty. The product is equipped with a protective device that checks whether a ground fault is present during the starting sequence. The product is not protected during operation.

- Ensure that the DC installation is carried out correctly and no ground fault occurs during operation.

**Requirements:**

☐ The grounding of the PV system must be executed as per the specifications of the *National Electrical Code®* ANSI/NFPA 70 and is the responsibility of the installer.

☐ All electrical installations must be carried out in accordance with the local standards and the *National Electrical Code®* ANSI/NFPA 70 or the *Canadian Electrical Code®* CSA C22.1.

**Procedure:**

1. **⚠ DANGER**

   **Danger to life due to high voltages**

   When exposed to sunlight, the PV array generates dangerous DC voltage which is present in the DC conductors. Touching the DC conductors can lead to lethal electric shocks.

   - If an external DC disconnecting switch is available, open the external DC disconnecting switch.
   - Ensure that the DC load-break switch on the inverter is in the **O** position.
   - Ensure that there is no voltage on the DC inputs of the inverter.
2. Remove the adhesive tape from the enclosure opening for the DC connection and, if other enclosure openings are to be used, take the sealing plugs out of these enclosure openings.
3. Insert the conduit fitting into the opening and tighten from the inside using the counter nut.
4. Attach the conduit to the conduit fitting.
5. Guide the conductors from the conduit into the inverter. In the process, lay the conductors in the inverter such that they do not come into contact with the communication assembly.
6. Connect each equipment grounding conductor of the PV array to an equipment grounding terminal:
   - Strip the insulation of the equipment grounding conductor by 18 mm (0.71 in).
   - Insert the screw through the spring washer, the clamping bracket and the washer.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 51 of 235 PageID #

- Guide the equipment grounding conductor between the washer and clamping bracket and tighten the screw (TX 25) (torque: 6 Nm ± 0.3 Nm (53.10 in-lb ± 2.65 in-lb)). Here, the equipment grounding conductor must have contact with an inner edge of the clamping bracket.

- If two equipment grounding conductors are to be connected to one equipment grounding terminal, guide both equipment grounding conductors between the washer and clamping bracket and tighten the screw (TX 25, torque: 6 Nm ± 0.3 Nm (53.10 in-lb ± 2.65 in-lb)). Here, every equipment grounding conductor must have contact with an inner edge of the clamping bracket.

7. Plug the terminal block for the DC connection into the **DC-in** slot in the inverter.
8. **⚠ DANGER**

   **Danger to life due to electric arc**

   The terminal block must be fastened to the slot with two screws. If the terminal block is not correctly mounted and comes out of the slot, an electric arc can form. An electric arc can cause life-threatening burns and can cause fire.

   - Mount the terminal block using the two screws as described in the following.

9. Tighten the screws of the terminal block using a flat-blade screwdriver (blade width: 3.5 mm (0.14 in)) (torque: 0.3 Nm (2.65 in-lb)).

10. Ensure that the terminal block is securely in place and the screws are tightened.
11. Strip off the conductor insulation by 18 mm (0.71 in).
12. In the case of fine stranded wire, provide each conductor with a bootlace ferrule.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 52 of 235 PageID #

13. **Connection of conductors of finely stranded wire**

    To connect conductors made of finely stranded wire, each terminal point must be opened.

    - First insert the connector into the terminal point all the way to the lock (round opening). Then insert a flat-blade screwdriver (blade: 3.5 mm (0.14 in)) as far as it can go into the actuation shaft (rectangular opening). Hereby the lock opens and the conductor can be placed into the terminal point as far as possible. After the connection has been made, the flat-blade screwdriver must be pulled out of the actuation shaft.

14. **WARNING**

    **Fire hazard due to faulty conductor connection**

    If the conductors are inserted into the actuation shafts (right-angled openings), a fire may occur during inverter commissioning.

    - Connect the conductors to the terminal block as described in the following.

15. Connect the conductors to the terminal block in accordance with the labeling. Insert each conductor into the corresponding terminal point (round opening) up to the stop. Always connect the positive terminal and the negative terminal of a string to the same input, and keep in mind that the terminals **C+** and **C-** of inverters with two DC inputs must not be assigned.

16. Ensure the conductors are plugged into the terminal points (round openings) as far at is will go and not into the actuation shafts (rectangular openings).

17. Ensure that the terminal points are allocated to the correct conductors.
18. Ensure that the conductors are plugged completely into the terminal points up to their insulation.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 53 of 235 PageID #

# 7 Commissioning

## 7.1 Commissioning Procedure

This section describes the commissioning procedure and gives an overview of the steps you must perform in the prescribed order.

**Commissioning an inverter that is captured in a communication device**

When the inverter is captured in a communication device, the communication device (e.g. SMA Data Manager) is the unit for configuring the total system. The configuration is transferred to all inverters in the system. The system password assigned via the communication device is also the password for the user interface of the inverter.

- Commission the inverter (see Section 7.2, page 52).
- The initial configuration of the inverter is made via the communication device. The configuration is transferred to the inverter and the settings of the inverter are overwritten.
- Deactivate the Webconnect function of the inverter via the Sunny Portal. This prevents unnecessary connection attempts of the inverter with Sunny Portal.

| Procedure | | See |
|---|---|---|
| 1. | Commission the inverter. | see section 7.2, page 52 |
| 2. | Establish a connection to the user interface of the inverter. There are various connection options to choose from for this:<br>• Direct connection via WLAN<br>• Direct connection via Ethernet<br>• Connection via WLAN in the local network<br>• Connection via Ethernet in the local network | see section 7.3, page 54 |
| 3. | Log into the user interface. | see section 7.4, page 58 |
| 4. | Select the inverter configuration option. Please note that the SMA Grid Guard code for changing the grid-relevant parameters must be available after completion of the first ten feed-in hours or installation assistant. You can request the SMA Grid Guard code via the Online Service Center. | see section 7.5, page 59 |
| 5. | Ensure that the country data set has been configured correctly. | Inverter user manual |
| 6. | Make further inverter settings as needed. | Inverter user manual |

## 7.2 Commissioning the Inverter

**Requirements:**

☐ The AC circuit breaker must be correctly rated and mounted.

☐ A means of disconnecting the inverter from the PV array must be present.

☐ The product must be correctly mounted.

☐ All conductors must be correctly connected.

☐ Unused enclosure openings must be sealed tightly with sealing plugs.

**Procedure:**

1. Lead the enclosure lid to the Connection Unit and plug the ribbon cable into the socket on the communication assembly.

2. Ensure that the ribbon cable is securely plugged into the sockets at both ends.
3. Position the enclosure lid of the Connection Unit at an angle on the top edge, press down and tighten all 6 screws crosswise (TX25, torque: 3 Nm ± 0.3 Nm (26.55 in-lb ± 2.65 in-lb)).

4. Turn the DC load-break switch of the inverter to position **I**.

5. Switch on the AC circuit breaker.
   ☑ All three LEDs light up and the display is illuminated. The start-up phase begins.
   ☑ After approximately 90 seconds, all three LEDs will go out again and the display will show a succession of different messages with inverter data.
   ☑ Depending on the available power, the green LED pulses or is continuously illuminated. The inverter is feeding in.
6. If the LEDs do not start to glow and the display remains dark, the ribbon cable between the assembly in the enclosure lid and the communication assembly in the inverter is most likely not properly plugged in. Ensure that the ribbon cable is securely plugged into the sockets at both ends.

7. If the green LED is still flashing, the conditions for activating feed-in operation are not yet met. As soon as the conditions for feed-in operation are met, the inverter starts with feed-in operation and, depending on the available power, the green LED will light up continuously or it will pulse.
8. If the red LED lights up, an error has occurred. Rectify the error (for information regarding troubleshooting see the user manual under www.SMA-Solar.com).

# 7.3 Establishing a connection to the user interface

## 7.3.1 Establishing a Direct Connection via Ethernet

**Requirements:**

☐ The product must be commissioned.

☐ A smart device (e.g. laptop) with an Ethernet interface must be available.

☐ The product must be connected directly to the smart device.

☐ The respective latest version of one of the following web browsers must be installed on the smart device: Chrome, Edge, Firefox or Safari.

☐ The installer's SMA Grid Guard code must be available to change network-relevant settings after the first 10 hours of feed-in operation, or after completing the installation assistant. You can request the SMA Grid Guard code via the Online Service Center.

**i IP address of the inverter**

- Standard inverter IP address for the direct connection via Ethernet: **169.254.12.3**

**Procedure:**

1. Tap on the enclosure lid of the Connection Unit and continue to switch up to the message **E-IP: 169.254.xxx.xxx**.
2. Read off the displayed IP address for the direct connection via Ethernet and either remember it or write it down.
3. Open the web browser of your smart device. Enter the IP address in the address bar of the web browser.
4. **i Web browser signals a security vulnerability**

   After the IP address has been entered, a message might appear indicating that the connection to the user interface of the product is not secure. SMA Solar Technology AG guarantees the security of the user interface.

   - Continue loading the user interface.

☑ The login page of the user interface opens.

## 7.3.2 Establishing a direct connection via WLAN

You have several options to connect the product to an end device. The procedure can be different depending on the end devices. If the procedures described do not apply to your end device, establish the direct connection via Wi-Fi as described in the manual of your end device.

The following connection options are available:

- Connection with WPS
- Connection with Wi-Fi network search

**Requirements:**

☐ The product must be commissioned.

☐ A smart device (e.g. smartphone, tablet or laptop) must be available.

☐ The respective latest version of one of the following web browsers must be installed on the smart device: Chrome, Edge, Firefox or Safari.

☐ JavaScript must be enabled in the web browser of the smart device.

☐ The installer's SMA Grid Guard code must be available to change network-relevant settings after the first 10 hours of feed-in operation, or after completing the installation assistant. You can request the SMA Grid Guard code via the Online Service Center.

### i SSID, IP address and WLAN password

- SSID in WLAN: **SMA[serial number]** (e.g. SMA0123456789)
- Device-specific WLAN password: see WPA2-PSK on the type label of the product or the rear side of the manual included in delivery
- Standard access address for a direct connection via WLAN outside of a local network: **https://smalogin.net** or **192.168.12.3**

### i Importing and exporting files with smart devices having an iOS operating system is not possible

For technical reasons, importing and exporting files (e.g., importing an inverter configuration, saving the current inverter configuration or exporting events and parameters) is not possible with smart devices having an iOS operating system.

- Use a smart device that does not have an iOS operating system for importing and exporting files.

## Connection with WPS

**Requirements:**

☐ The end device must have a WPS function.

**Procedure:**

1. Enable the WPS function on the inverter. To do this, tap twice on the enclosure lid of the Connection Unit.

   ☑ The blue LED flashes quickly for approx. two minutes. The WPS function is active during this time.

2. Enable the WPS function on your end device.
3. If the web browser of the smart end device does not open automatically and the login page of the user interface is not displayed, open the web browser and enter **https://smalogin.net** in the address bar.

## Connection with Wi-Fi network search

1. Search for Wi-Fi networks with your end device.

2. Select the SSID of the product **SMA[serial number]** in the list with the detected Wi-Fi networks.
3. Enter the device-specific Wi-Fi password (see WPA2-PSK on the type label of the product or the rear side of the manual included in delivery).
4. Open the web browser of your smart end device and enter **https://smalogin.net** in the address bar.
   ☑ The login page of the user interface is displayed.
5. If the login page of the user interface does not open, enter the IP address **192.168.12.3** or, if your smart end device supports mDNS services, **SMA[serial number].local** or **https://SMA[serial number]** in the address bar of the web browser.

### 7.3.3 Establishing a Connection via Ethernet in the local network

**New IP address for connecting with a local network**

If the product is connected to a local network (e.g. via a router), the product will receive a new IP address. Depending on the type of configuration, the new IP address will be assigned automatically by the DHCP server (router) or manually by you. Upon completion of the configuration, the product can only be reached via the following access addresses:

- Generally applicable access address: IP address manually assigned or assigned by the DHCP server (router) (identification via network scanner software or network configuration of the router).
- Access address for Apple and Linux systems: **SMA[serial number].local** (e.g. SMA0123456789.local)
- Access address for Windows and Android systems: **https://SMA[serial number]** (e.g. https://SMA0123456789)

**Requirements:**

☐ The product must be connected to the local network via a network cable (e.g. via a router).

☐ The product must be integrated into the local network. Tip: There are various methods of integrating the product into the local network with the aid of the installation assistant.

☐ A smart device (e.g. smartphone, tablet or laptop) must be available.

☐ The smart device must be in the same local network as the product.

☐ The respective latest version of one of the following web browsers must be installed on the smart device: Chrome, Edge, Firefox or Safari.

☐ The installer's SMA Grid Guard code must be available to change network-relevant settings after the first 10 hours of feed-in operation, or after completing the installation assistant. You can request the SMA Grid Guard code via the Online Service Center.

**Procedure:**

1. Open the web browser of your smart device. Enter the IP address of the product in the address bar of the web browser.

ENGLISH

2. **Web browser signals a security vulnerability**

   After the IP address has been entered, a message might appear indicating that the connection to the user interface of the product is not secure. SMA Solar Technology AG guarantees the security of the user interface.

   - Continue loading the user interface.

☑ The login page of the user interface opens.

### 7.3.4 Establishing a Connection via WLAN in the Local Network

**New IP address for connecting with a local network**

If the product is connected to a local network (e.g. via a router), the product will receive a new IP address. Depending on the type of configuration, the new IP address will be assigned automatically by the DHCP server (router) or manually by you. Upon completion of the configuration, the product can only be reached via the following access addresses:

- Generally applicable access address: IP address manually assigned or assigned by the DHCP server (router) (identification via network scanner software or network configuration of the router).
- Access address for Apple and Linux systems: **SMA[serial number].local** (e.g. SMA0123456789.local)
- Access address for Windows and Android systems: **https://SMA[serial number]** (e.g. https://SMA0123456789)

**Requirements:**

☐ The product must be commissioned.

☐ The product must be integrated into the local network. Tip: There are various methods of integrating the product into the local network with the aid of the installation assistant.

☐ A smart device (e.g. smartphone, tablet or laptop) must be available.

☐ The smart device must be in the same local network as the product.

☐ The respective latest version of one of the following web browsers must be installed on the smart device: Chrome, Edge, Firefox or Safari.

☐ The installer's SMA Grid Guard code must be available to change network-relevant settings after the first 10 hours of feed-in operation, or after completing the installation assistant. You can request the SMA Grid Guard code via the Online Service Center.

**Importing and exporting files with smart devices having an iOS operating system is not possible**

For technical reasons, importing and exporting files (e.g., importing an inverter configuration, saving the current inverter configuration or exporting events and parameters) is not possible with smart devices having an iOS operating system.

- Use a smart device that does not have an iOS operating system for importing and exporting files.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 59 of 235 PageID #

**Procedure:**

- Enter the IP address of the product in the address bar of the web browser.
  ☑ The login page of the user interface opens.

## 7.4 Logging Into the User Interface

After a connection to the user interface of the inverter has been established, the login page opens. Log onto the user interface as described below.

### Password assignment for user and installer

The passwords for the user groups **Installer** and **User** must be assigned when accessing the user interface for the first time. If the inverter was registered in a communication device (e.g., SMA Data Manager) and the system password was assigned, the system password is also the installer password. In this case, only the user password must be assigned.

- If you as a specialist assign the user password, only pass the password on to persons to access the inverter data via the user interface.
- If you as a user assign the installer password, only pass the password on to persons to receive access to the system.

### Installer password for inverters registered in a communication device or in Sunny Portal

To be able to register the inverter in a communication device (e.g., SMA Data Manager) or in a Sunny Portal system, the password for the user group **Installer** must match the system password. If you assign a password for the user group **Installer** via the user interface of the inverter, the same password must also be used as the system password.

- Assign a uniform installer password to all SMA devices in the system.

**Procedure:**

1. In the drop-down list **Language**, select the desired language.
2. In the **Password** field, enter a password for the **User** user group.
3. In the **Repeat password** field, enter the password again.
4. Click on **Save**.
5. In the **New password** field, enter a password for the **Installer** user group. Assign a uniform password to all SMA devices to be registered in a system. The installer password is also the system password.
6. In the **Repeat password** field, enter the password again.
7. Click on **Save and log in**.

☑ The **Configuring the Inverter** page opens.

## 7.5 Selecting a configuration option

After you have assigned the password for the user groups **Installer** and **User** and logged in as **Installer**, the **Configuring the Inverter** page opens.

Figure 14 : Layout of the **Configuring the Inverter** page

| Position | Designation | Description |
|---|---|---|
| A | Device information | Provides the following information:<br>• Device name<br>• Inverter serial number<br>• Inverter firmware version |
| B | User information | Provides brief information on the listed configuration options |
| C | Skip configuration | Offers the option of skipping the inverter configuration and go directly to the user interface (not recommended) |
| D | Checkbox | Allows you to choose not to have the displayed page displayed again when the user interface is called up again |
| E | Configuration options | Provides a selection of the various configuration options |

**Configuration options:**

On the **Configuring the Inverter** page, different configuration options are available to choose from. Select one of the options and proceed for the selected option as described below. SMA Solar Technology AG recommends carrying out the configuration with the installation assistant. This way, you ensure that all relevant parameters are set for optimal inverter operation.

- Adoption of configuration from a file

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 61 of 235 PageID #

- Configuration with the installation assistant (recommended)
- Manual configuration

## Adopting the Configuration from a File

You can adopt the inverter configuration from a file. To do this, there must be an inverter configuration saved to a file.

**Procedure:**

1. Select the configuration option **Adopting configuration from a file**.
2. Select [**Browse...**] and select the desired file.
3. Select [**Import file**].

## Configuring the Installation Assistant (Recommended)

1. Select the configuration option **Configuration with Installation Assistant**.
   ☑ The installation assistant will open.
2. Follow the installation assistant steps and make the settings appropriate for your system.
3. For every setting made in a step, select [**Save and next**].
   ☑ In the last step, all made settings are listed in a summary.
4. To correct settings you made, select [**Back**], navigate to the desired step, correct settings and select [**Save and continue**].
5. Once all settings are correct, select [**Next**] in the summary.
6. To save the settings to a file, select [**Export a summary**] and save the file on your smart device.
7. To export all parameters and their settings, select [**Export all parameters**]. This exports all parameters and their settings into an HTML file.

☑ The start page of the user interface opens.

## Manual configuration

You can configure the inverter manually by setting the desired parameters.

**Procedure:**

1. Select the configuration option **Manual Configuration**.
   ☑ The **Device Parameters** menu on the user interface will open and all available parameter groups of the inverter will be displayed.
2. Select [**Edit parameters**].
3. Select the desired parameter group.
   ☑ All available parameters of the parameter group will be displayed.
4. Set the desired parameters.
5. Select [**Save all**].

☑ The inverter parameters are set.

# 8 Disconnecting the Inverter from Voltage Sources

Prior to performing any work on the product, always disconnect it from all voltage sources as described in this section. Always adhere to the prescribed sequence.

**⚠ DANGER**

**Danger to life due to electric shock when live components or DC conductors are touched**

When exposed to light, the PV array generates dangerous direct voltage. Even if the DC load-break switch of the inverter is in the **O**, position, there will be dangerous direct voltage present in the DC conductors and on the **DC-in** terminal block in the Connection Unit. Touching live DC conductors results in death or lethal injuries due to electric shock.

- If an external DC disconnecting switch is available, open the external DC disconnecting switch.
- Leave the **DC-in** terminal block plugged into the Connection Unit and only touch it on the black enclosure.

**⚠ WARNING**

**Danger to life due to electric shock from destruction of the measuring device due to overvoltage**

Overvoltage can damage a measuring device and result in voltage being present in the enclosure of the measuring device. Touching the live enclosure of the measuring device results in death or lethal injuries due to electric shock.

- Only use measuring devices with a DC input voltage range of 600 V or higher.

**Procedure:**

1. Disconnect the AC miniature circuit breaker and secure against reconnection.
2. Set the DC load-break switch of the inverter to **O**.



1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 63 of 235 PageID #

3. Secure the DC load-break switch against reconnection using a suitable padlock.

4. If the multifunction relay is used, switch off any supply voltage to the load.
5. Wait until the LEDs have gone out.
6. Unscrew all 6 screws of the enclosure lid of the Connection Unit and carefully remove the enclosure lid toward the front (TX25). When doing so, note that the LED assembly in the enclosure lid and the communication assembly in the inverter are connected via a ribbon cable.
7. Pull the ribbon cable connecting the LED assembly in the enclosure lid to the communication assembly out of the jack located on the communication assembly.

8. Use a current clamp to ensure that no current is present in the DC conductors.
9. Ensure there is no voltage on the **AC-out** terminal block between **L1** and **N** and **L2** and **N** using a suitable measuring device. To do this, stick the test probe in each rectangular opening of the terminal.
10. Ensure there is no voltage on the **AC-out** terminal block between **L1** and the equipment grounding conductor and **L2** and the equipment grounding conductor using a suitable measuring device. To do this, stick the test probe in each rectangular opening of the terminal.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 64 of 235 PageID #

# 9 Decommissioning the Inverter

To decommission the inverter completely upon completion of its service life, proceed as described in this Section.

**⚠ CAUTION**

**Risk of injury due to weight of product**

Injuries may result if the product is lifted incorrectly or dropped while being transported or mounted.

- Transport and lift the product carefully. Take the weight of the product into account.
- Wear suitable personal protective equipment for all work on the product.

**Procedure:**

1. **⚠ DANGER**

   **Danger to life due to high voltages**

   - Disconnect the inverter from all voltage sources (see Section 8, page 61).
2. Remove the DC conductors from the **DC-in** terminal block. To release the conductors from the terminals, open the terminals with a flat-blade screwdriver (blade width: 3.5 mm (0.14 in)). While doing so, only touch the terminal block on the black enclosure.
3. Screw out the screws from the **DC-in** terminal block using a flat-blade screwdriver (blade width: 3.5 mm (0.14 in)) and pull the terminal block out of the slot. While doing so, only touch the terminal block on the black enclosure.
4. Remove the AC conductor L1, L2 and, if necessary, N from the **AC-out** terminal block. To release the conductors from the terminals, open the terminals with a flat-blade screwdriver (blade width: 3.5 mm (0.14 in)).
5. Screw out the screws from the **AC-out** terminal block using a flat-blade screwdriver (blade width: 3.5 mm (0.14 in)) and pull the terminal block out of the slot.
6. Remove all equipment grounding conductors from the equipment grounding terminals. To do this, remove each screw (TX 25) and remove the equipment grounding conductor from the inverter; screw each screw back in (TX 25).
7. Remove the ribbon cable connecting the communication assembly to the Power Unit and plug the ribbon cable into the **COM** slot in the Power Unit.
8. Remove all connection cables from the communication assembly. Tip: To release the cables from the plugs, open the conduit entries using a suitable tool.
9. Remove all conduits with conductors from the inverter. To do this, screw the sleeves out of the enclosure openings from the inside.
10. Seal all enclosure openings with sealing plugs.
11. Unscrew the two screws on the right and left side of the Power Unit (TX25) and retain them for later use. As a result, the Power Unit and the Connection Unit are not connected to one another.
12. Disconnect and remove the Power Unit from the Connection Unit.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 65 of 235 PageID #

13. Unscrew all the screws that are attached to the Connection Unit.
14. Remove the Connection Unit.
15. Connect the Connection Unit to the Power Unit. Make sure that the screw holes on the left and right sides of the Power Unit are directly over those of the Connection Unit; and the cables protruding from the Power Unit must not be pinched.
16. Tighten the two screws on the right and left side of the Power Unit (TX25) (torque: 6 Nm ± 0.3 Nm (53 in-lb ± 2.65 in-lb)).
17. Lead the enclosure lid to the Connection Unit and plug the display cable into the socket on the communication assembly.
18. Ensure that the display cable is securely plugged into the sockets at both ends.
19. Position the enclosure lid of the Connection Unit on the enclosure and tighten all 6 screws crosswise (TX 25, torque 3 Nm ± 0.3 Nm (26.55 in-lb ± 2.65 in-lb)).
20. If the inverter is to be stored or shipped, pack the inverter. Use the original packaging or packaging that is suitable for the weight and dimensions of the inverter and secure the packaging with tension belts, if necessary.
21. Dispose of the inverter in accordance with the locally applicable disposal regulations for electronic waste.

# 10 Technical Data

## 10.1 DC/AC

### 10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US

**DC input**

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Maximum PV array power | 4800 Wp | 6080 Wp | 8000 Wp |
| Maximum input voltage | 600 V | 600 V | 600 V |
| MPP voltage range | 100 V to 550 V | 100 V to 550 V | 100 V to 550 V |
| Rated input voltage | 155 V to 480 V | 195 V to 480 V | 220 V to 480 V |
| Minimum input voltage | 100 V | 100 V | 100 V |
| Initial input voltage | 125 V | 125 V | 125 V |
| Maximum input current per input | 10 A | 10 A | 10 A |
| Maximum short-circuit current per input | 18 A | 18 A | 18 A |
| Maximum input source reverse current to input source | 0 A | 0 A | 0 A |
| Number of indepen-dent MPP inputs | 2 | 2 | 3 |

**AC output**

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Rated power at 208 V | 3000 W | 3328 W | 5000 W |
| Rated power at 240 V | 3000 W | 3800 W | 5000 W |
| Maximum apparent AC power at 208 V | 3000 VA | 3328 VA | 5000 VA |
| Maximum apparent AC power at 240 V | 3000 VA | 3800 VA | 5000 VA |
| Rated grid voltage | 208 V / 240 V | 208 V / 240 V | 208 V / 240 V |
| AC voltage range at 208 V | 183 V to 229 V | 183 V to 229 V | 183 V to 229 V |

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| AC voltage range at 240 V | 211 V to 264 V | 211 V to 264 V | 211 V to 264 V |
| Nominal AC current at 208 V | 14.4 A | 16 A | 24 A |
| Nominal AC current at 240 V | 12.5 A | 15.8 A | 21 A |
| Maximum output current at 208 V | 14.5 A | 16 A | 24 A |
| Maximum output current at 240 V | 12.5 A | 15.8 A | 21 A |
| Total harmonic factor of output current | <4 % | <4 % | <4 % |
| Maximum residual output current | 30.4 A | 30.4 A | 30.4 A |
| Duration of the maximum residual output current | 250 ms | 250 ms | 250 ms |
| Line synchronization characteristics/inrush current | Method 2/2.4 A | Method 2/2.4 A | Method 2/2.4 A |
| Rated power frequency | 60 Hz | 60 Hz | 60 Hz |
| Operating range at AC power frequency 60 Hz | 59.3 Hz to 60.5 Hz | 59.3 Hz to 60.5 Hz | 59.3 Hz to 60.5 Hz |
| Output power at +60°C (+140°F) | > 3300 W | > 3300 W | > 3300 W |
| Power factor at rated power | 1 | 1 | 1 |
| Range of the displacement power factor (adjustable) | $0.8_{overexcited}$ to $0.8_{underexcited}$ | $0.8_{overexcited}$ to $0.8_{underexcited}$ | $0.8_{overexcited}$ to $0.8_{underexcited}$ |
| Feed-in phases | 1 | 1 | 1 |
| Phase connection | 2 | 2 | 2 |
| Surge category in accordance with UL 1741 | IV | IV | IV |

### Efficiency

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Maximum efficiency at 208 V, $\eta_{max}$ | 97.2 % | 97.3 % | 97.3 % |
| CEC weighted efficiency at 208 V, $\eta_{CEC}$ | 96 % | 96.5 % | 96.5 % |
| Maximum efficiency at 240 V, $\eta_{max}$ | 97.6 % | 97.6 % | 97.6 % |
| CEC weighted efficiency at 240 V, $\eta_{CEC}$ | 96.5 % | 96.5 % | 97.0 % |

## 10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US

### DC input

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Maximum PV array power | 9600 Wp | 11200 Wp | 12320 Wp |
| Maximum input voltage | 600 V | 600 V | 600 V |
| MPP voltage range | 100 V to 550 V | 100 V to 550 V | 100 V to 550 V |
| Rated input voltage | 220 V to 480 V | 245 V to 480 V | 270 V to 480 V |
| Minimum input voltage | 100 V | 100 V | 100 V |
| Initial input voltage | 125 V | 125 V | 125 V |
| Maximum input current per input | 10 A | 10 A | 10 A |
| Maximum short-circuit current per input | 18 A | 18 A | 18 A |
| Maximum input source reverse current to input source | 0 A | 0 A | 0 A |
| Number of independent MPP inputs | 3 | 3 | 3 |

### AC output

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Rated power at 208 V | 5200 W | 6650 W | 6650 W |
| Rated power at 240 V | 6000 W | 7000 W | 7680 W |

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Maximum apparent AC power at 208 V | 5200 VA | 6650 VA | 6650 VA |
| Maximum apparent AC power at 240 V | 6000 VA | 7000 VA | 7680 VA |
| Rated grid voltage | 208 V / 240 V | 208 V / 240 V | 208 V / 240 V |
| AC voltage range at 208 V | 183 V to 229 V | 183 V to 229 V | 183 V to 229 V |
| AC voltage range at 240 V | 211 V to 264 V | 211 V to 264 V | 211 V to 264 V |
| Nominal AC current at 208 V | 25 A | 32 A | 32 A |
| Nominal AC current at 240 V | 25 A | 29.2 A | 32 A |
| Maximum output current at 208 V | 25 A | 32 A | 32 A |
| Maximum output current at 240 V | 25 A | 29.2 A | 32 A |
| Total harmonic factor of output current | <4 % | <4 % | <4 % |
| Maximum residual output current | 30.4 A | 30.4 A | 30.4 A |
| Duration of the maximum residual output current | 250 ms | 250 ms | 250 ms |
| Line synchronization characteristics/inrush current | Method 2/2.4 A | Method 2/2.4 A | Method 2/2.4 A |
| Rated power frequency | 60 Hz | 60 Hz | 60 Hz |
| Operating range at AC power frequency 60 Hz | 59.3 Hz to 60.5 Hz | 59.3 Hz to 60.5 Hz | 59.3 Hz to 60.5 Hz |
| Output power at +60°C (+140°F) | > 3300 W | > 6700 W | > 6700 W |
| Power factor at rated power | 1 | 1 | 1 |

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Range of the displacement power factor (adjustable) | $0.8_{overexcited}$ to $0.8_{underexcited}$ | $0.8_{overexcited}$ to $0.8_{underexcited}$ | $0.8_{overexcited}$ to $0.8_{underexcited}$ |
| Feed-in phases | 1 | 1 | 1 |
| Phase connection | 2 | 2 | 2 |
| Surge category in accordance with UL 1741 | IV | IV | IV |

**Efficiency**

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Maximum efficiency at 208 V, $\eta_{max}$ | 97.3 % | 97.3 % | 97.3 % |
| CEC weighted efficiency at 208 V, $\eta_{CEC}$ | 96.5 % | 96.5 % | 96.5 % |
| Maximum efficiency at 240 V, $\eta_{max}$ | 97.7 % | 97.9 % | 97.5 % |
| CEC weighted efficiency at 240 V, $\eta_{CEC}$ | 97.0 % | 97.0 % | 97.0 % |

## 10.2 AC Output, Secure Power Supply Operation

| | |
|---|---|
| Maximum AC power | 2000 W |
| Nominal AC voltage | 120 V |
| AC voltage range | 109 V to 132 V |
| Maximum output current | 16 A |
| Minimum load | 1 W |

## 10.3 Multifunction Relay

| | |
|---|---|
| Maximum DC switching voltage | 30 V |
| Maximum AC switching current | 1.0 A |
| Maximum DC switching current | 1.0 A |
| Minimum load | 0.1 W |
| Minimum electrical endurance when the maximum switching voltage and maximum switching current are complied with[1] | 100000 switching cycles |

[1] Corresponds to 20 years at 12 switching operations per day

## 10.4 Triggering Thresholds and Tripping Time

| Rated power frequency | Triggering threshold | Triggering frequency | Tripping time |
|---|---|---|---|
| 60 Hz | > 60.5 Hz | 60.45 Hz to 60.55 Hz | max. 0.1602 s |
| | < 57 Hz to 59.8 Hz (Standard: 59.3 Hz) | 56.95 Hz to 59.85 Hz (Standard: 59.25 Hz to 59.35 Hz) | Adjustable: 0.16 s to 300 s (Standard: max. 0.1602 s) |
| | < 57.0 Hz | 56.95 Hz to 57.05 Hz | max. 0.1602 s |

| Rated grid voltage | Triggering threshold - Triggering voltages | Triggering voltage - Neutral conductor | Triggering voltage - L1 and L2 | Tripping time |
|---|---|---|---|---|
| 208 V | 50% | 57.6 V to 62.4 V | 99.8 V to 108.2 V | max. 0.1602 s |
| | 88% | 103.2 V to 108.0 V | 178.9 V to 187.2 V | max. 2.002 s |
| | 110% | 129.6 V to 134.4 V | 224.6 V to 233.0 V | max. 1.001 s |
| | 120% | 141.6 V to 146.4 V | 245.4 V to 253.8 V | max. 0.1602 s |
| 240 V | 50% | 57.6 V to 62.4 V | 115.2 V to 124.8 V | max. 0.1602 s |
| | 88% | 103.2 V to 108.0 V | 206.4 V to 216.0 V | max. 2.002 s |
| | 110% | 129.6 V to 134.4 V | 259.2 V to 268.8 V | max. 1.001 s |
| | 120% | 141.6 V to 146.4 V | 283.2 V to 292.8 V | max. 0.1602 s |

**Measuring precisions:**

- Triggering threshold: ±2% of the rated grid voltage
- Tripping time: ±1% of the nominal tripping time
- Triggering frequency: ±0.2% of rated power frequency

## 10.5 General Data

| | |
|---|---|
| Width x height x depth | 535 mm x 730 mm x 198 mm (21.1 in x 28.7 in x 7.8 in) |
| Weight | 26 kg (57.32 lbs) |

ENGLISH

| | |
|---|---|
| Length x width x height of the packaging | 800 mm x 600 mm x 300 mm (31.5 in x 23.6 in x 11.8 in) |
| Transport weight | 29 kg (63.93 lbs) |
| Operating temperature range | -25°C to +60°C (-13°F to +140°F) |
| Non-operating temperature range | -40°C to +60°C (-40°F to +140°F) |
| Max. permissible value for relative humidity (condensing) | 100 % |
| Maximum operating altitude above mean sea level (MSL) | 3000 m (9843 ft) |
| Typical noise emission for SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | 39 dB(A) |
| Typical noise emission for SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | 45 dB(A) |
| Power loss in night mode | <5 W |
| Maximum data volume per inverter with Speedwire/Webconnect | 550 MB/month |
| Additional data volume when using the Sunny Portal live interface | 600 kB/hour |
| Topology | Transformerless (Non-isolated) |
| Cooling method for SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | Convection |
| Cooling method for SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | Fans |
| Enclosure type rating in accordance with UL50 | NEMA 3R |
| Protection class | 1 |
| Grid configurations | 208 V delta connection, 240 V delta connection, 208 V delta connection : 120 V wye connection, 240 V : 120 V split-phase system |
| Approvals and national standards, as per 04/2018 | UL 1741, IEEE 1547 |

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 73 of 235 PageID #

## 10.6 Fan (only with Sunny Boy 7.0-US / 7.7-US)

| | |
|---|---|
| Width x height x depth | 60 mm x 60 mm x 25.4 mm (2.36 in x 2.36 in x 1 in) |
| Maximum operating altitude | 3000 m (9843 ft) |
| Air flow rate | ≥ 40 m³/h |

## 10.7 Protective Devices

| | |
|---|---|
| DC reverse polarity protection | Short-circuit diode |
| AC short-circuit current capability | Current control |
| Grid monitoring | SMA Grid Guard 4.0 |
| Maximum overcurrent protection | 50 A |
| Ground fault monitoring SB3.0-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 600 kΩ |
| Ground fault monitoring SB3.8-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 600 kΩ |
| Ground fault monitoring SB5.0-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 600 kΩ |
| Ground fault monitoring SB6.0-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 500 kΩ |
| Ground fault monitoring SB7.0-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 429 kΩ |
| Ground fault monitoring SB7.7-1SP-US-41 | Insulation monitoring: $R_{iso}$ > 391 kΩ |
| All-pole sensitive residual-current monitoring unit | Available |
| Arc fault detection AFCI, type 1, listed according to UL 1699B | Available |
| Rapid Shutdown Equipment | Self discharge at all DC and AC connection lines < 30 V |

## 10.8 Torques

| | |
|---|---|
| Screw M5x60 for securing the inverter to the wall mounting bracket | 1.7 Nm ± 0.3 Nm (15.05 in-lb ± 2.65 in-lb) |
| Screws for attaching the enclosure lid of the Connection Unit | 3 Nm ± 0.3 Nm (26.55 in-lb ± 2.65 in-lb) |
| Screws for grounding at equipment grounding terminals | 6 Nm ± 0.3 Nm (53.10 in-lb ± 2.65 in-lb) |
| Screws for **SPS** terminal block for connecting the outlet for secure power supply operation | 0.3 Nm (2.65 in-lb) |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 74 of 235 PageID #

| | |
|---|---|
| Screws for **DC-in** terminal block for DC connection | 0.3 Nm (2.65 in-lb) |
| Screws for **AC-out** terminal block for AC connection | 0.3 Nm (2.65 in-lb) |

## 10.9 Data Storage Capacity

| | |
|---|---|
| Energy yields in the course of the day | 63 days |
| Daily yields | 30 years |
| Event messages for users | 1024 events |
| Event messages for installers | 1024 events |

ENGLISH

# 11 Compliance Information

## FCC Compliance

This device complies with Part 15 of the FCC Rules and with Industry Canada licence-exempt RSS standard(s).

Operation is subject to the following two conditions:

1. this device may not cause harmful interference, and
2. this device must accept any interference received, including interference that may cause undesired operation.

Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence.

L'exploitation est autorisée aux deux conditions suivantes :

1. l'appareil ne doit pas produire de brouillage, et
2. l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Changes or modifications made to this equipment not expressly approved by SMA Solar Technology AG may void the FCC authorization to operate this equipment.

## IC Compliance

This Class B digital apparatus complies with Canadian ICES-003.

Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

ENGLISH

# 12 Contact

If you have technical problems with our products, please contact the SMA Service Line. The following data is required in order to provide you with the necessary assistance:

- Device type
- Serial number
- Firmware version
- Event message
- Mounting location and mounting height
- Type and number of PV modules
- Optional equipment, e.g. communication products
- Use the name of the system in Sunny Portal (if available)
- Access data for Sunny Portal (if available)
- Special country-specific settings (if available)
- Operating mode of the multifunction relay

https://go.sma.de/service

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 77 of 235 PageID #

# Información importante

Según la disponibilidad, el producto puede estar equipado o no con función WLAN. Esto se debe a los problemas actuales de suministro de semiconductores a consecuencia de la pandemia de la COVID-19.

Si el producto no cuenta con función WLAN, utilice la interfaz de comunicación Ethernet de serie para la puesta en marcha, la configuración y la integración del producto en una red.

Si es estrictamente necesario integrar el producto en una red WLAN, esto se puede hacer, por ejemplo, a través de un repetidor WLAN convencional que se conecte al producto por ethernet.

# Disposiciones legales

SMA Solar Technology AG es propietaria de todos los derechos de la información que se facilita en esta documentación. Queda prohibida la reproducción total o parcial de este documento, así como su almacenamiento en un sistema de recuperación y toda transmisión electrónica, mecánica, fotográfica, magnética o de otra índole sin previa autorización por escrito de SMA Solar Technology AG. Sí está permitida, sin necesidad de autorización previa, su reproducción para el uso interno, para evaluar el producto o para el uso previsto.

ESPAÑOL

SMA Solar Technology AG no establece representaciones, ni expresas ni implícitas, con respecto a estas instrucciones o a cualquiera de los accesorios o software aquí descritos, incluyendo (sin limitación) cualquier garantía implícita en cuanto a utilidad, adaptación al mercado o aptitud para cualquier propósito particular. Tales garantías quedan expresamente denegadas. Ni SMA Solar Technology AG, ni sus distribuidores o vendedores serán responsables por ningún daño indirecto, incidental o resultante, bajo ninguna circunstancia.

La exclusión de garantías implícitas puede no ser aplicable en todos los casos según algunos estatutos, y por tanto la exclusión mencionada anteriormente puede no ser aplicable.

Las especificaciones están sujetas a cambios sin previo aviso. Se ha tratado por todos los medios de hacer que este documento sea completo y preciso y esté actualizado. Sin embargo, advertimos a los lectores que SMA Solar Technology AG se reserva el derecho de cambiar estas especificaciones sin previo aviso o conforme con las condiciones del existente contrato de entrega si lo consideran adecuado para optimizar el producto y su uso. SMA Solar Technology AG no será responsable por ningún daño, ya sea indirecto, incidental o resultante, como consecuencia de confiar en el material que se presenta, incluyendo, aunque no exclusivamente, omisiones, errores tipográficos, aritméticos o de listado en el material del contenido.

## Garantía de SMA

En www.SMA-Solar.com podrá descargar las condiciones de garantía actuales.

## Licencias de software

Encontrará las licencias del software (de código abierto) utilizado en la interfaz de usuario del producto.

## Marcas registradas

Se reconocen todas las marcas registradas, incluso si no están señaladas por separado. La falta de señalización no implica que la mercancía o las marcas sean libres.

**SMA Solar Technology AG**

Sonnenallee 1

34266 Niestetal

Alemania

Tel. +49 561 9522-0

Fax +49 561 9522-100

www.SMA.de

Email: info@SMA.de

Versión: 24/03/2022

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 79 of 235 PageID #

Copyright © 2022 SMA Solar Technology AG. Reservados todos los derechos.

# Índice

**1 Indicaciones sobre este documento .................................... 81**
1.1 Área de validez ........ 81
1.2 Grupo de destinatarios ........ 81
1.3 Contenido y estructura del documento ........ 81
1.4 Niveles de advertencia ........ 81
1.5 Símbolos del documento ........ 82
1.6 Marcas de texto en el documento ........ 82
1.7 Denominación en el documento ........ 83
1.8 Información adicional ........ 83

**2 Seguridad ........ 84**
2.1 Uso previsto ........ 84
2.2 Indicaciones importantes para la seguridad ........ 85

**3 Contenido de la entrega ........ 90**

**4 Vista general del producto ........ 91**
4.1 Descripción del producto ........ 91
4.2 Símbolos del producto ........ 92
4.3 Interfaces y funciones ........ 93
4.4 Señales de los leds ........ 99

**5 Montaje ........ 101**
5.1 Requisitos para el montaje ........ 101
5.2 Montaje del inversor ........ 104

**6 Conexión eléctrica ........ 107**
6.1 Vista general del área de conexión ........ 107
6.1.1 Vista inferior ........ 107
6.1.2 Vista interior ........ 108
6.2 Conexión de CA ........ 109
6.2.1 Requisitos para la conexión de CA ........ 109
6.2.2 Conexión del inversor a la red pública ........ 111
6.3 Conexión del cable de red ........ 113
6.4 Conexión del relé multifunción ........ 114
6.4.1 Procedimiento para la conexión del relé multifunción ........ 114
6.4.2 Modos de funcionamiento del relé multifunción ........ 114
6.4.3 Variantes de conexión ........ 115
6.4.4 Conexión al relé multifunción ........ 118

ESPAÑOL

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 81 of 235 PageID #

ESPAÑOL

6.5 Conexión del interruptor y la toma de pared para el funcionamiento de corriente de emergencia ..... 120
6.6 Conexión de CC ..... 124
6.6.1 Requisitos para la conexión de CC ..... 124
6.6.2 Conexión de módulos fotovoltaicos ..... 126

**7 Puesta en marcha ..... 130**
7.1 Procedimiento para la puesta en marcha ..... 130
7.2 Puesta en marcha del inversor ..... 131
7.3 Conexión con la interfaz de usuario ..... 132
7.3.1 Conexión directa mediante ethernet ..... 132
7.3.2 Conexión directa mediante WLAN ..... 133
7.3.3 Conexión mediante ethernet en la red local ..... 134
7.3.4 Conexión mediante WLAN en la red local ..... 135
7.4 Inicio de sesión en la interfaz de usuario ..... 136
7.5 Seleccione el tipo de configuración ..... 138

**8 Desconexión del inversor de la tensión ..... 140**

**9 Puesta fuera de servicio del inversor ..... 142**

**10 Datos técnicos ..... 144**
10.1 CC/CA ..... 144
10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US ..... 144
10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US ..... 146
10.2 Salida de CA, funcionamiento de corriente de emergencia ..... 149
10.3 Relé multifunción ..... 149
10.4 Niveles de activación y tiempo de activación ..... 149
10.5 Datos generales ..... 150
10.6 Ventilador (solo en Sunny Boy 7.0-US / 7.7-US) ..... 151
10.7 Dispositivos de protección ..... 151
10.8 Pares de apriete ..... 152
10.9 Capacidad para almacenar datos ..... 153

**11 Información de cumplimiento ..... 154**

**12 Contacto ..... 155**

# 1 Indicaciones sobre este documento

## 1.1 Área de validez

Este documento es válido para:

- SB3.0-1SP-US-41 (Sunny Boy 3.0-US) a partir de la versión de firmware 03.01.00.R
- SB3.8-1SP-US-41 (Sunny Boy 3.8-US) a partir de la versión de firmware 03/01/00.R
- SB5.0-1SP-US-41 (Sunny Boy 5.0-US) a partir de la versión de firmware 03/01/00.R
- SB6.0-1SP-US-41 (Sunny Boy 6.0-US) a partir de la versión de firmware 03/01/00.R
- SB7.0-1SP-US-41 (Sunny Boy 7.0-US) a partir de la versión de firmware 03/01/00.R
- SB7.7-1SP-US-41 (Sunny Boy 7.7-US) a partir de la versión de firmware 03/01/00.R

ESPAÑOL

## 1.2 Grupo de destinatarios

Las actividades descritas en este documento deben realizarlas exclusivamente especialistas que han de contar con esta cualificación:

- Conocimientos sobre los procedimientos y el funcionamiento de un inversor
- Formación sobre la gestión de peligros y riesgos relativos a la instalación, reparación y manejo de equipos eléctricos y plantas
- Formación profesional para la instalación y la puesta en marcha de equipos eléctricos y plantas
- Conocimiento de las leyes, normativas y directivas aplicables
- Conocimiento y seguimiento de este documento y de todas sus indicaciones de seguridad

## 1.3 Contenido y estructura del documento

Este documento describe la instalación, puesta en marcha y puesta fuera de servicio del producto.

Encontrará la versión actual de este documento así como las instrucciones para el manejo de la interfaz de usuario ya la configuración de la localización de errores del producto en formato PDF y como el eManual en www.SMA-Solar.com. Encontrará el código QR con el enlace al eManual en la portada del documento. También puede acceder al e-Manual a través de la interfaz de usuario del producto.

Las imágenes en este documento han sido reducidas a lo esencial y pueden diferir del producto original.

## 1.4 Niveles de advertencia

Cuando se trate con el producto pueden darse estos niveles de advertencia.

| ⚠ PELIGRO |
|---|
| Representa una advertencia que, de no ser observada, causa la muerte o lesiones físicas graves. |

| ⚠ ADVERTENCIA |
|---|
| Representa una advertencia que, de no ser observada, puede causar la muerte o lesiones físicas graves. |

ESPAÑOL

**ATENCIÓN**

Representa una advertencia que, de no ser observada, puede causar lesiones físicas leves o de gravedad media.

**PRECAUCIÓN**

Representa una advertencia que, de no ser observada, puede causar daños materiales.

## 1.5 Símbolos del documento

| Símbolo | Explicación |
|---|---|
| i | Información importante para un tema u objetivo concretos, aunque no relevante para la seguridad |
| ☐ | Requisito necesario para alcanzar un objetivo determinado |
| ☑ | Resultado deseado |
| ✖ | Posible problema |
| | Ejemplo |

## 1.6 Marcas de texto en el documento

| Marca de texto | Uso | Ejemplo |
|---|---|---|
| **Negrita** | • Avisos<br>• Conexiones<br>• Elementos de una interfaz de usuario<br>• Elementos que deben seleccionarse<br>• Elementos que deben introducirse | • Conecte los conductores a los bornes de **X703:1** a **X703:6**.<br>• Introduzca **10** en el campo **Minutos**. |
| **>** | • Une varios elementos que deben seleccionarse. | • Seleccione **Ajustes > Fecha**. |
| [**Botón**]<br>[**Tecla**] | • Botones o teclas que deben seleccionarse o pulsarse | • Seleccione [**Enter**]. |
| # | • Carácter comodín para componentes variables (p. ej., en nombres de parámetros) | • Parámetro **WCtlHz.Hz#** |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 84 of 235 PageID #

## 1.7 Denominación en el documento

| Denominación completa | Denominación utilizada en este documento |
|---|---|
| Sunny Boy | Inversor, producto |

## 1.8 Información adicional

Encontrará más información en www.SMA-Solar.com.

| Título y contenido de la información | Tipo de información |
|---|---|
| Manejo, configuración y localización de errores | Instrucciones de uso (e-Manual) |
| "PUBLIC CYBER SECURITY - Guidelines for a Secure PV System Communication" | Información técnica |
| “Grid Support Utility Interactive Inverters”<br>Información acerca de la activación y la configuración de las funciones de apoyo de red según UL 1741 SA | Información técnica |
| “Rendimiento y derrateo”<br>Rendimiento y comportamiento de derrateo de los inversores de SMA | Información técnica |
| “Parámetros y valores de medición”<br>Vista general de todos los parámetros de funcionamiento del inversor y sus opciones de ajuste | Información técnica |
| "Interfaz de SMA y de SunSpec Modbus®"<br>Información sobre la interfaz Modbus | Información técnica |
| “Parámetros y valores de medición de Modbus®”<br>Lista de los registros Modbus específicos para el equipo | Información técnica |
| “BUS DE CAMPO SMA SPEEDWIRE” | Información técnica |

ESPAÑOL

ESPAÑOL

# 2 Seguridad

## 2.1 Uso previsto

El Sunny Boy es un inversor fotovoltaico sin transformador que transforma la corriente continua del generador fotovoltaico en corriente alterna apta para la red y la inyecta a la red pública.

El producto es apropiado para utilizarse en exteriores e interiores.

El producto solo debe utilizarse con generadores fotovoltaicos (módulos fotovoltaicos y cableado) que estén autorizados según las normativas eléctricas vigentes en el lugar y el *National Electrical Code*® ANSI/NFPA 70 o el *Canadian Electrical Code*® CSA C22.1.

### i Ninguna separación galvánica

El producto no dispone de transformador, por lo que no cuenta con separación galvánica.

- No utilice con el producto ningún módulo fotovoltaico conectado a tierra. Si se conectan al producto módulos fotovoltaicos conectados a tierra, se produce un evento que se muestra en la pantalla del producto. Además, el evento se muestra con el aviso correspondiente en el listado de eventos de la interfaz de usuario del producto.
- Ponga a tierra solamente los bastidores de montaje de los módulos fotovoltaicos.
- El conductor neutro de la salida de CA en el producto no está conectado a tierra.
- El conductor neutro de la salida de CA para el funcionamiento de corriente de emergencia no está conectado a tierra.

Los módulos fotovoltaicos con una gran capacidad a tierra solo deben utilizarse cuando su capacidad de acoplamiento de todos los módulos fotovoltaicos no supere los 2,5 μF.

Según el *National Electrical Code*®, para proteger la planta fotovoltaica frente a corrientes inversas demasiado altas en caso de error, debe estar conectado un dispositivo de protección contra sobrecorriente del lado de CC para evitar corrientes de cortocircuito que sobrepasen la corriente admisible del circuito eléctrico de CC o los valores de los fusibles de los módulos fotovoltaicos. Si se conectan más de dos strings en paralelo, normalmente se utilizan fusibles de string.

Deben respetarse en todo momento el rango de funcionamiento admisible y los requisitos de instalación de todos los componentes.

El producto está autorizado para el mercado de EE. UU. y Canadá.

Utilice siempre los productos de SMA de acuerdo con las indicaciones de la documentación adjunta y observe las leyes, reglamentos, reglas y normas vigentes. Cualquier otro uso puede causarle lesiones al usuario o daños materiales.

Para realizar cualquier intervención en los productos de SMA, como modificaciones o remodelaciones, deberá contar con el permiso expreso y por escrito de SMA Solar Technology AG. Los cambios no autorizados conllevan la pérdida de los derechos de garantía, así como la extinción de la autorización de operación. Queda excluida la responsabilidad de SMA Solar Technology AG por los daños derivados de dichos cambios.

Cualquier uso del producto distinto al descrito en el uso previsto se considerará inadecuado.

La documentación adjunta es parte integrante del producto. La documentación debe leerse, observarse y guardarse en un lugar accesible en todo momento y seco.

Este documento no sustituye en ningún caso a cualquier legislación, reglamento o norma regional, federal, provincial o estatal aplicables a la instalación, la seguridad eléctrica y el uso del producto. SMA Solar Technology AG no asume responsabilidad alguna relativa al cumplimiento o al incumplimiento de la legislación o las disposiciones relacionadas con la instalación del producto.

La placa de características debe permanecer colocada en el producto en todo momento.

## 2.2 Indicaciones importantes para la seguridad

Conservar instrucciones

Este capítulo contiene indicaciones de seguridad que deben observarse siempre en todos los trabajos que se realizan.

Este producto se ha construido en cumplimiento de los requisitos internacionales relativos a la seguridad. A pesar de estar cuidadosamente construidos, existe un riesgo residual como con todos los equipos eléctricos. Para evitar daños personales y materiales y garantizar el funcionamiento permanente del producto, lea detenidamente este capítulo y cumpla siempre las indicaciones de seguridad.

**⚠ PELIGRO**

**Peligro de muerte por descarga eléctrica por contacto con conductores de CC con tensión**

Cuando recibe luz, los módulos fotovoltaicos producen una alta tensión de CC que se acopla a los conductores de CC. Tocar los cables de CC conductoras de tensión puede causar la muerte o lesiones mortales por descarga eléctrica.

- Antes de cualquier trabajo, desconecte el punto de conexión de la tensión y asegure el producto contra cualquier reconexión accidental.
- No toque piezas o cables conductores de tensión descubiertos.
- No retire la caja de bornes con los conductores de CC conectados bajo carga.
- Utilice equipamientos de protección personal adecuado cuando realice trabajos en el producto.

**⚠ PELIGRO**

**Peligro de muerte por descarga eléctrica si se tocan partes de la planta bajo tensión en caso de fallo a tierra**

En caso de fallo a tierra los componentes de la planta pueden estar bajo tensión. El contacto con componentes conductores de tensión o cables puede causar la muerte o lesiones mortales por descarga eléctrica.

- Antes de cualquier trabajo, desconecte el punto de conexión de la tensión y asegure el producto contra cualquier reconexión accidental.
- Agarre los cables de los módulos fotovoltaicos únicamente por el aislamiento.
- No toque las piezas de la base ni el bastidor del generador.
- No conecte strings con un fallo a tierra al inversor.
- Desconecte de la tensión y espere 5 minutos antes de tocar los componentes de la planta fotovoltaica o del producto.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 87 of 235 PageID #

**⚠ PELIGRO**

**Peligro de muerte por descarga eléctrica en caso de sobretensión y si no hay protección contra sobretensión**

Si no hay una protección contra sobretensión, las sobretensiones (por ejemplo, en caso de que caiga un rayo) pueden transmitirse a través del cable de red o de otros cables de datos al edificio y a otros equipos conectados a la misma red. El contacto con componentes conductores de tensión o cables puede causar la muerte o lesiones mortales por descarga eléctrica.

- Asegúrese de que todos los equipos de la misma red estén integrados en la protección contra sobretensión existente.
- En caso de instalar los cables de red a la intemperie, en el paso de los cables de red del producto desde el exterior a la red en el edificio asegúrese de que haya una protección contra sobretensión adecuada.
- La interfaz ethernet del producto está clasificada como "TNV-1" y protege contra sobretensiones de hasta 1,5 kV.

**⚠ ADVERTENCIA**

**Peligro de muerte por fuego y explosión**

En infrecuentes casos aislados, puede producirse en caso de error una mezcla de gas inflamable en el interior del producto. En este estado puede producirse un incendio en el interior del producto o una explosión durante las actividades de conmutación. Piezas calientes o que salen despedidas pueden causar lesiones que pongan en peligro la vida o incluso la muerte.

- En caso de avería, no lleve a cabo maniobras directas en el producto.
- Asegúrese de que las personas no autorizadas no tienen acceso al producto.
- En caso de fallo, no pulse el interruptor-seccionador de potencia de CC del inversor.
- Desconecte los módulos fotovoltaicos del inversor mediante un dispositivo de desconexión. Si no hay ningún seccionador, espere hasta que deje de haber presente potencia de CC en el inversor.
- Desconecte el disyuntor de CA y, si este ya se ha disparado, déjelo desconectado y asegúrelo contra cualquier reconexión.
- Lleve a cabo los trabajos en el producto (como la localización de errores o los trabajos de reparación) solo con equipamiento de protección personal para el tratamiento de sustancias peligrosas (por ejemplo, guantes de protección, protecciones oculares y faciales y respiratorias).

**⚠ ADVERTENCIA**

**Peligro de lesiones por sustancias tóxicas, gases y polvos.**

En algunos casos aislados, en el interior del producto pueden existir sustancias tóxicas, gases y polvos debidos a daños en los componentes electrónicos. El contacto con sustancias tóxicas y la inhalación de gases y polvos tóxicos puede causar irritación de la piel, quemaduras, dificultades respiratorias y náuseas.

- Lleve a cabo los trabajos en el producto (como la localización de errores o los trabajos de reparación) solo con equipamiento de protección personal para el tratamiento de sustancias peligrosas (por ejemplo, guantes de protección, protecciones oculares y faciales y respiratorias).
- Asegúrese de que las personas no autorizadas no tienen acceso al producto.

**⚠ ADVERTENCIA**

**Peligro de muerte por descarga eléctrica en caso de daño irreparable en un equipo de medición por una sobretensión**

Una sobretensión puede dañar un equipo de medición y provocar que exista tensión en la carcasa del equipo de medición. Tocar la carcasa del equipo de medición bajo tensión puede causar la muerte o lesiones mortales por descarga eléctrica.

- Use solo equipos de medición con un rango de tensión de entrada de CC de hasta 600 V como mínimo.

**⚠ ATENCIÓN**

**Peligro de quemaduras por superficies calientes**

La superficie del inversor puede calentarse mucho. Si se toca la superficie, podrían producirse quemaduras.

- Monte el inversor de manera que no sea posible un contacto accidental con la carcasa.
- No toque la superficie caliente.
- Espere 30 minutos hasta que la superficie se haya enfriado lo suficiente.
- Tenga en cuenta las advertencias del inversor.

**⚠ ATENCIÓN**

**Peligro de lesiones por el peso del producto**

Existe peligro de lesiones al levantar el producto de forma inadecuada y en caso de caerse durante el transporte o el montaje.

- Transporte y eleve el producto con cuidado. Tenga en cuenta el peso del producto.
- Utilice equipamientos de protección personal adecuado cuando realice trabajos en el producto.

ESPAÑOL

**PRECAUCIÓN**

**Daños en la junta de la carcasa en caso de congelación**

Si abre el producto en caso de congelación o separa la Power Unit y la Connection Unit habiendo hielo, la junta de la carcasa puede dañarse. Podría penetrar humedad y dañar el producto.

- Si tiene que abrir el producto en condiciones de congelación, elimine antes de hacerlo cualquier posible formación de hielo en la junta de la carcasa (por ejemplo, derritiéndolo con aire caliente).
- Separe la Power Unit y la Connection Unit solo si la temperatura ambiente es de al menos 0 °C (32 °F) y no hay heladas.

**PRECAUCIÓN**

**Daños en el producto provocados por arena, polvo y humedad**

Si penetra arena, polvo y humedad, el producto podría resultar dañado y sus funciones podrían verse limitadas.

- Abra el producto solamente si la humedad del aire se encuentra dentro de los valores límite y si el entorno está libre de arena y polvo.
- No abra el producto en caso de tormenta de arena o de precipitaciones.
- Cierre herméticamente todas las aberturas en la carcasa.
- Para fijar los conductos para cables al producto utilice solamente manguitos con certificación resistentes a la lluvia o humedad.

**PRECAUCIÓN**

**Daños en el inversor por descarga electrostática**

Si toca componentes electrónicos, puede dañar o destruir el inversor debido a una descarga electrostática.

- Póngase a tierra antes de tocar cualquier componente.

**PRECAUCIÓN**

**Elevados costes debido a una tarifa de internet inadecuada**

Los datos del producto transferidos a través de internet pueden tener distinto tamaño según el uso. El volumen de datos varía, p. ej., en función del número de equipos en la planta, la frecuencia de actualización del equipo y las transferencias al Sunny Portal o la activación del servicio FTP-Push. La consecuencia pueden ser costes elevados de la conexión a internet.

- SMA Solar Technology AG recomienda utilizar una tarifa plana de internet.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 90 of 235 PageID #

**PRECAUCIÓN**

**Daños en el productos debido a detergentes de limpieza**

Si utiliza productos de limpieza, puede dañar el producto y componentes del producto.

- Limpie el producto y todos los componentes del producto únicamente con un paño humedecido con agua limpia.

**Instalaciones eléctricas (válido para América del Norte)**

La instalación debe llevarse a cabo de conformidad con la legislación, las disposiciones, los reglamentos y las normas vigentes en el lugar (p.ej. *National Electrical Code*® ANSI/NFPA 70 o *Canadian Electrical Code*® CSA-C22.1.).

- Antes de realizar la conexión eléctrica del producto a la red pública, póngase en contacto con su operador de red en el lugar. La conexión eléctrica del producto puede realizarla únicamente personal especializado.
- Es necesario asegurarse de que los cables o conductores utilizados en la conexión eléctrica no estén dañados.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 91 of 235 PageID #

# 3 Contenido de la entrega

Imagen 1 : Componentes del contenido de la entrega

| Posición | Cantidad | Denominación |
|---|---|---|
| A | 1 | Inversor |
| B | 1 | Tornillo cilíndrico M5x60 (no es necesario) |
| C | 1 | Instrucciones de instalación, “production test report”, suplemento con ajustes de fábrica |
| D | 1 | Caja de bornes para la conexión de CC |
| E | 1 | Caja de bornes para la conexión de CA |
| F | 1 | Caja de bornes para la conexión de la toma de pared para el funcionamiento de corriente de emergencia |
| G | 1 | Caja de bornes de 3 polos para la conexión al relé multifunción |
| H | 1 | Caja de bornes de 2 polos para la conexión del interruptor para el funcionamiento de la corriente de emergencia |
| I | 5 | Abrazadera |
| J | 5 | Tornillo cilíndrico M5x16 |
| K | 1 | Arandela M5 |
| L | 5 | Arandela elástica M5 |

# 4 Vista general del producto

## 4.1 Descripción del producto

Imagen 2 : Estructura del inversor

| Posición | Denominación |
|---|---|
| A | Power Unit |
| B | Tapa de la carcasa de la Power Unit |
| C | Tapa de la carcasa de la Connection Unit |
| D | Connection Unit |
| E | Adhesivo de advertencia con información de cumplimiento |
| F | Interruptor-seccionador de potencia de CC |
| G | Placa de características<br>La placa de características identifica el inversor de forma inequívoca. La placa de características debe permanecer colocada en el producto en todo momento. En la placa de características encontrará esta información:<br>• Modelo del inversor (Model)<br>• Número de serie de la Power Unit (Serial No. Power Unit o S/N Power Unit)<br>• Fecha de fabricación (Date of manufacture)<br>• Datos específicos del equipo |
| H | Ventilador (solo en Sunny Boy 7.0 y 7.7) |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 93 of 235 PageID #

| Posición | Denominación |
|---|---|
| I | Placa de características adicional<br>La placa de características adicional debe permanecer colocada en el producto en todo momento. En la placa de características adicional encontrará esta información:<br>• Modelo (Model)<br>• Número de serie del inversor (Serial number device o S/N device)<br>• Código de identificación del producto (PIC) para el registro en el Sunny Portal<br>• Clave de registro (RID) para el registro en el Sunny Portal<br>• Contraseña WLAN (WPA2-PSK) para la conexión directa a la interfaz de usuario del inversor por WLAN |
| J | Pantalla<br>La pantalla muestra datos de funcionamiento actuales y eventos o fallos. |
| K | Leds<br>Los leds señalizan el estado de funcionamiento del producto. |

## 4.2 Símbolos del producto

| Símbolo | Explicación |
|---|---|
| | Advertencia de tensión<br>El producto funciona con tensiones altas. |
| | Advertencia de superficie caliente<br>El producto puede calentarse durante el funcionamiento. |
| | Tenga en cuenta la documentación<br>Tenga en cuenta toda la documentación suministrada con el producto. |
| | Inversor<br>Junto con el led verde, este símbolo indica el estado de funcionamiento del inversor. |
| | Tenga en cuenta la documentación<br>Junto con el led rojo, este símbolo indica un error. |
| | Transferencia de datos<br>Junto con el led azul, este símbolo indica el estado de la conexión de red. |

| Símbolo | Explicación |
|---|---|
| | Terminal de puesta a tierra del equipo<br>Este símbolo señaliza el lugar para conectar un conductor de puesta a tierra del equipo. |
| c UL US LISTED | UL 1741 y CSA C22.2 No. 107.1 son las normativas empleadas en un producto por Underwriters Laboratories para certificar que el producto cumple las normas del *National Electrical Code*®, del *Canadian Electrical Code*® y de IEEE 1547. |

ESPAÑOL

## 4.3 Interfaces y funciones

El inversor puede venir equipado con estas interfaces y funciones o se puede equipar más adelante:

### Interfaz de usuario para la configuración y la monitorización

El producto está equipado de serie con un servidor web integrado que permite configurar y monitorizar el producto a través de una interfaz de usuario propia.

Para acceder a la interfaz de usuario del producto, puede utilizar el navegador de internet de un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil).

### Smart Inverter Screen

La Smart Inverter Screen permite mostrar la indicación de estado y la visualización de la potencia y del consumo actual en la página de inicio de sesión de la interfaz de usuario. De esta forma, tendrá una vista general de los datos más importantes del producto sin tener que iniciar sesión en la interfaz de usuario.

La Smart Inverter viene desactivada por defecto. Puede activar la Smart Inverter Screen después de la puesta en marcha del producto a través de la interfaz de usuario.

### SMA Speedwire

El producto está equipado de serie con SMA Speedwire. SMA Speedwire es un tipo de comunicación basado en el estándar ethernet SMA Speedwire está diseñado para una velocidad de transferencia de datos de 100 Mbit/s y permite una comunicación óptima entre equipos Speedwire de las plantas.

El producto es compatible con la comunicación de planta cifrada con SMA Speedwire Encrypted Communication. Para poder utilizar el cifrado Speedwire en la planta, todos los equipos Speedwire, excepto el SMA Energy Meter, deben ser compatibles con la función SMA Speedwire Encrypted Communication.

La conexiones con la interfaz de comunicación para el cableado en el campo deben hacerse siguiendo el método de cableado clase 1.

### SMA Webconnect

El inversor está equipado de serie con una función Webconnect. La función Webconnect permite la transferencia directa de datos entre el inversor y la plataforma de monitorización en internet Sunny Portal.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 95 of 235 PageID #

Das Sunny Portal existe en dos generaciones, el clásico Sunny Portal (https://www.sunnyportal.com) y el nuevo diseño Sunny Portal impulsado por ennexOS (https://ennexOS.sunnyportal.com). Ambos sistemas se diferencian en sus funciones compatibles. Puede registrarse con una cuenta existente en ambos portales y con el software de planificación del sistema SMA "Sunny Design".

En un sistema de Sunny Portal, se pueden mostrar hasta 4 inversores junto con la función Webconnect. Para sistemas con más de 4 inversores, se requiere un producto de comunicación (p. ej. SMA Data Manager).

Si el inversor está integrado en una red local y, por eso, está conectado a Internet, el sistema debe estar registrado en el Sunny Portal clásico. Con esta conexión tiene la oportunidad de ver los datos en tiempo real en línea.

Si el inversor está conectado a Internet a través de la red móvil, debe registrar el sistema en Sunny Portal alimentado por ennexOS. Para esto, la comunicación con los inversores se optimiza en relación con el volumen de datos y la disponibilidad del inversor. Aún no pueden verse datos en tiempo real. Observe que el inversor debe estar equipado con una versión de firmware ≥ 3.01.17.R para la conexión a través de la red móvil.

## WLAN

Según la disponibilidad, el producto puede estar equipado o no con interfaz WLAN. Si la interfaz WLAN está presente, la interfaz WLAN se activa de fábrica en la entrega. Si no quiere utilizar una red WLAN, puede desactivar la interfaz.

Si la interfaz WLAN está presente, el producto también tiene una función WPS. que sirve para conectarlo automáticamente a una red local (por ejemplo, un rúter) y para crear una conexión directa entre el producto y el dispositivo inteligente.

### i Ampliación del alcance inalámbrico en la red WLAN

Para ampliar el alcance inalámbrico del inversor en la red WLAN puede instalar en el inversor el kit de antena externa disponible como accesorio.

## Modbus

El producto está equipado con una interfaz Modbus, que viene desactivada de fábrica y que, en caso necesario, se deberá configurar.

La interfaz Modbus de los productos de SMA compatibles ha sido concebida para el uso industrial de, por ejemplo, sistemas SCADA, y tiene estas funciones:

- Consulta remota de los valores de medición
- Ajuste remoto de los parámetros de funcionamiento
- Especificación de valores de consigna para el control de la planta

## Ranuras del módulo

El inversor está equipado de serie con dos ranuras del módulo. Estas se encuentran en el subgrupo de comunicación y permiten conectar módulos adicionales (por ejemplo, módulos SMA Sensor Module). Los módulos están disponibles como accesorios. No se permite instalar dos módulos idénticos.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 96 of 235 PageID #

### SMA RS485 Module

El inversor permite instalar posteriormente un SMA RS485 Module.

Si se integra el SMA RS485 Module, el inversor se puede comunicar con el contador de energía del SMA Revenue Grade Meter Kit.

La conexiones con la interfaz de comunicación para el cableado en el campo deben hacerse siguiendo el método de cableado clase 1.

### Antenna Extension Kit

El Antenna Extension Kit permite ampliar el alcance inalámbrico del inversor en la red WLAN (más información sobre su montaje y conexión en las instrucciones del Antenna Extension Kit). El Antenna Extension Kit puede adquirirse y montarse posteriormente.

### SMA Cellular LTE Modem Kit

A partir de la versión de firmware 03.02.15.R, el inversor permite instalar posteriormente un SMA Cellular LTE Modem Kit. Si es necesario actualizar la versión del firmware para el funcionamiento con el kit de módem celular LTE de SMA, póngase en contacto con el servicio técnico. El servicio le proporcionará el firmware y la información necesaria para la actualización.

El SMA Cellular LTE Modem Kit permite una transferencia de datos directa entre el inversor y el portal de internet Sunny Portal powered by ennexOS a través de la red móvil como alternativa a la transferencia de datos a través de ethernet o WLAN. Además, el SMA Cellular LTE Modem Kit permite la comunicación entre el inversor y el contador de energía. El contador de energía es lo que se denomina un contador de generación fotovoltaica, el cual sirve para medir la energía generada del inversor.

Con el SMA Cellular LTE Modem Kit se transmite al Sunny Portal powered by ennexOS una cantidad limitada de datos hasta 4 veces al día. De serie, la duración de la tarifa de datos móviles del SMA Cellular LTE Modem Kit es de 5 años. Mientras esté vigente, todos los costes están cubiertos y no existen costes adicionales. Tiene la posibilidad de prolongar la duración de la tarifa de datos móviles. Para hacerlo, póngase en contacto con SMA Solar Technology AG. Si se utiliza el SMA Cellular LTE Modem Kit no es absolutamente necesario establecer una conexión de red local, pero sí es recomendable para poder ver en Sunny Portal powered by ennexOS toda la información de la planta.

### Contador de energía conforme con ANSI C12.20

El inversor permite instalar posteriormente un SMA Revenue Grade Meter Kit, que incluye un contador de energía conforme con ANSI C12.20.

El contador de energía cumple con la clase de exactitud 0.5 de conformidad con ANSI C12.20. El contador de energía es lo que se denomina un contador de generación fotovoltaica, el cual sirve para medir la energía generada del inversor. Los valores de medición del contador de energía pueden utilizarse para fines de facturación.

### Gestión de red

El inversor es un inversor interactivo para el apoyo a la red.

El inversor ha sido comprobado según la UL 1741 SA (07/09/2016) para cumplir con los Source Requirements Documents (documentos de origen) de los estados disponibles en el momento del test.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 97 of 235 PageID #

Para conectar el inversor a la red pública, no se necesitan dispositivos adicionales de monitorización de la red. Encontrará una descripción de las funciones probadas y el procedimiento para activar y ajustar las funciones en la información técnica “Grid Support Utility Interactive Inverters” en www.SMA-Solar.com.

## PV Rapid Shutdown Equipment

El inversor está certificado como PV Rapid Shutdown Equipment (PVRSE) según UL 1741.

Todas las entradas de CC y salidas de CA de este producto cumplen con los requerimientos de PV Rapid Shutdown para cables de conexión vigilados externos al generador fotovoltaico.

Un PV Rapid Shutdown System (PVRSS) completo se compone del inversor fotovoltaico, los módulos conmutadores fotovoltaicos y un Rapid Shutdown Initiator. El Rapid Shutdown Initiator sirve para iniciar un Rapid Shutdown. El PV Rapid Shutdown System debe limitar los cables de conexión de CC a < 30 V en 30 segundos.

**PRECAUCIÓN:** La función de Rapid Shutdown del inversor se activa desconectando el inversor de la tensión de la red de CA, p. ej., al abrir el seccionador principal de CA de la planta fotovoltaica. El seccionador de CA, que sirve como Rapid Shutdown Initiator, debe ser de fácil acceso y señalarse inequívocamente según el *National Electrical Code*®. El estado de Rapid Shutdown de la planta fotovoltaica se indica mediante la posición activada/desactivada del seccionador de CA (interruptor cerrado/abierto). La posición desactivada (interruptor abierto) indica que se ha iniciado un Rapid Shutdown.

En caso de haberse instalado módulos conmutadores fotovoltaicos compatibles con la señal de comunicación SunSpec para Rapid Shutdown Systems, el inversor puede enviar una señal “Permission to Operate” de conformidad con SunSpec a través de sus conductores de entrada de CC a los módulos conmutadores fotovoltaicos. Al activar un Rapid Shutdown, el inversor deja de enviar la señal de comunicación SunSpec. Cuando la señal de comunicación SunSpec no se recibe, los módulos conmutadores fotovoltaicos son los responsables de limitar la tensión en los conductores dentro del generador fotovoltaico según el *National Electrical Code*®. En caso de un Rapid Shutdown a través de una señal de comunicación SunSpec es importante que todos los módulos fotovoltaicos conectados en el inversor estén siempre dotados de los módulos conmutadores fotovoltaicos conformes a SunSpec. Si no, el inversor no puede ponerse en funcionamiento de inyección. Para descargar los cables de conexión de CC de forma fiable, es necesario que la suma de las tensiones en espera de todos los módulos conmutadores fotovoltaicos de un string sea < 30 V. Además, no debe excederse la longitud total recomendada de todos los cables de conexión de CC de un string de 300 m (1000 pies). La longitud total define la longitud de todo el cableado del string, incluidos los cables de conexión del conmutador del módulo fotovoltaico en el string, medidos desde el polo de CC positivo al polo negativo de CC en el inversor.

El Rapid Shutdown System también puede equiparse con módulos conmutadores fotovoltaicos, los cuales se activan mediante la caída de la corriente alterna u otros medios. No obstante, debe garantizarse que al activar un Rapid Shutdown mediante el Rapid Shutdown Initiator no solo se desconecten los módulos fotovoltaicos, sino también el inversor de la tensión de red.

Los módulos conmutadores fotovoltaicos deben desconectar los módulos fotovoltaicos del inversor en un plazo máximo de 15 segundos tras el inicio del Rapid Shutdown.

El inversor incluye las funciones de apoyo de red. Si se produce una caída de la corriente alterna o si se acciona el seccionador de CA, el inversor permanece conectado a la red pública por un tiempo definido (Ride Through) a la espera de que la red se reestablezca. Si la tensión de red no se recupera en el plazo definido, el inversor se desconecta de la red pública y se inicia un Rapid Shutdown.

Por defecto, la función de Rapid Shutdown está desactivada. La función de Rapid Shutdown únicamente debe activarse si hay módulos conmutadores fotovoltaicos autorizados instalados dentro de los módulos fotovoltaicos o entre los módulos fotovoltaicos y el inversor. La función de Rapid Shutdown puede activarse seleccionando el modo de funcionamiento apropiado para los módulos conmutadores fotovoltaicos en la interfaz de usuario durante o depués de la puesta en marcha del inversor. Si se activa la función de Rapid Shutdown sin que haya módulos conmutadores fotovoltaicos instalados, el inversor no podrá descargar los conductores de entrada de CC de producirse un Rapid Shutdown, por lo que el inversor podría dañarse.

ADVERTENCIA - ESTE PV RAPID SHUTDOWN EQUIPMENT NO REALIZA TODAS LAS FUNCIONES DE UN PV RAPID SHUTDOWN SYSTEM COMPLETO. ESTE PV RAPID SHUTDOWN EQUIPMENT DEBE EQUIPARSE CON DISPOSITIVOS ADICIONALES PARA FORMAR UN PV RAPID SHUTDOWN SYSTEM COMPLETO QUE CUMPLA CON LOS REQUISITOS NEC (NFPA 70) EN LO RELATIVO A CABLES DE CONEXIÓN VIGILADOS EXTERNOS AL GENERADOR FOTOVOLTAICO. LOS EQUIPOS ADICIONALES QUE HAYAN PODIDO MONTARSE DENTRO O FUERA DE LA INSTALACIÓN FOTOVOLTAICA PUEDEN INFLUIR NEGATIVAMENTE EN EL FUNCIONAMIENTO DEL PV RAPID SHUTDOWN SYSTEM. EL INSTALADOR ES RESPONSABLE DE QUE LA INSTALACIÓN FOTOVOLTAICA INSTALADA CUMPLA CON LOS REQUISITOS FUNCIONALES DE RAPID SHUTDOWN. ESTOS EQUIPOS DEBEN INSTALARSE SEGÚN LO ESPECIFICADO EN LAS INSTRUCCIONES DE INSTALACIÓN DEL FABRICANTE.

### Funcionamiento en paralelo de las entradas de CC A y B

Tiene la posibilidad de utilizar en paralelo las entradas de CC A y B del inversor y conectar a ellas en paralelo hasta 3 strings. De este modo, al contrario de lo que sucede en el funcionamiento normal en inversores con 2 entradas de CC se pueden conectar directamente al inversor hasta 3 strings y en inversores con 3 entradas de CC hasta 4 strings. El inversor detecta automáticamente el funcionamiento en paralelo de las entradas de CC A y B.

### Funcionamiento de corriente de emergencia

Se pueden conectar al inversor una toma de pared externa y un interruptor para activar la toma de pared. En caso de error de la red, la toma de pared sirve para suministrarle a un equipo consumidor corriente desde la planta fotovoltaica. Al activar la toma de pared por medio del interruptor, el equipo consumidor es alimentado con corriente de la planta fotovoltaica. El inversor

regula automáticamente el suministro de energía de la toma de pared en función de la irradiación solar que incide sobre la planta fotovoltaica. Si la toma de pared está conectada y un equipo consumidor es alimentado con corriente de la planta fotovoltaica, el inversor está desconectado de la red pública y no inyecta a esta.

**No conecte equipos consumidores que requieren un suministro de corriente estable a la toma de pared para el funcionamiento de corriente de emergencia**

El funcionamiento de corriente de emergencia no debe utilizarse con equipos consumidores que requieren un suministro de corriente estable. La potencia disponible durante el funcionamiento de corriente de emergencia depende de la irradiación en la planta fotovoltaica. Según las condiciones del tiempo, la potencia puede variar mucho, o no estar disponible.

- No conecte equipos consumidores a la toma de pared para el funcionamiento de corriente de emergencia cuyo funcionamiento fiable depende de un suministro de corriente estable.

### Relé multifunción

El inversor viene equipado de serie con un relé multifunción. El relé multifunción es una interfaz que puede configurarse para un modo de funcionamiento específico de la planta.

### SMA ShadeFix

El inversor está equipado con el sistema de gestión de sombras SMA ShadeFix. SMA ShadeFix emplea un seguimiento del punto de máxima potencia inteligente para dar con el punto de operación con la mayor potencia cuando haya sombras. Con SMA ShadeFix, el inversor aprovecha en todo momento la mejor oferta energética posible de los módulos fotovoltaicos para incrementar el rendimiento en plantas con sombras. SMA ShadeFix viene activado de serie. De serie, el intervalo de tiempo de SMA ShadeFix es de 6 minutos. Esto significa que el inversor busca cada 6 minutos el punto de operación óptimo. Según la planta y las condiciones de las sombras, puede resultar conveniente modificar el intervalo de tiempo.

### Detección de fallos de string

La detección de fallos de string autodidacta reconoce en cuáles de las 3 entradas de CC del inversor hay strings conectados. Si un string conectado deja de funcionar y no contribuye más al rendimiento energético (p. ej. por daños como la rotura de cables), la detección de fallos de string reconoce este error y empieza a evaluar la entrada a la que está conectado el string averiado. Si el error persiste, se emite un evento como máximo el día siguiente después de haber detectado el string averiado. De esta manera, se evita que fallos parciales del generador fotovoltaico no se detecten durante mucho tiempo y conduzcan a pérdidas de rendimiento. La detección de fallos de string reconoce de forma automática si un string ha sido reparado y restablece el evento. Si el string averiado ya no se debe conectar, el evento debe restablecerse manualmente.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 100 of 235 PageID #

ESPAÑOL

### Sistema de detección e interrupción de arcos voltaicos (AFCI)

De acuerdo con el *National Electrical Code*®, el inversor cuenta con un sistema de detección e interrupción de arcos voltaicos de CC. El sistema de detección e interrupción de arcos voltaicos cuenta con certificación UL 1699B Ed. 1. La detección de un arco voltaico provoca que el inversor interrumpa brevemente el funcionamiento de inyección y lo vuelva a reanudar automáticamente. Si las condiciones de instalación lo permiten, puede desactivar el sistema de detección e interrupción de arcos voltaicos.

### SMA Smart Connected

SMA Smart Connected es la monitorización gratuita del producto a través de Sunny Portal. Mediante SMA Smart Connected el operador y el especialista reciben información de forma automática y proactiva sobre los eventos que se producen en el producto.

La activación de SMA Smart Connected se realiza durante el registro en Sunny Portal. Para utilizar SMA Smart Connected es necesario que el producto esté conectado de forma permanente con el Sunny Portal y que los datos del operador y del especialista se encuentren registrados en el Sunny Portal y estén actualizados.

## 4.4 Señales de los leds

Los leds señalizan el estado de funcionamiento del producto.

| Señal de LED | Explicación |
|---|---|
| El LED verde parpadea (2 s encendido y 2 s apagado) | Esperando las condiciones de inyección<br>Todavía no se cumplen las condiciones para el funcionamiento de inyección. Cuando se cumplen estas condiciones, el inversor inicia el funcionamiento de inyección. |
| El LED verde parpadea (1,5 s encendido y 0,5 s apagado) | Funcionamiento de corriente de emergencia<br>El funcionamiento de corriente de emergencia está activado y el inversor alimenta la toma de pared con corriente de la planta fotovoltaica. |
| El led verde parpadea rápido | Actualización del procesador principal<br>El procesador principal del inversor se actualiza. |
| El led verde está encendido | Funcionamiento de inyección<br>El inversor inyecta con una potencia superior al 90 %. |
| El LED verde parpadea | Funcionamiento de inyección<br>El inversor está equipado con una indicación de potencia dinámica a través del led verde. Según la potencia, el led verde parpadea rápida o lentamente. En caso necesario, puede desactivar la indicación de potencia dinámica a través del led verde. |
| El LED verde está apagado | El inversor no inyecta a la red pública. |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 101 of 235 PageID

| Señal de LED | Explicación |
|---|---|
| El led rojo está encendido | Se ha producido un evento<br>Además del led iluminado en rojo, la pantalla muestra esta información del evento:<br>• Tipo de evento:<br>• Número de evento<br>• Fecha y hora a la que se ha producido el evento |
| El LED azul parpadea lento durante 1 minuto aprox. | Estableciendo conexión de comunicación<br>El producto está estableciendo una conexión con una red local o una conexión ethernet directa con un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil). |
| El led azul parpadea rápido durante 2 minutos aprox. (0,25 s encendido y 0,25 s apagado) | WPS activada<br>La función WPS está activa. |
| El led azul está encendido | Comunicación activada<br>Hay una conexión activa con una red local o una conexión directa por ethernet con un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil). |

ESPAÑOL

# 5 Montaje

## 5.1 Requisitos para el montaje

**Requisitos del lugar de montaje:**

**⚠ ADVERTENCIA**

**Peligro de muerte por fuego o explosión**

A pesar de estar cuidadosamente construidos, los equipos eléctricos pueden originar incendios. Esto puede causar lesiones graves o incluso la muerte.

- No instale el producto en áreas en las que se encuentren materiales fácilmente inflamables o gases combustibles.
- No instale el producto en áreas potencialmente explosivas.

☐ Debe elegirse una superficie firme (por ejemplo, hormigón o mampostería, soportes autónomos). Si instala el inversor sobre pladur o similares, este producirá durante el funcionamiento vibraciones audibles que pueden resultar molestas.

☐ El lugar de montaje puede estar expuesto a la irradiación solar directa. Sin embargo, es posible que el producto reduzca su potencia debido a las altas temperaturas para evitar un sobrecalentamiento.

☐ Si se utiliza el SMA Cellular LTE Modem Kit, el lugar de montaje no debe estar en el sótano. El montaje en un sótano puede limitar la transferencia de datos por una mala calidad de la conexión.

☐ El lugar de montaje debe ser accesible de forma fácil y segura, sin necesidad de medios auxiliares adicionales como, p. ej., andamios o plataformas elevadoras. De lo contrario, las visitas de mantenimiento solo serán posibles de manera limitada.

☐ El interruptor-seccionador de potencia de CC del producto deber ser accesible en todo momento.

☐ Deben cumplirse las dimensiones climáticas (consulte el capítulo 10, página 144).

**Posiciones de montaje permitidas y no permitidas:**

☐ El producto debe instalarse siempre en una posición autorizada De esta manera se garantiza que no pueda entrar humedad en el producto.

☐ El producto debería instalarse de tal forma que los avisos de la pantalla y las señales de los leds puedan leerse sin problemas.

Imagen 3 : Posiciones de montaje permitidas y no permitidas

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 103 of 235 PageID

☐ No instale varios inversores directamente superpuestos.

Sunny Boy 3.0-US / 3.8-US / 5.0-US / 6.0-US

Sunny Boy 7.0-US / 7.7-US

Imagen 4 : Posiciones de montaje permitidas y no permitidas de varios inversores

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 104 of 235 PageID

**Dimensiones para el montaje:**

Imagen 5 : Posición de los puntos de fijación (Medidas en mm (in))

**Distancias recomendadas:**

Para garantizar que el inversor disipe el calor y funcione de manera óptima y la buena calidad de la conexión cuando se utilice el SMA Cellular LTE Modem Kit, respete las distancias mínimas. De este modo evitará que el inversor reduzca su potencia debido a temperaturas demasiado elevadas. No supone ningún peligro dejar distancias menores.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 105 of 235 PageID

ESPAÑOL

### Distancias prescritas según el *National Electrical Code®* o el *Canadian Electrical Code®* CSA C22.1

En determinadas circunstancias, el *National Electrical Code®* o el *Canadian Electrical Code®* CSA C22.1 pueden exigir unas distancias mayores.

- Asegúrese de que se cumplen las distancias especificadas en el *National Electrical Code®* o en el *Canadian Electrical Code®* CSA C22.1.

☐ Intente respetar las distancias recomendadas respecto a las paredes, otros inversores u otros objetos.

☐ Si instala varios productos en zonas con temperaturas ambiente elevadas, aumente la distancia entre los productos y procure que entre suficiente aire fresco.

Imagen 6 : Distancias recomendadas (Medidas en mm (in))

## 5.2 Montaje del inversor

**Material de montaje adicional necesario (no incluido en el contenido de la entrega):**

☐ 2 tornillos adecuados para la superficie (diámetro: 8 mm (5⁄16 in))

☐ 2 arandelas adecuadas para los tornillos

☐ En su caso, dos tacos adecuados para la superficie y los tornillos

**⚠ ATENCIÓN**

**Peligro de lesiones por el peso del producto**

Existe peligro de lesiones al levantar el producto de forma inadecuada y en caso de caerse durante el transporte o el montaje.

- Transporte y eleve el producto con cuidado. Tenga en cuenta el peso del producto.
- Utilice equipamientos de protección personal adecuado cuando realice trabajos en el producto.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 106 of 235 PageID

**Procedimiento:**

1. Asegúrese de que el interruptor-seccionador de potencia de CC del inversor se encuentre en la posición **O**.

2. Abra la Connection Unit. Suelte los seis tornillos y retire con cuidado la tapa de la carcasa tirando de ella hacia adelante (TX 25).
3. Desatornille dos tornillos de la derecha y la izquierda del lado de la Power Unit (TX 25). Como resultado, la Power Unit y la Connection Unit ya no están conectadas entre sí.

4. Desconecte la Connection Unit de la Power Unit.
5. Coloque la Connection Unit horizontal y verticalmente y marque la posición de los agujeros que hay que perforar con ayuda de las lengüetas.

6. Taladre los agujeros marcados.
7. Dependiendo de la superficie, inserte los tacos en los agujeros en caso necesario.
8. Coloque la Connection Unit en horizontal y fíjela con los tornillos y las arandelas.

9. Compruebe si la Connection Unit está bien fija.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 107 of 235 PageID

10. Inserte la Power Unit en la Connection Unit. Los orificios para los tornillos de los lados izquierdo y derecho de la Power Unit deben colocarse sobre los de la Connection Unit y los cables que sobresalen de la Power Unit no deben bloquearse.

11. Apriete respectivamente dos tornillos a la derecha y a la izquierda del lado de la Power Unit (TX 25) [par de apriete: 6 Nm ± 0,3 Nm (53 in-lb ± 2,65 in-lb)].

12. Pase hasta la Connection Unit el cable plano que debe conectar el subgrupo de comunicación con la Power Unit e insértelo en el conector hembra del subgrupo de comunicación.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 108 of 235 PageID

# 6 Conexión eléctrica

## 6.1 Vista general del área de conexión

### 6.1.1 Vista inferior

Imagen 7 : Aberturas en la carcasa en la parte inferior del inversor

| Posición | Denominación |
|---|---|
| A | Abertura en la carcasa para la conexión de CC (para conductos para cables del tamaño comercial de 21 mm (0,75 in)) |
| B | Abertura en la carcasa para los cables de conexión del kit de antena externa y, en caso necesario, para otros cables de datos (para conductos del tamaño comercial de 21 mm [0,75 in]) |
| C | Abertura en la carcasa para los cables de red y, en caso necesario, para otros cables de datos (para conductos para cables del tamaño comercial de 21 mm (0,75 in)) |
| D | Abertura en la carcasa para la conexión de CA y los cables de conexión de la toma de pared y del interruptor para el funcionamiento de corriente de emergencia (para conductos del tamaño comercial de 21 mm [0,75 in]) |

## 6.1.2 Vista interior

Imagen 8 : Áreas de conexión del interior del inversor

| Posición | Denominación |
|---|---|
| A | Ranura **DC-in**para la conexión de CA |
| B | Conector hembra para conectar el cable plano para la conexión del subgru-po de comunicación con la Power Unit |
| C | Ranura **COM** con cable plano insertado para conectar el subgrupo de comu-nicación con la Power Unit |
| D | Ranura del módulo **M1** |
| E | Ranura del módulo **M2** |
| F | Ranura **ANT.** para la conexión del kit de antena externa (opcional) |
| G | Ranura **AC-out** para la conexión de CA |
| H | Ranura **SPS** para la conexión de la toma de pared para el funcionamiento de corriente de emergencia |
| I | Lugar de montaje para accesorios autorizados por SMA Solar Technology AG (opcional) |
| J | Terminal de puesta a tierra del equipo para el conductor de puesta a tierra del equipo de la red pública, de la toma de pared para el funcionamiento de corriente de emergencia y, en caso necesario, de una toma a tierra adicional o para la conexión equipotencial |

| Posición | Denominación |
|---|---|
| K | Ranura **SPS** para la conexión del interruptor para el funcionamiento de corriente de emergencia |
| L | Conector hembra **D-IN** no asignado |
| M | Hembrillas de red **A** y **B** para conectar un rúter o conmutador |
| N | Conector hembra **USB** para la conexión de una memoria USB (para el servicio técnico) |
| O | Ranura **MFR** para la conexión al relé multifunción |
| P | Conector hembra **BAT** no asignado |
| Q | Terminal de puesta a tierra del equipo para el conductor de puesta a tierra del equipo del generador fotovoltaico |
| R | Subgrupo de comunicación |
| S | Conector hembra **DISPLAY** para la conexión del subgrupo led en la tapa de la carcasa de la Connection Unit |

ESPAÑOL

## 6.2 Conexión de CA

### 6.2.1 Requisitos para la conexión de CA

**Material adicional necesario (no incluido en el contenido de la entrega):**

☐ Conductos para cables (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)

☐ Manguitos con certificación UL con sellado estanco a la lluvia o resistentes a la humedad (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)

**Requisitos de los conductores de CA:**

☐ Los conductores deben estar dimensionados conforme a la normativa local vigente y al código *National Electrical Code*® ANSI/NFPA 70 o según el *Canadian Electrical Code*® CSA C22.1 y teniendo en cuenta la corriente admisible, las temperaturas asignadas, las condiciones de utilización y las pérdidas.

☐ Tipo de conductor: alambre de cobre

☐ Temperatura admisible para SB3.0-1SP-US-41, SB3.8-1SP-US-41, SB5.0-1SP-US-41 y SB6.0-1SP-US-41: mínimo +75 °C (+167 °F)

☐ Temperatura admisible para SB7.0-1SP-US-41 y SB7.7-1SP-US-41: mínimo +90 °C (+194 °F)

☐ Los cables deben ser de cable macizo, cordón o cordón fino. Si se usan cordones finos deben utilizarse virolas.

☐ Sección del conductor: 4 mm² a 16 mm² (12 AWG a 6 AWG)

ESPAÑOL

**Interruptor-seccionador y disyuntor:**

☐ Cada inversor debe protegerse con un dispositivo de protección contra sobrecorriente propio. Para ello, tenga en cuenta cuál es la protección máxima admisible (consulte el capítulo 10, página 144).

☐ El interruptor-seccionador o disyuntor debe aparecer en el listado (consulte el *National Electrical Code*® ANSI/NFPA 70 o el Canadian Electrical Code® CSA C22.1).

☐ Los equipos consumidores instalados entre el inversor y el dispositivo de protección contra sobrecorriente deben protegerse por separado.

☐ El dispositivo de protección contra sobrecorriente para el circuito eléctrico de CA debe obtenerse de otro proveedor.

## Sistemas de distribución compatibles:

Según el sistema de distribución, deberá proceder de diferente manera para realizar la conexión y, en caso necesario, ajustar el registro de datos nacionales. Esta tabla ofrece una vista general de los sistemas de distribución compatibles, los conductores que deben conectarse al inversor en función del sistema de distribución y el registro de datos nacionales que debe estar configurado. De manera predeterminada, el inversor está diseñado para conectarse a una red con conexión en estrella de 208 V o a una red monofásica de tres conductores de 240 V y el registro de datos nacionales **UL1741/2016/120 L-N-L** viene ajustado de fábrica.

Si se aplican requisitos especiales de conexión a la red en su país o en su uso previsto, tiene la opción de configurar el inversor con un archivo de configuración proporcionado SMA Solar Technology AG según la disponibilidad. El archivo de configuración se encuentra en:www.SMA-Solar.com.

| Sistema de distribución compatible | Conductores que deben conectarse | Registros de datos nacionales configurables |
|---|---|---|
| Red monofásica de tres conductores de 240 V | L1, L2 y N | • UL1741/2016/120 L-N-L<br>• HECO_OHM Rule 14H SDR 1.1/120 L-N-L<br>• CA Rule 21 / 120 L-N-L<br>• NE-ISO / 120 L-N-L |
| Conexión en estrella de 208 V | L1, L2 y N | |
| Conexión en delta de 208 V | L1 y L2 | • UL1741/2016/208 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 208 L-L<br>• NE-ISO / 208 L-L |
| Conexión en delta de 240 V | L1 y L2 | • UL1741/2016/240 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 240 L-L<br>• NE-ISO / 240 L-L |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 112 of 235 PageID

### 6.2.2 Conexión del inversor a la red pública

**Requisitos:**

☐ Todas las instalaciones eléctricas deben realizarse conforme a la normativa local vigente y al código *National Electrical Code®* ANSI/NFPA 70 o al *Canadian Electrical Code®* CSA C22.1.

☐ Deben cumplirse las condiciones de conexión del operador de red.

☐ La tensión de red debe encontrarse dentro del rango permitido. El rango de trabajo exacto del inversor está especificado en los parámetros de funcionamiento.

**Procedimiento:**

1. Desconecte el disyuntor de CA y asegúrelo contra cualquier reconexión.
2. Quite la cinta adhesiva de la abertura en la carcasa para la conexión de CA.
3. Introduzca el manguito en la abertura y colóquelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca los conductores en el inversor a través del conducto para cables. Tienda los conductores en el inversor de manera que no toquen los cables de comunicación o el cable del subgrupo led u otros conductores bajo tensión. Si los conductores son demasiado largos, colóquelos formando un lazo.
6. Conecte el conductor de puesta a tierra del equipo de la red pública al terminal de puesta a tierra del equipo:
   - Pele 18 mm (0,71 in) del conductor de puesta a tierra del equipo.

   - Inserte el tornillo a través de la arandela elástica, la abrazadera y la arandela.
   - Pase el conductor de puesta a tierra del equipo entre la arandela y la abrazadera y coloque el tornillo (TX 25, par de apriete: 6 Nm ± 0,3 Nm [53,10 in-lb ± 2,65 in-lb]).
7. Introduzca la caja de bornes para la conexión de CA en la ranura **AC-out** del inversor y atorníllela con un destornillador plano (hoja: 4 mm ($^{5}/_{32}$ in)) (par de apriete: 0,3 Nm (2,65 in-lb)).

8. Asegúrese de que la caja de bornes esté bien fija y los tornillos, apretados.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 113 of 235 PageID

9. Pele 18 mm (0,71 in) de los conductores L1, L2 y, en caso necesario, N.
10. En los cordones finos, remate los conductores con una virola.
11. **i Conexión de conductores de cordón fino**

    Para conectar conductores de cordón fino es necesario abrir todos los puntos de embornaje.

    - En primer lugar, introduzca el conductor en el punto de embornaje (abertura redonda) hasta el bloqueo y, a continuación, introduzca un destornillador plano (hoja: 4 mm [$^{5}/_{32}$ in]) hasta el tope en el orificio de accionamiento (abertura rectangular). De esta manera se abre el bloqueo y es posible introducir el conductor hasta el tope en el punto de embornaje. Tras la conexión, debe extraerse el destornillador plano del orificio de accionamiento.
12. **⚠ ADVERTENCIA**

    **Peligro de incendio debido a una conexión defectuosa de los conductores**

    Si se introducen los conductores en los orificios de accionamiento (aperturas cuadradas), después de la puesta en marcha del inversor puede originarse un incendio.
13. Conecte los conductores a la caja de bornes para la conexión de CA:
    - Si hay un conductor neutro, conéctelo según la leyenda a la caja de bornes. Para ello, introduzca el conductor hasta el tope en el punto de embornaje correspondiente (abertura redonda).

    - Conecte los conductores L1 y L2 según la leyenda a la caja de bornes. Para ello, introduzca cada conductor hasta el tope en el punto de embornaje correspondiente (abertura redonda).
14. Asegúrese de que los conductores están introducidos hasta el tope en los puntos de embornaje (aberturas redondas) y no en los orificios de accionamiento (aberturas rectangulares).

15. Asegúrese de que todos los puntos de embornaje estén ocupados con el conductor correcto.
16. Asegúrese de que los conductores estén completamente introducidos en los puntos de embornaje, hasta el aislamiento.

## 6.3 Conexión del cable de red

**⚠ PELIGRO**

**Peligro de muerte por descarga eléctrica en caso de sobretensión y si no hay protección contra sobretensión**

Si no hay una protección contra sobretensión, las sobretensiones (por ejemplo, en caso de que caiga un rayo) pueden transmitirse a través del cable de red o de otros cables de datos al edificio y a otros equipos conectados a la misma red. El contacto con componentes conductores de tensión o cables puede causar la muerte o lesiones mortales por descarga eléctrica.

- Asegúrese de que todos los equipos de la misma red estén integrados en la protección contra sobretensión existente.
- En caso de instalar los cables de red a la intemperie, en el paso de los cables de red del producto desde el exterior a la red en el edificio asegúrese de que haya una protección contra sobretensión adecuada.
- La interfaz ethernet del producto está clasificada como “TNV-1” y protege contra sobretensiones de hasta 1,5 kV.

**Material adicional necesario (no incluido en el contenido de la entrega):**

- 1 a 2 cables de red
- En caso necesario: conectador de enchufe RJ45 ajustable in situ

**Requisitos del cable de red:**

Tanto la longitud como la calidad del cable influyen en la calidad de la señal. Tenga en cuenta estos requisitos del cableado:

- ☐ Tipo de cable: 100BaseTx
- ☐ Categoría del cable: al menos Cat5e
- ☐ Tipo de conector: RJ45 de Cat5, Cat5e o mayor
- ☐ Apantallamiento: SF/UTP, S/UTP, SF/FTP o S/FTP
- ☐ Número de pares de conductores y sección del conductor: mínimo 2 x 2 x 0,22 mm² (2 x 2 x 24 AWG)
- ☐ Longitud máxima del cable entre dos integrantes de la red con latiguillo: 50 m (164 ft)
- ☐ Longitud máxima del cable entre dos integrantes de la red con cable de instalación: 100 m (328 ft)
- ☐ Resistente a los rayos UV para aplicaciones en exteriores.

ESPAÑOL

**Procedimiento:**

1. **⚠ PELIGRO**

   **Peligro de muerte por descarga eléctrica**

   - Desconecte el inversor de la tensión (consulte el capítulo 8, página 140).

2. Saque el sellador de la abertura del inversor destinada a la conexión de red.
3. Introduzca el manguito en la abertura y colóquelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca un extremo de cada cable de red en el inversor a través del conducto para cables.
6. Inserte el conector de red de cada cable en una de las hembrillas de red del subgrupo de comunicación.

7. Asegúrese de que el conector de red de cada cable esté fijo tirando ligeramente del cable.
8. Conecte el otro extremo del cable de red al contador de energía.

## 6.4 Conexión del relé multifunción

### 6.4.1 Procedimiento para la conexión del relé multifunción

| | Procedimiento | Consulte |
|---|---|---|
| 1. | Seleccione el modo de funcionamiento del relé multifunción. | Capítulo 6.4.2, página 114 |
| 2. | Conecte el relé multifunción de acuerdo con el modo de funcionamiento y su variante de conexión. | (consulte el capítulo 6.4.3, página 115) y (consulte el capítulo 6.4.4, página 118) |
| 3. | Después de la puesta en marcha del inversor, modifique el modo de funcionamiento del relé multifunción en caso necesario. | Instrucciones de uso en www.SMA-Solar.com |

### 6.4.2 Modos de funcionamiento del relé multifunción

| Tipo de funcionamiento del relé multifunción (Mlt.OpMode) | Descripción |
|---|---|
| **Aviso de fallo (FltInd)** | El relé multifunción controla un dispositivo de aviso (por ejemplo, luces de advertencia) que, en función del tipo de conexión, indica si hay algún error o si el inversor funciona correctamente. |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 116 of 235 PageID

| Tipo de funcionamiento del relé multifunción (Mlt.OpMode) | Descripción |
|---|---|
| **Consumo característico (SelfCsmp)** | El relé multifunción conecta y desconecta los equipos consumidores en función de la potencia ofrecida por la planta. |
| **Control mediante comunicación (ComCtl)** | El relé multifunción conecta y desconecta los equipos consumidores tras una orden emitida a través de un producto de comunicación. |
| **Banco de baterías (BatCha)** | El relé multifunción controla la carga de baterías en función de la potencia ofrecida por la planta. |
| **Control de ventilador (FanCtl)** | El relé multifunción controla un ventilador externo en función de la temperatura del inversor. |
| **Estado conmutación relé de red (GriSwCpy)** | El operador de red local puede requerir que se le envíe una señal en cuanto el inversor se conecte a la red pública. El relé multifunción puede utilizarse para enviar esta señal. |

### 6.4.3 Variantes de conexión

Según el modo de funcionamiento que escoja, deberá proceder de diferente manera para realizar la conexión.

| Modo de funcionamiento | Variante de conexión |
|---|---|
| **Aviso de fallo (FltInd)** | Uso del relé multifunción como contacto de aviso de fallos |
| **Consumo característico (SelfCsmp)** | Control de equipos consumidores mediante el relé multifunción o carga de baterías en función de la potencia |
| **Control mediante comunicación (ComCtl)** | Control de equipos consumidores mediante el relé multifunción o carga de baterías en función de la potencia |
| **Banco de baterías (BatCha)** | Control de equipos consumidores mediante el relé multifunción o carga de baterías en función de la potencia |
| **Control de ventilador (FanCtl)** | Conexión de un ventilador externo (consulte la documentación del ventilador) |
| **Estado conmutación relé de red (GriSwCpy)** | Notificación del estado de conmutación del relé de red |

ESPAÑOL

### Uso del relé multifunción como contacto de aviso de fallos

Puede utilizar el relé multifunción como contacto de aviso de fallos para indicar o notificar si hay algún error o si el inversor funciona correctamente a través de un dispositivo de aviso adecuado. En caso necesario, puede conectar varios inversores a un indicador de fallos o un detector de funcionamiento.

Imagen 9 : Esquema de conexión con varios inversores para la conexión de un detector de funcionamiento y de un detector de fallos (ejemplo)

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 118 of 235 PageID

### Control de equipos consumidores mediante el relé multifunción o carga de baterías en función de la potencia

El relé multifunción puede controlar equipos consumidores o cargar baterías en función de la potencia. Para ello debe conectar al relé multifunción un contactor (K1), que sirve para activar y desactivar la corriente de servicio del equipo consumidor. Si desea cargar baterías en función de la potencia disponible, el contactor sirve para activar y desactivar la carga de las baterías.

Imagen 10 : Esquema de conexión para controlar un equipo consumidor o para cargar las baterías en función de la potencia

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 119 of 235 PageID

### Notificación del estado de conmutación del relé de red

El relé multifunción puede enviar una señal al operador de red en cuanto el inversor se conecta a la red pública. Para ello debe conectar en paralelo los relés multifunción de todos los inversores.

Imagen 11 : Esquema de conexión para notificar el estado de conmutación del relé de red (ejemplo)

## 6.4.4 Conexión al relé multifunción

### Material adicional necesario (no incluido en el contenido de la entrega):

- ☐ Conductos para cables: 21 mm (0,75 in) o menos con reductores adecuados
- ☐ Manguitos con certificación UL 514B resistentes a la lluvia o humedad: 21 mm (0,75 in) o menos con reductores adecuados

### Requisitos:

- ☐ Deben cumplirse los requisitos técnicos del relé multifunción (consulte el capítulo 10, página 144).

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 120 of 235 PageID

☐ Todas las instalaciones eléctricas deben realizarse conforme a la normativa local vigente y al código *National Electrical Code®* ANSI/NFPA 70 o al *Canadian Electrical Code®* CSA C22.1.

**Requisitos de los conductores:**

- Sección del conductor: 0,2 mm² a 1,5 mm² (24 AWG a 16 AWG)
- El tipo de conductor y el cableado deben ser apropiados para el uso y el lugar de utilización.

**Procedimiento:**

1. **⚠ PELIGRO**

   **Peligro de muerte por altas tensiones**

   - Compruebe que el inversor esté desconectado de la tensión (consulte el capítulo 8, página 140).

2. Retire los selladores de la abertura en la carcasa para la conexión al relé multifunción.
3. Introduzca el manguito en la abertura y fíjelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca los conductores en el inversor a través del conducto para cables.
6. Pele los conductores 9 mm (0,35 in) como máximo.
7. Conecte los conductores a la caja de bornes de 3 polos conforme al esquema de conexión según el modo de funcionamiento (consulte el capítulo 6.4.3, página 115). Asegúrese de que los conductores estén completamente introducidos en los puntos de embornaje (aberturas redondas), hasta el aislamiento.

8. Inserte la caja de bornes en la ranura **MFR** en el subgrupo de comunicación del inversor.

9. Asegúrese de que la caja de bornes esté bien fija.
10. Asegúrese de que todos los conductores estén conectados correctamente.
11. Asegúrese de que los conductores estén bien fijos en los puntos de embornaje. Consejo: Para soltar los conductores de la caja de bornes, abra los puntos de embornaje con una herramienta adecuada.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 121 of 235 PageID

## 6.5 Conexión del interruptor y la toma de pared para el funcionamiento de corriente de emergencia

**N y PE de la salida de corriente de emergencia están unidos firmemente**

La salida de corriente de emergencia del inversor está dotada con una conexión fija entre N y PE que no se puede desconectar.

**No conecte equipos consumidores que requieren un suministro de corriente estable a la toma de pared para el funcionamiento de corriente de emergencia**

El funcionamiento de corriente de emergencia no debe utilizarse con equipos consumidores que requieren un suministro de corriente estable. La potencia disponible durante el funcionamiento de corriente de emergencia depende de la irradiación en la planta fotovoltaica. Según las condiciones del tiempo, la potencia puede variar mucho, o no estar disponible.

- No conecte equipos consumidores a la toma de pared para el funcionamiento de corriente de emergencia cuyo funcionamiento fiable depende de un suministro de corriente estable.

**Requisitos:**

☐ Deben cumplirse los requisitos técnicos para la conexión del interruptor y la toma de pared para el funcionamiento de corriente de emergencia (consulte el capítulo 10, página 144).

☐ Todas las instalaciones eléctricas deben realizarse conforme a la normativa local vigente y al código *National Electrical Code*® ANSI/NFPA 70 o al *Canadian Electrical Code*® CSA C22.1.

**Dispositivo de protección por corriente residual:**

☐ SMA Solar Technology AG recomienda instalar un diferencial (tipo A) entre la salida de corriente de emergencia del inversor y la toma de pared para el funcionamiento de corriente de emergencia que se dispara a una corriente residual de 30 mA. Observe y respete todas las normas y directivas locales vigentes.

**Material adicional necesario (no incluido en el contenido de la entrega):**

☐ 1 toma de pared convencional

☐ 1 interruptor convencional (por ejemplo, interruptor de luz)

☐ Conductos para cables (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)

☐ Manguitos con certificación UL con sellado estanco a la lluvia o resistentes a la humedad (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)

**Procedimiento:**

- Conecte la toma de pared para el funcionamiento de corriente de emergencia.
- Conecte el interruptor para el funcionamiento de corriente de emergencia.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 122 of 235 PageID

### Conecte la toma de pared para el funcionamiento de corriente de emergencia.

**Requisitos de los conductores:**

☐ Los conductores deben estar dimensionados conforme a la normativa local vigente y al código *National Electrical Code*® ANSI/NFPA 70 o según el *Canadian Electrical Code*® CSA C22.1 y teniendo en cuenta la corriente admisible, las temperaturas asignadas, las condiciones de utilización y las pérdidas.

☐ Tipo de conductor: alambre de cobre

☐ Los cables deben ser de cable macizo, cordón o cordón fino. Si se usan cordones finos deben utilizarse virolas.

☐ Sección del conductor: 2,5 $mm^2$ a 4 $mm^2$ (14 AWG a 12 AWG)

☐ Longitud máxima del conductor: 10 m (33 ft)

**Procedimiento:**

1. Compruebe que el inversor esté desconectado de la tensión (consulte el capítulo 8, página 140).
2. Retire los selladores de la abertura en la carcasa para la conexión de la toma de pared para el funcionamiento de corriente de emergencia.
3. Introduzca el manguito en la abertura y colóquelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca los conductores en el inversor.
6. Conecte el conductor de puesta a tierra del equipo de la toma de pared para el funcionamiento de corriente de emergencia a un terminal de puesta a tierra del equipo:
   - Pele 18 mm (0,71 in) del conductor de puesta a tierra del equipo.
   - Inserte el tornillo a través de la arandela elástica, la abrazadera y la arandela.

   - Pase el conductor de puesta a tierra del equipo entre la arandela y la abrazadera y coloque el tornillo (TX 25, par de apriete: 6 Nm ± 0,3 Nm [53,10 in-lb ± 2,65 in-lb]).

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 123 of 235 PageID

ESPAÑOL

7. Introduzca la caja de bornes para la conexión de la toma de pared para el funcionamiento de corriente de emergencia en la ranura **SPS** del inversor y colóquela con un destornillador plano (hoja: 3,5 mm [$^9/_{64}$ in]).

8. Asegúrese de que la caja de bornes esté bien fija.
9. Pele los conductores 15 mm (0,59 in) como máximo.
10. En los cordones finos, remate los conductores L y N con una virola.
11. **Conexión de conductores de cordón fino**

    Para conectar conductores de cordón fino es necesario abrir todos los puntos de embornaje.

    - En primer lugar, introduzca el conductor en el punto de embornaje (abertura redonda) hasta el bloqueo y, a continuación, introduzca un destornillador plano (hoja: 3,2 mm [$^1/_8$ in]) hasta el tope en el orificio de accionamiento (abertura rectangular). De esta manera se abre el bloqueo y es posible introducir el conductor hasta el tope en el punto de embornaje. Tras la conexión, debe extraerse el destornillador plano del orificio de accionamiento.

12. **ADVERTENCIA**

    **Peligro de incendio debido a una conexión defectuosa de los conductores**

    Si se introducen los conductores en los orificios de accionamiento (aperturas cuadradas), después de la puesta en marcha del inversor puede originarse un incendio.

13. Conecte los conductores L y N a la caja de bornes según la leyenda. Para ello, introduzca cada conductor hasta el tope en el punto de embornaje correspondiente (abertura redonda).



1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 124 of 235 PageID

14. Asegúrese de que los conductores están introducidos hasta el tope en los puntos de embornaje (aberturas redondas) y no en los orificios de accionamiento (aberturas rectangulares).

15. Asegúrese de que todos los puntos de embornaje estén ocupados con el conductor correcto.
16. Asegúrese de que los conductores estén completamente introducidos en los puntos de embornaje, hasta el aislamiento.
17. Coloque la toma de pared en la posición deseada (p. ej., junto al inversor o como combinación de interruptor y toma de pared, si se quiere a poca distancia del inversor (hasta máx. 10 m (33 ft))).
18. Conecte el otro extremo del cable directamente como suministro de energía a la toma de pared.

## Conecte el interruptor para el funcionamiento de corriente de emergencia.

### Requisitos de los conductores:

☐ Sección del conductor: 0,2 mm² a 2,5 mm² (24 AWG a 14 AWG)
☐ El tipo de conductor y el cableado deben ser apropiados para el uso y el lugar de utilización.
☐ Longitud máxima del conductor: 10 m (33 ft)

### Procedimiento:

1. Compruebe que el inversor esté desconectado de la tensión (consulte el capítulo 8, página 140).
2. Retire los selladores de la abertura para la conexión del interruptor para el funcionamiento de corriente de emergencia.
3. Introduzca el manguito en la abertura y colóquelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca los conductores en el inversor.
6. Pele los conductores como mínimo 6 mm (0,24 in) hasta como máximo 10 mm (0,39 in).
7. Conecte el conductor a la caja de bornes de 2 polos. Al hacerlo, asegúrese de que los conductores estén completamente introducidos en los puntos de embornaje, hasta el aislamiento.



1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 125 of 235 PageID

8. Inserte la caja de bornes en la ranura **SPS** en el subgrupo de comunicación del inversor.

9. Asegúrese de que la caja de bornes esté bien fija.
10. Asegúrese de que todos los conductores estén conectados correctamente.
11. Asegúrese de que los conductores estén bien fijos en los puntos de embornaje. Consejo: Para soltar los conductores de la caja de bornes, abra los puntos de embornaje con una herramienta adecuada.
12. Coloque el interruptor en la posición deseada (p. ej., junto al inversor, si se quiere a poca distancia del mismo (hasta máx. 10 m (33 ft))).
13. Conecte el otro extremo del cable directamente al interruptor.

## 6.6 Conexión de CC

### 6.6.1 Requisitos para la conexión de CC

**Tipos de conexión:**

En el funcionamiento normal, en cada entrada de CC del inversor puede conectarse un string respectivamente. Sin embargo, se ofrece la posibilidad de utilizar en paralelo las entradas de CC A y B y con ello conectar directamente al inversor en inversores con 2 entradas de CC hasta 3 strings y en inversores con 3 entradas de CC hasta 4 strings.

Los siguientes tipos de equipos disponen de 2 seguidores del MPP y por tanto de 2 entradas de CC (A y B):

- SB3.0-1SP-US-41
- SB3.8-1SP-US-41

Los siguientes tipos de equipos disponen de 3 seguidores del MPP y por tanto de 3 entradas de CC (A, B y C):

- SB5.0-1SP-US-41
- SB6.0-1SP-US-41
- SB7.0-1SP-US-41
- SB7.7-1SP-US-41

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 126 of 235 PageID

Sunny Boy 3.0-US / 3.8-US
Sunny Boy 5.0-US / 6.0-US / 7.0-US / 7.7-US
DC-in
A+ B+ C+ A− B− C−
+
−

Imagen 12 : Vista general de la conexión en el funcionamiento normal

Sunny Boy 3.0-US / 3.8-US
Sunny Boy 5.0-US / 6.0-US / 7.0-US / 7.7-US
DC-in
A+ B+ C+ A− B− C−
+
−

Imagen 13 : Vista general de la conexión con conexión en paralelo de las entradas de CC A y B

### Requisitos de los módulos fotovoltaicos por entrada:

- ☐ Todos los módulos fotovoltaicos deben ser del mismo tipo.
- ☐ Todos los módulos fotovoltaicos deben tener la misma orientación e inclinación.
- ☐ Si las entradas A y B están conectadas en paralelo, en todos los strings de las entradas A y B debe estar conectado el mismo número de módulos fotovoltaicos conectados en serie.
- ☐ No deben sobrepasarse las tensiones máximas admisibles del sistema del inversor (consulte el capítulo 10, página 144).
- ☐ No debe sobrepasarse la corriente de cortocircuito máxima (consulte el capítulo 10, página 144).

### Material adicional necesario (no incluido en el contenido de la entrega):

- ☐ Conductos para cables (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)
- ☐ Manguitos con certificación UL con sellado estanco a la lluvia o resistentes a la humedad (tamaño comercial: 21 mm [0,75 in] o menos con reductores adecuados)

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 127 of 235 PageID

**Requisitos de los conductores de CC:**

☐ Los conductores deben estar dimensionados conforme a la normativa local vigente y al código *National Electrical Code®* ANSI/NFPA 70 o según el *Canadian Electrical Code®* CSA C22.1 y teniendo en cuenta la corriente admisible, las temperaturas asignadas, las condiciones de utilización y las pérdidas.

☐ Debe respetarse la temperatura máxima admisible de la caja de bornes para la conexión de CC de +90 °C (+194 °F).

☐ Tipo de conductor: alambre de cobre

☐ Temperatura máxima admisible: 75 °C (+167 °F) o 90 °C (194 °F)

☐ Los cables deben ser de cable macizo, cordón o cordón fino. Si se usan cordones finos deben utilizarse virolas.

☐ Sección del conductor: 2,5 mm² a 10 mm² (14 AWG a 8 AWG)

## 6.6.2 Conexión de módulos fotovoltaicos

**PRECAUCIÓN**

**Daños en el producto debido a un fallo a tierra por el lado de la CC durante el funcionamiento**

Debido a la topología sin transformador del producto, si se dan fallos a tierra por el lado de la CC durante en funcionamiento, pueden producirse daños irreparables. Los daños producidos en el producto por una instalación de CC errónea o dañada no están cubiertos por la garantía. El producto está equipado con un dispositivo de protección que comprueba únicamente durante el proceso de arranque si existe un fallo a tierra. Durante el funcionamiento, el producto no está protegido.

- Asegúrese de que la instalación de CC se lleva a cabo correctamente y que no pueden darse fallos a tierra durante el funcionamiento.

**Requisitos:**

☐ La toma a tierra de la planta fotovoltaica se debe realizar de acuerdo con las especificaciones del *National Electrical Code®* ANSI/NFPA 70 y es responsabilidad del instalador.

☐ Todas las instalaciones eléctricas deben realizarse conforme a la normativa local vigente y al código *National Electrical Code®* ANSI/NFPA 70 o al *Canadian Electrical Code®* CSA C22.1.

**Procedimiento:**

1. **⚠ PELIGRO**

   **Peligro de muerte por altas tensiones**

   Cuando recibe luz solar, el generador fotovoltaico produce una tensión de CC peligrosa que se acopla a los conductores de CC. El contacto con dichos conductores de CC puede causar descargas eléctricas mortales.

   - Si hay un seccionador de CC externo, ábralo.
   - Asegúrese de que el interruptor-seccionador de potencia de CC del inversor se encuentre en la posición **O**.
   - Asegúrese de que no haya tensión en las entradas de CC del inversor.

2. Quite la cinta adhesiva de la abertura en la carcasa para la conexión de CC y, si se van a utilizar otras aberturas en la carcasa, retire los selladores de dichas aberturas.
3. Introduzca el manguito en la abertura y colóquelo desde el interior con la contratuerca.
4. Fije el conducto para cables al manguito.
5. Introduzca los conductores en el inversor a través del conducto para cables. Tienda los conductores en el inversor de manera que no toquen el subgrupo de comunicación.
6. Conecte cada uno de los conductores de puesta a tierra del equipo del generador fotovoltaico a un terminal de puesta a tierra del equipo:
   - Pele 18 mm (0,71 in) del conductor de puesta a tierra del equipo.
   - Inserte el tornillo a través de la arandela elástica, la abrazadera y la arandela.
   - Pase el conductor de puesta a tierra del equipo entre la arandela y la abrazadera y coloque el tornillo (TX 25, par de apriete: 6 Nm ± 0,3 Nm [53,10 in-lb ± 2,65 in-lb]). Asegúrese de que el conductor de puesta a tierra del equipo haga contacto con un borde interior de la abrazadera.

   - Para conectar dos conductores de puesta a tierra del equipo a un terminal de puesta a tierra del equipo, pase ambos conductores de puesta a tierra del equipo entre la arandela y la abrazadera y coloque el tornillo (TX 25, par de apriete: 6 Nm ± 0,3 Nm [53,10 in-lb ± 2,65 in-lb]). Asegúrese de que cada uno de los conductores de puesta a tierra del equipo haga contacto con un borde interior de la abrazadera.

7. Inserte la caja de bornes para la conexión de CC en la ranura **DC-in** del inversor.

ESPAÑOL

8. **⚠ PELIGRO**

**Peligro de muerte por arcos voltaicos**

La caja de bornes debe fijarse con dos tornillos a la ranura. Si la caja de bornes no está correctamente montada y se suelta de la ranura pueda producirse un arco voltaico. Los arcos voltaicos causan quemaduras que pueden ser mortales y pueden originar un incendio.

- Fije la caja de bornes con los dos tornillos tal y como se describe a continuación.

9. Coloque los tornillos de la caja de bornes con un destornillador plano (hoja: 3,5 mm [0,14 in], par de apriete: 0,3 Nm [2,65 in-lb]).

10. Asegúrese de que la caja de bornes esté bien fija y los tornillos estén bien apretados.
11. Pele 18 mm (0,71 in) de los conductores.
12. En los cordones finos, remate los conductores con una virola.
13. **i Conexión de conductores de cordón fino**

    Para conectar conductores de cordón fino es necesario abrir todos los puntos de embornaje.

    - En primer lugar, introduzca el conductor en el punto de embornaje (abertura redonda) hasta el bloqueo y, a continuación, introduzca un destornillador plano (hoja: 3,5 mm [0,14 in]) hasta el tope en el orificio de accionamiento (abertura rectangular). De esta manera se abre el bloqueo y es posible introducir el conductor hasta el tope en el punto de embornaje. Tras la conexión, debe extraerse el destornillador plano del orificio de accionamiento.

14. **⚠ ADVERTENCIA**

**Peligro de incendio debido a una conexión defectuosa de los conductores**

Si se introducen los conductores en los orificios de accionamiento (aperturas cuadradas), después de la puesta en marcha del inversor puede originarse un incendio.

- Conecte los conductores correctamente a la caja de bornes tal y como se describe a continuación.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 130 of 235 PageID

15. Conecte los conductores según la leyenda a la caja de bornes. Para ello, introduzca cada conductor hasta el tope en el punto de embornaje correspondiente (abertura redonda). Conecte siempre el polo positivo y el polo negativo de un string a la misma entrada y tenga en cuenta que en inversores con 2 entradas de CC no deben conectarse los puntos de embornaje **C+** y **C-**.

16. Asegúrese de que los conductores están introducidos hasta el tope en los puntos de embornaje (aberturas redondas) y no en los orificios de accionamiento (aberturas rectangulares).

17. Asegúrese de que todos los puntos de embornaje estén ocupados con el conductor correcto.
18. Asegúrese de que los conductores estén completamente introducidos en los puntos de embornaje, hasta el aislamiento.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 131 of 235 PageID

# 7 Puesta en marcha

## 7.1 Procedimiento para la puesta en marcha

Este capítulo describe el procedimiento de la puesta en marcha y proporciona una vista general de los pasos que deberá llevar a cabo en el orden especificado.

**Puesta en marcha de un inversor detectado en un equipo de comunicación**

Si el inversor se detecta con un equipo de comunicación, el equipo de comunicación (como SMA Data Manager) es la unidad con la que se configurará todo el sistema. La configuración se transmitirá a todos los inversores de la planta. La contraseña de la planta asignada a través del equipo de comunicación es al mismo tiempo la contraseña para la interfaz de usuario del inversor.

- Ponga en marcha el inversor (consulte el capítulo 7.2, página 131).
- Lleve a cabo la primera configuración del inversor a través del equipo de comunicación. La configuración se transfiere al inversor y los ajustes del inversor se sobrescriben.
- Desactive la función Webconnect del inversor a través de Sunny Portal. De esta forma evita intentos innecesarios de conexión del inversor con el Sunny Portal.

| Procedimiento | | Consulte |
|---|---|---|
| 1. | Ponga en marcha el inversor. | Capítulo 7.2, página 131 |
| 2. | Establezca una conexión con la interfaz de usuario del inversor. Para ello, dispone de diferentes posibilidades de conexión:<br>• Conexión directa mediante WLAN<br>• Conexión directa mediante ethernet<br>• Conexión mediante WLAN en la red local<br>• Conexión mediante ethernet en la red local | Capítulo 7.3, página 132 |
| 3. | Inicie sesión en la interfaz de usuario. | Capítulo 7.4, página 136 |
| 4. | Seleccione la opción para la configuración del inversor. Tenga en cuenta que, para modificar parámetros relevantes para la red después de las primeras 10 horas de servicio o después de la finalización del asistente de instalación, debe conocer el código SMA Grid Guard. El código SMA Grid Guard se puede solicitar a través del centro de servicio técnico en línea. | Capítulo 7.5, página 138 |
| 5. | Asegúrese de que el registro de datos nacionales esté correctamente configurado. | Instrucciones de uso del inversor |
| 6. | Efectúe otros ajustes del inversor en caso necesario. | Instrucciones de uso del inversor |

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 132 of 235 PageID #

## 7.2 Puesta en marcha del inversor

**Requisitos:**

☐ El disyuntor de CA debe estar correctamente dimensionado e instalado.

☐ Debe haber disponible un medio para desconectar el inversor de los módulos fotovoltaicos.

☐ El producto debe estar correctamente montado.

☐ Todos los conductores deben estar correctamente conectados.

☐ Las aberturas en la carcasa que no se utilicen deben cerrarse con selladores.

**Procedimiento:**

1. Lleve la tapa de la carcasa a la Connection Unit e inserte el cable plano en el conector hembra del subgrupo de comunicación.

2. Asegúrese de que el cable plano esté firmemente colocado en los conectores hembra por sus dos extremos.
3. Coloque la tapa de la carcasa de la Connection Unit en diagonal en el borde superior, presione hacia abajo y coloque en cruz los seis tornillos (TX 25, par de apriete: 3 Nm ± 0,3 Nm (26,55 in-lb ± 2,65 in-lb)).

4. Coloque el interruptor-seccionador de potencia de CC del inversor en la posición **I**.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 133 of 235 PageID

5. Conecte el disyuntor de CA.
   - ☑ Los tres leds y la pantalla se iluminan. Comienza la fase de arranque.
   - ☑ Después de unos 90 segundos los tres leds se apagan y la pantalla muestra sucesivamente distintos avisos con datos del inversor.
   - ☑ En función de la potencia disponible, el LED verde parpadea o permanece encendido. El inversor inyecta a red.
6. Si los leds no se encienden y la pantalla se queda oscura, es probable que el cable plano entre el subgrupo en la tapa de la carcasa y el subgrupo de comunicación del inversor no esté insertado correctamente. Asegúrese de que el cable plano esté firmemente colocado en los conectores hembra por sus dos extremos.
7. Si el LED verde continúa parpadeando, no se cumplen las condiciones para el funcionamiento de inyección. En cuanto se cumplan las condiciones para el funcionamiento de inyección, el inversor inicia el funcionamiento de inyección y, según la potencia disponible, el led verde se enciende de forma permanente o intermitente.
8. Si el LED está encendido, hay un error. Solucione el error (para la localización de errores consulte las instrucciones de uso en www.SMA-Solar.com).

ESPAÑOL

## 7.3 Conexión con la interfaz de usuario

### 7.3.1 Conexión directa mediante ethernet

**Requisitos:**

- ☐ El producto debe estar en funcionamiento.
- ☐ Debe disponer de un dispositivo inteligente (por ejemplo, portátil) con interfaz ethernet.
- ☐ El producto debe estar conectado directamente con el dispositivo inteligente.
- ☐ En el dispositivo inteligente debe haber instalado alguno de los siguientes navegadores de internet en su versión actualizada: Chrome, Edge, Firefox o Safari.
- ☐ Debe conocer el código SMA Grid Guard del instalador para poder modificar los ajustes que afectan a la red después de las primeras 10 horas de inyección o después de la finalización del asistente de instalación. El código SMA Grid Guard se puede solicitar a través del centro de servicio técnico en línea.

**i Dirección IP del inversor**

- Dirección IP estándar del inversor para la conexión directa mediante ethernet: **169.254.12.3**.

**Procedimiento:**

1. Dé un golpecito en la tapa de la carcasa de la Connection Unit y pase al aviso **E-IP: 169.254.xxx.xxx**.
2. Lea en la pantalla la dirección IP mostrada para la conexión directa mediante ethernet y recuérdela o anótela.
3. Abra el navegador de internet de su dispositivo inteligente y escriba la dirección IP en la barra de direcciones del navegador de internet.

4. **El navegador de internet advierte de una vulnerabilidad de seguridad**

   Después de introducirse la dirección IP, puede aparecer un aviso de que la conexión con la interfaz de usuario no es segura. SMA Solar Technology AG garantiza la seguridad de la interfaz de usuario.

   • Continuar cargando la interfaz de usuario.

☑ Se abre la página de inicio de sesión de la interfaz de usuario.

### 7.3.2 Conexión directa mediante WLAN

Tiene varias posibilidades para conectar el producto a un equipo terminal. El procedimiento varía según el dispositivo terminal. Si los procedimientos descritos no son aplicables a su equipo, establezca una conexión directa mediante WLAN tal y como se describe en las instrucciones de su equipo.

Las siguientes opciones de conexión están disponibles:

- Conexión con El WPS
- Conexión con la búsqueda de red WLAN

**Requisitos:**

☐ El producto debe estar en funcionamiento.

☐ Se debe disponer de un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil).

☐ En el dispositivo inteligente debe haber instalado alguno de los siguientes navegadores de internet en su versión actualizada: Chrome, Edge, Firefox o Safari.

☐ En el navegador de internet del dispositivo inteligente debe estar activado JavaScript.

☐ Debe conocer el código SMA Grid Guard del instalador para poder modificar los ajustes que afectan a la red después de las primeras 10 horas de inyección o después de la finalización del asistente de instalación. El código SMA Grid Guard se puede solicitar a través del centro de servicio técnico en línea.

**SSID, dirección IP y contraseña WLAN**

- SSID en la WLAN: **SMA[número de serie]** (por ejemplo, SMA0123456789)
- Contraseña de WLAN específica del equipo: consulte WPA2-PSK en la placa de identificación del producto o en la parte posterior de las instrucciones suministradas
- Dirección de acceso estándar para la conexión directa mediante WLAN fuera de una red local: **https://smalogin.net** o **192.168.12.3**

**No es posible importar y exportar archivos en dispositivos inteligentes con sistema operativo iOS**

Por motivos técnicos, no es posible importar o exportar archivos (por ejemplo, importar una configuración del inversor, guardar la configuración actual del inversor o exportar eventos y parámetros) en los dispositivos inteligentes con sistema operativo iOS.

- Para importar y exportar archivos, utilice un dispositivo inteligente con un sistema operativo distinto de iOS.

### Conexión con El WPS

**Requisito:**

☐ El equipo terminal debe tener una función WPS.

**Procedimiento:**

1. Active la función WPS en el inversor. Para ello, dé dos golpecitos consecutivos en la tapa de la carcasa de la Connection Unit.
   ☑ El led azul parpadea rápido durante 2 minutos aprox. La función WPS está activa en ese momento.
2. Active la función WPS de su dispositivo.
3. Si el navegador de internet de su dispositivo inteligente no se abre automáticamente y no aparece la página de inicio de sesión de la interfaz de usuario, abra el navegador de internet e introduzca en la barra de direcciones **https://smalogin.net**.

### Conexión con la búsqueda de red WLAN

1. Busque una red WLAN con su dispositivo.
2. En la lista con las redes WLAN encontradas, seleccione el SSID del producto **SMA[número de serie]**.
3. Introduzca la contraseña de WLAN específica del equipo (consulte la WPA2-PSK en la placa de características o en la parte posterior de las instrucciones suministradas).
4. Abra el navegador de internet de su dispositivo inteligente e introduzca en la barra de direcciones **https://smalogin.net**.
   ☑ Se muestra la página de inicio de sesión de la interfaz de usuario.
5. Si no se abre la página de inicio de sesión de la interfaz de usuario, escriba la dirección IP **192.168.12.3** o, si su dispositivo inteligente es compatible con servicios mDNS, **SMA[número de serie].local** o **https://SMA[número de serie]** en la barra de direcciones del navegador de internet.

## 7.3.3 Conexión mediante ethernet en la red local

### i Nueva dirección IP para conectar con una red local

Si el producto está conectado a una red local (por ejemplo, mediante un rúter), se le asignará una nueva dirección IP al producto. Según el tipo de configuración, la dirección es asignada automáticamente por el servidor DHCP (rúter), o bien manualmente por el usuario. Una vez finalizada la configuración, al producto solo se puede acceder desde las siguientes direcciones de acceso:

- Dirección de acceso general: dirección IP asignada manualmente o por el servidor DHCP (rúter). Para averiguar esta dirección puede utilizar un software de escaneo de la red o la configuración de red del rúter.
- Dirección de acceso para sistemas Apple y Linux: **SMA[número de serie].local** (por ejemplo, SMA0123456789.local).
- Dirección de acceso para sistemas Windows y Linux: **https://SMA[número de serie]** (por ejemplo https://SMA0123456789)

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 136 of 235 PageID

**Requisitos:**

☐ El producto debe estar conectado a la red local con un cable de red (por ejemplo, por medio de un rúter).

☐ El producto debe estar integrado en la red local. Consejo: Tiene varias opciones para integrar el producto en la red local por medio del asistente de instalación.

☐ Se debe disponer de un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil).

☐ El dispositivo inteligente debe encontrarse en la misma red local que el producto.

☐ En el dispositivo inteligente debe haber instalado alguno de los siguientes navegadores de internet en su versión actualizada: Chrome, Edge, Firefox o Safari.

☐ Debe conocer el código SMA Grid Guard del instalador para poder modificar los ajustes que afectan a la red después de las primeras 10 horas de inyección o después de la finalización del asistente de instalación. El código SMA Grid Guard se puede solicitar a través del centro de servicio técnico en línea.

**Procedimiento:**

1. Abra el navegador de internet de su dispositivo inteligente y escriba la dirección IP del producto en la barra de direcciones del navegador de internet.
2. **i El navegador de internet advierte de una vulnerabilidad de seguridad**

   Después de introducirse la dirección IP, puede aparecer un aviso de que la conexión con la interfaz de usuario no es segura. SMA Solar Technology AG garantiza la seguridad de la interfaz de usuario.

   - Continuar cargando la interfaz de usuario.

☑ Se abre la página de inicio de sesión de la interfaz de usuario.

## 7.3.4 Conexión mediante WLAN en la red local

**i Nueva dirección IP para conectar con una red local**

Si el producto está conectado a una red local (por ejemplo, mediante un rúter), se le asignará una nueva dirección IP al producto. Según el tipo de configuración, la dirección es asignada automáticamente por el servidor DHCP (rúter), o bien manualmente por el usuario. Una vez finalizada la configuración, al producto solo se puede acceder desde las siguientes direcciones de acceso:

- Dirección de acceso general: dirección IP asignada manualmente o por el servidor DHCP (rúter). Para averiguar esta dirección puede utilizar un software de escaneo de la red o la configuración de red del rúter.
- Dirección de acceso para sistemas Apple y Linux: **SMA[número de serie].local** (por ejemplo, SMA0123456789.local).
- Dirección de acceso para sistemas Windows y Linux: **https://SMA[número de serie]** (por ejemplo https://SMA0123456789)

**Requisitos:**

☐ El producto debe estar en funcionamiento.

- ☐ El producto debe estar integrado en la red local. Consejo: Tiene varias opciones para integrar el producto en la red local por medio del asistente de instalación.
- ☐ Se debe disponer de un dispositivo inteligente (por ejemplo, teléfono inteligente, tableta o portátil).
- ☐ El dispositivo inteligente debe encontrarse en la misma red local que el producto.
- ☐ En el dispositivo inteligente debe haber instalado alguno de los siguientes navegadores de internet en su versión actualizada: Chrome, Edge, Firefox o Safari.
- ☐ Debe conocer el código SMA Grid Guard del instalador para poder modificar los ajustes que afectan a la red después de las primeras 10 horas de inyección o después de la finalización del asistente de instalación. El código SMA Grid Guard se puede solicitar a través del centro de servicio técnico en línea.

**i No es posible importar y exportar archivos en dispositivos inteligentes con sistema operativo iOS**

Por motivos técnicos, no es posible importar o exportar archivos (por ejemplo, importar una configuración del inversor, guardar la configuración actual del inversor o exportar eventos y parámetros) en los dispositivos inteligentes con sistema operativo iOS.

- Para importar y exportar archivos, utilice un dispositivo inteligente con un sistema operativo distinto de iOS.

**Procedimiento:**

- Introduzca en la barra de direcciones del navegador de internet la dirección IP del producto.
  ☑ Se abre la página de inicio de sesión de la interfaz de usuario.

## 7.4 Inicio de sesión en la interfaz de usuario

Una vez que se ha establecido una conexión con la interfaz de usuario del inversor, se abre la página de inicio. Inicie sesión en la interfaz de usuario según se describe a continuación.

**i Asignación de contraseña para el usuario y el instalador**

Cuando se accede por primera vez a la interfaz de usuario, deben asignarse las contraseñas de los grupos de usuarios **Instalador** y **Usuario**. Si el inversor se ha detectado con un equipo de comunicación (como SMA Data Manager) y se ha asignado la contraseña de la planta, la contraseña de la planta es también la contraseña de instalador. En este caso solo debe asignarse la contraseña del usuario.

- Si, como especialista, asigna la contraseña del usuario, solo facilitará la contraseña a las personas que vayan a recuperar los datos del inversor a través de la interfaz de usuario.
- Si asigna la contraseña de instalador como usuario, facilite la contraseña solo a las personas que van a tener acceso a la planta.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 138 of 235 PageID

### Contraseña de instalador para inversores detectados por un equipo de comunicación o Sunny Portal

Para que el inversor se pueda registrar en un equipo de comunicación (como SMA Data Manager) o en una planta Sunny Portal, la contraseña del grupo de usuarios **Instalador** y la contraseña de la planta deben coincidir. Si le asigna al grupo **Instalador** a través de la interfaz de usuario del inversor una contraseña, debe asignarse la misma contraseña también como contraseña de la planta.

- Asigne para todos los equipos SMA de la planta una única contraseña de instalador.

**Procedimiento:**

1. Seleccione el idioma deseado en la lista desplegable **Idioma**.
2. En el campo **Contraseña**, introduzca una contraseña para el grupo de usuarios **Usuario**.
3. En el campo **Repetir contraseña**, vuelva a escribir la contraseña.
4. Seleccione **Guardar**.
5. En el campo **Contraseña nueva**, introduzca una contraseña para el grupo de usuarios **Instalador**. Asigne la misma contraseña para todos los equipos de SMA que se detecten en una planta. La contraseña de instalador es al mismo tiempo la contraseña de la planta.
6. En el campo **Repetir contraseña**, vuelva a escribir la contraseña.
7. Seleccione **Guardar e iniciar sesión**.

☑ Se abre la página **Configurar inversor**.

ESPAÑOL

## 7.5 Seleccione el tipo de configuración

Cuando haya asignado la contraseña para los grupos de usuarios **Instalador** y **Usuario** y haya iniciado sesión como **Instalador**, se abrirá la página **Configurar inversor**.




Imagen 14 : Estructura de la página **Configurar inversor**

| Posición | Denominación | Significado |
|---|---|---|
| A | Información de los equipos | Muestra esta información:<br>• Nombre del equipo<br>• Número de serie del inversor<br>• Versión de firmware del inversor |
| B | Informaciones del usuario | Muestra información breve sobre las opciones de configuración indicadas. |
| C | Saltar configuración | Permite saltar la configuración del inversor y acceder directamente a la interfaz de usuario (no recomendado). |
| D | Casilla | Permite seleccionar que la página mostrada no vuelva a mostrarse al volver a acceder a la interfaz de usuario. |
| E | Opciones de configuración | Muestra las distintas opciones de configuración que se pueden seleccionar. |

**Opciones de configuración:**

En la página **Configurar inversor** dispone de diferentes opciones de configuración. Seleccione una de las opciones y proceda con la opción seleccionada tal y como se explica a continuación: SMA Solar Technology AG recomienda utilizar el asistente de instalación para realizar la configuración. De esta manera se asegura de que todos los parámetros relevantes estén ajustados para garantizar un funcionamiento óptimo del inversor.

- Cargar la configuración desde un archivo

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 140 of 235 PageID

- Configuración con el asistente de instalación (recomendado)
- Configuración manual

## Cargar la configuración desde un archivo

Puede cargar la configuración del inversor desde un archivo. Para ello, debe tener una configuración del inversor guardada en un archivo.

**Procedimiento:**

1. Seleccione la opción de configuración **Cargar la configuración desde un archivo**.
2. Seleccione el archivo de actualización deseado y pulse [**Buscar...**].
3. Seleccione [**Importar archivo**].

## Configuración con el asistente de instalación (recomendado)

1. Seleccione la opción de configuración **Configuración con el asistente de instalación**.
   ☑ Se abre el asistente de instalación.
2. Siga los pasos del asistente de instalación y efectúe los ajustes que correspondan a su planta.
3. Para cada ajuste realizado en un paso seleccione [**Guardar y continuar**].
   ☑ En el último paso se relacionan todos los ajustes realizados a modo de resumen.
4. Para corregir un ajuste, seleccione [**Atrás**], navegue al paso deseado, corrija los ajustes y seleccione [**Guardar y continuar**].
5. Si todos los ajustes son correctos, seleccione [**Siguiente**] en la vista de resumen.
6. Para guardar los ajustes en un archivo, seleccione [**Exportar resumen**] y guarde el archivo en su dispositivo inteligente.
7. Para exportar todos los parámetros y sus ajustes, seleccione [**Exportar todos los parámetros**]. Así se exportarán todos los parámetros y sus ajustes a un archivo HTML.

☑ Se abre la página de inicio de la interfaz de usuario.

## Configuración manual

Puede configurar el inversor de forma manual ajustando los parámetros que desee.

**Procedimiento:**

1. Seleccione la opción de configuración **Configuración manual**.
   ☑ Se abre el menú **Parámetros del equipo** en la interfaz de usuario y se muestran todos los grupos de parámetros disponibles del inversor.
2. Seleccione [**Modificar parámetros**].
3. Seleccione el grupo de parámetros que desee.
   ☑ Se muestran todos los parámetros disponibles del grupo de parámetros.
4. Ajuste los parámetros que desee.
5. Seleccione [**Guardar todo**].

☑ Los parámetros del inversor están configurados.

# 8 Desconexión del inversor de la tensión

Antes de efectuar cualquier trabajo en el producto, desconéctelo siempre de la tensión tal y como se describe en este capítulo. Siga siempre el orden indicado.

**⚠ PELIGRO**

**Peligro de muerte por descarga eléctrica por contacto con conductores de CC con tensión**

Cuando recibe luz, el generador fotovoltaico produce una tensión de CC peligrosa. Incluso si el interruptor-seccionador de potencia de CC del inversor está en la posición **O**, una tensión de CC peligrosa se acopla a los conductores de CC y a la caja de bornes **DC-in** de la Connection Unit. Tocar los cables de CC conductoras de tensión puede causar la muerte o lesiones mortales por descarga eléctrica.

- Si hay un seccionador de CC externo, ábralo.
- Deje la caja de bornes **DC-in** enchufada en la Connection Unit y tóquela únicamente por la carcasa negra.

**⚠ ADVERTENCIA**

**Peligro de muerte por descarga eléctrica en caso de daño irreparable en un equipo de medición por una sobretensión**

Una sobretensión puede dañar un equipo de medición y provocar que exista tensión en la carcasa del equipo de medición. Tocar la carcasa del equipo de medición bajo tensión puede causar la muerte o lesiones mortales por descarga eléctrica.

- Use solo equipos de medición con un rango de tensión de entrada de CC de hasta 600 V como mínimo.

**Procedimiento:**

1. Desconecte el disyuntor de CA y asegúrelo contra cualquier reconexión.
2. Coloque el interruptor-seccionador de potencia de CC del inversor en la posición **O**.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 142 of 235 PageID

3. Asegure el interruptor-seccionador de potencia de CC contra reconexión con un candado adecuado.

4. Si se utiliza el relé multifunción, desconecte en caso necesario la tensión de alimentación del equipo consumidor.
5. Espere hasta que los LEDs estén apagados.
6. Suelte los seis tornillos de la tapa de la carcasa de la Connection Unit y retire la tapa de la carcasa con cuidado tirando de ella hacia delante (TX 25). Al hacerlo, tenga en cuenta que el subgrupo led en la tapa de la carcasa y el subgrupo de comunicación del inversor están conectados por medio de un cable plano.
7. Saque el cable plano que conecta el subgrupo LED en la tapa de la carcasa con el subgrupo de comunicación, del conector hembra en el subgrupo de comunicación.

8. Con una pinza amperimétrica, compruebe que no haya corriente en ninguno de los conductores de CC.
9. Compruebe con un equipo de medición adecuado que no haya tensión en la caja de bornes **AC-out** entre **L1** y **N** y **L2** y **N**. Para ello, introduzca la punta de comprobación en el agujero cuadrado de cada borne.
10. Compruebe con un equipo de medición adecuado que no haya tensión en la caja de bornes **AC-out** entre **L1** y el conductor de puesta a tierra del equipo y entre **L2** y el conductor de puesta a tierra del equipo. Para ello, introduzca la punta de comprobación en el agujero cuadrado de cada borne.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 143 of 235 PageID

ESPAÑOL

# 9 Puesta fuera de servicio del inversor

Para poner el inversor fuera de servicio definitivamente una vez agotada su vida útil, siga el procedimiento descrito en este capítulo.

**⚠ ATENCIÓN**

**Peligro de lesiones por el peso del producto**

Existe peligro de lesiones al levantar el producto de forma inadecuada y en caso de caerse durante el transporte o el montaje.

- Transporte y eleve el producto con cuidado. Tenga en cuenta el peso del producto.
- Utilice equipamientos de protección personal adecuado cuando realice trabajos en el producto.

**Procedimiento:**

1. **⚠ PELIGRO**

   **Peligro de muerte por altas tensiones**

   - Desconecte el inversor de la tensión (consulte el capítulo 8, página 140).
2. Retire los conductores de CC de la caja de bornes **DC-in**. Para soltar los conductores de los bornes, abra los bornes con un destornillador plano (hoja: 3,5 mm [0,14 in]). Toque únicamente la carcasa negra de la caja de bornes.
3. Desenrosque los tornillos de la caja de bornes **DC-in** con un destornillador plano (hoja: 3,5 mm [0,14 in]) y extraiga la caja de bornes de la ranura. Toque únicamente la carcasa negra de la caja de bornes.
4. Extraiga los conductores de CA L1, L2 y, en caso necesario, N de la caja de bornes **AC-out**. Para soltar los conductores de los bornes, abra los bornes con un destornillador plano (hoja: 3,5 mm [0,14 in]).
5. Desenrosque los tornillos de la caja de bornes **AC-out** con un destornillador plano (hoja: 3,5 mm [0,14 in]) y extraiga la caja de bornes de la ranura.
6. Extraiga todos los conductores de puesta a tierra del equipo de los terminales de puesta a tierra del equipo. Para ello, suelte el tornillo (TX 25) y extraiga el conductor de puesta a tierra del equipo del inversor y vuelva a colocar el tornillo (TX 25).
7. Retire el cable plano que conecta el subgrupo de comunicación con la Power Unit e inserte el cable plano en la ranura **COM** de la Power Unit.
8. Extraiga todos los cables de conexión del subgrupo de comunicación. Consejo: Para soltar los cables de los conectores, abra las entradas de conductores con una herramienta adecuada.
9. Retire todos los conductos para cables junto con los conductores del inversor. Para ello, desenrosque los manguitos desde el interior de las aberturas en la carcasa.
10. Cierre todas las aberturas en la carcasa con selladores.
11. Desatornille dos tornillos de la derecha y la izquierda del lado de la Power Unit (TX 25) y guarde los tornillos. Como resultado, la Power Unit y la Connection Unit ya no están conectadas entre sí.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 144 of 235 PageID

12. Suelte y retire la Power Unit de la Connection Unit.
13. Desatornille todos los tornillos que fijan la Connection Unit.
14. Retire la Connection Unit.
15. Junte la Connection Unit y la Power Unit. Los orificios para los tornillos de los lados izquierdo y derecho de la Power Unit deben colocarse sobre los de la Connection Unit y los cables que sobresalen de la Power Unit no deben bloquearse.
16. Apriete respectivamente dos tornillos a la derecha y a la izquierda del lado de la Power Unit (TX 25) [par de apriete: 6 Nm ± 0,3 Nm (53 in-lb ± 2,65 in-lb)].
17. Lleve la tapa de la carcasa a la Connection Unit e inserte el cable de la pantalla en el conector hembra del subgrupo de comunicación.
18. Asegúrese de que el cable de la pantalla esté firmemente colocado en los conectores hembra por sus dos extremos.
19. Coloque la tapa de la carcasa de la Connection Unit sobre la carcasa y coloque en cruz los seis tornillos (TX 25, par de apriete 3 Nm ± 0,3 Nm [26,55 in-lb ± 2,65 in-lb]).
20. Si el inversor debe almacenarse o enviarse, embálelo. Utilice el embalaje original o uno que sea adecuado para el peso y el tamaño del inversor y, en caso necesario, asegúrelo con cintas tensoras.
21. Si debe desechar el inversor, hágalo conforme a la normativa local vigente para la eliminación de residuos electrónicos.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 145 of 235 PageID

# 10 Datos técnicos

## 10.1 CC/CA

### 10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US

**Entrada de CC**

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Potencia del generador fotovoltaico máxima | 4800 Wp | 6080 Wp | 8000 Wp |
| Tensión de entrada máxima | 600 V | 600 V | 600 V |
| Rango de tensión del MPP | 100 V a 550 V | 100 V a 550 V | 100 V a 550 V |
| Tensión asignada de entrada | 155 V a 480 V | 195 V a 480 V | 220 V a 480 V |
| Tensión de entrada mínima | 100 V | 100 V | 100 V |
| Tensión de entrada de inicio | 125 V | 125 V | 125 V |
| Corriente de entrada máxima por entrada | 10 A | 10 A | 10 A |
| Corriente de cortocircuito máxima por entrada | 18 A | 18 A | 18 A |
| Máxima corriente de retorno de la entrada | 0 A | 0 A | 0 A |
| Número de entradas del MPP independientes | 2 | 2 | 3 |

**Salida de CA**

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Potencia asignada a 208 V | 3000 W | 3328 W | 5000 W |
| Potencia asignada a 240 V | 3000 W | 3800 W | 5000 W |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 146 of 235 PageID

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Potencia aparente de CA máxima a 208 V | 3000 VA | 3328 VA | 5000 VA |
| Potencia aparente de CA máxima a 240 V | 3000 VA | 3800 VA | 5000 VA |
| Tensión de red asignada | 208 V/240 V | 208 V/240 V | 208 V/240 V |
| Rango de tensión de CA a 208 V | 183 V a 229 V | 183 V a 229 V | 183 V a 229 V |
| Rango de tensión de CA a 240 V | 211 V a 264 V | 211 V a 264 V | 211 V a 264 V |
| Corriente nominal de CA a 208 V | 14,4 A | 16 A | 24 A |
| Corriente nominal de CA a 240 V | 12,5 A | 15,8 A | 21 A |
| Corriente de salida máxima con 208 kV | 14,5 A | 16 A | 24 A |
| Corriente de salida máxima con 240 kV | 12,5 A | 15,8 A | 21 A |
| Coeficiente de distorsión de la corriente de salida | <4 % | <4 % | <4 % |
| Corriente residual de salida máxima | 30,4 A | 30,4 A | 30,4 A |
| Duración de la corriente residual de salida máxima | 250 ms | 250 ms | 250 ms |
| Características de la sincronización de red/corriente de cierre | Método 2/2,4 A | Método 2/2,4 A | Método 2/2,4 A |
| Frecuencia de red asignada | 60 Hz | 60 Hz | 60 Hz |
| Rango de trabajo a una frecuencia de red de CA de 60 Hz | 59,3 Hz a 60,5 Hz | 59,3 Hz a 60,5 Hz | 59,3 Hz a 60,5 Hz |
| Potencia de salida a +60 °C (+140 °F) | > 3300 W | > 3300 W | > 3300 W |

ESPAÑOL

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Factor de potencia con potencia asignada | 1 | 1 | 1 |
| Rango del factor de desfase, ajustable | $0,8_{inductivo}$ a $0,8_{capacitivo}$ | $0,8_{inductivo}$ a $0,8_{capacitivo}$ | $0,8_{inductivo}$ a $0,8_{capacitivo}$ |
| Fases de inyección | 1 | 1 | 1 |
| Fases de conexión | 2 | 2 | 2 |
| Categoría de sobretensión según UL 1741 | IV | IV | IV |

ESPAÑOL

**europeo**

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Rendimiento máximo a 208 V, $\eta_{máx}$ | 97,2 % | 97,3 % | 97,3 % |
| Rendimiento californiano a 208 V, $\eta_{CEC}$ | 96 % | 96,5 % | 96,5 % |
| Rendimiento máximo a 240 V, $\eta_{máx}$ | 97,6 % | 97,6 % | 97,6 % |
| Rendimiento californiano a 240 V, $\eta_{CEC}$ | 96,5 % | 96,5 % | 97,0 % |

## 10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US

### Entrada de CC

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Potencia del generador fotovoltaico máxima | 9600 Wp | 11200 Wp | 12320 Wp |
| Tensión de entrada máxima | 600 V | 600 V | 600 V |
| Rango de tensión del MPP | 100 V a 550 V | 100 V a 550 V | 100 V a 550 V |
| Tensión asignada de entrada | 220 V a 480 V | 245 V a 480 V | 270 V a 480 V |
| Tensión de entrada mínima | 100 V | 100 V | 100 V |
| Tensión de entrada de inicio | 125 V | 125 V | 125 V |

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Corriente de entrada máxima por entrada | 10 A | 10 A | 10 A |
| Corriente de cortocircuito máxima por entrada | 18 A | 18 A | 18 A |
| Máxima corriente de retorno de la entrada | 0 A | 0 A | 0 A |
| Número de entradas del MPP independientes | 3 | 3 | 3 |

ESPAÑOL

### Salida de CA

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Potencia asignada a 208 V | 5200 W | 6650 W | 6650 W |
| Potencia asignada a 240 V | 6000 W | 7000 W | 7680 W |
| Potencia aparente de CA máxima a 208 V | 5200 VA | 6650 VA | 6650 VA |
| Potencia aparente de CA máxima a 240 V | 6000 VA | 7000 VA | 7680 VA |
| Tensión de red asignada | 208 V/240 V | 208 V/240 V | 208 V/240 V |
| Rango de tensión de CA a 208 V | 183 V a 229 V | 183 V a 229 V | 183 V a 229 V |
| Rango de tensión de CA a 240 V | 211 V a 264 V | 211 V a 264 V | 211 V a 264 V |
| Corriente nominal de CA a 208 V | 25 A | 32 A | 32 A |
| Corriente nominal de CA a 240 V | 25 A | 29,2 A | 32 A |
| Corriente de salida máxima con 208 kV | 25 A | 32 A | 32 A |
| Corriente de salida máxima con 240 kV | 25 A | 29,2 A | 32 A |

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 149 of 235 PageID

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Coeficiente de distorsión de la corriente de salida | <4 % | <4 % | <4 % |
| Corriente residual de salida máxima | 30,4 A | 30,4 A | 30,4 A |
| Duración de la corriente residual de salida máxima | 250 ms | 250 ms | 250 ms |
| Características de la sincronización de red/corriente de cierre | Método 2/2,4 A | Método 2/2,4 A | Método 2/2,4 A |
| Frecuencia de red asignada | 60 Hz | 60 Hz | 60 Hz |
| Rango de trabajo a una frecuencia de red de CA de 60 Hz | 59,3 Hz a 60,5 Hz | 59,3 Hz a 60,5 Hz | 59,3 Hz a 60,5 Hz |
| Potencia de salida a +60 °C (+140 °F) | > 3300 W | < 6700 W | < 6700 W |
| Factor de potencia con potencia asignada | 1 | 1 | 1 |
| Rango del factor de desfase, ajustable | $0,8_{inductivo}$ a $0,8_{capacitivo}$ | $0,8_{inductivo}$ a $0,8_{capacitivo}$ | $0,8_{inductivo}$ a $0,8_{capacitivo}$ |
| Fases de inyección | 1 | 1 | 1 |
| Fases de conexión | 2 | 2 | 2 |
| Categoría de sobretensión según UL 1741 | IV | IV | IV |

**europeo**

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Rendimiento máximo a 208 V, $\eta_{máx}$ | 97,3 % | 97,3 % | 97,3 % |
| Rendimiento californiano a 208 V, $\eta_{CEC}$ | 96,5 % | 96,5 % | 96,5 % |
| Rendimiento máximo a 240 V, $\eta_{máx}$ | 97,7 % | 97,9 % | 97,5 % |
| Rendimiento californiano a 240 V, $\eta_{CEC}$ | 97,0 % | 97,0 % | 97,0 % |

ESPAÑOL

## 10.2 Salida de CA, funcionamiento de corriente de emergencia

| | |
|---|---|
| Potencia de CA máxima | 2000 W |
| Tensión nominal de CA | 120 V |
| Rango de tensión de CA | 109 V a 132 V |
| Corriente de salida máxima | 16 A |
| Carga mínima | 1 W |

## 10.3 Relé multifunción

| | |
|---|---|
| Tensión máxima de conmutación de CC | 30 V |
| Corriente máxima de conmutación de CA | 1,0 A |
| Corriente máxima de conmutación de CC | 1,0 A |
| Carga mínima | 0,1 W |
| Vida útil mínima si se respetan la tensión de conmutación y la corriente de conmutación máximas[2)] | 100000 ciclos de conmutación |

## 10.4 Niveles de activación y tiempo de activación

| Frecuencia de red asignada | Nivel de activación | Frecuencia de activación | Tiempo de activación |
|---|---|---|---|
| 60 Hz | > 60,5 Hz | 60,45 Hz a 60,55 Hz | máx. 0,1602 s |
| | < 57 Hz a 59,8 Hz (Estándar: 59,3 Hz) | 56,95 Hz a 59,85 Hz (Estándar: 59,25 Hz a 59,35 Hz) | Ajustable: 0,16 s a 300 s (Estándar: máx. 0,1602 s) |
| | < 57,0 Hz | 56,95 Hz a 57,05 Hz | máx. 0,1602 s |

2) Equivale a 20 años con 12 conmutaciones por día.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 151 of 235 PageID

| Tensión de red asignada | Nivel de activación - tensiones de activación | Tensión de activación - conductor neutro | Tensión de activación - L1 y L2 | Tiempo de activación |
|---|---|---|---|---|
| 208 V | 50% | 57,6 V a 62,4 V | 99,8 V a 108,2 V | máx. 0,1602 s |
| | 88% | 103,2 V a 108,0 V | 178,9 V a 187,2 V | máx. 2,002 s |
| | 110% | 129,6 V a 134,4 V | 224,6 V a 233,0 V | máx. 1,001 s |
| | 120% | 141,6 V a 146,4 V | 245,4 V a 253,8 V | máx. 0,1602 s |
| 240 V | 50% | 57,6 V a 62,4 V | 115,2 V a 124,8 V | máx. 0,1602 s |
| | 88% | 103,2 V a 108,0 V | 206,4 V a 216,0 V | máx. 2,002 s |
| | 110% | 129,6 V a 134,4 V | 259,2 V a 268,8 V | máx. 1,001 s |
| | 120% | 141,6 V a 146,4 V | 283,2 V a 292,8 V | máx. 0,1602 s |

**Exactitud de medición:**

- Nivel de activación: ±2 % de la tensión de red asignada
- Tiempo de activación: ±1 % del tiempo de activación nominal
- Frecuencia de activación: ±0,2 % de la frecuencia de red asignada

## 10.5 Datos generales

| | |
|---|---|
| Anchura x altura x profundidad | 535 mm x 730 mm x 198 mm (21,1 in x 28,7 in x 7,8 in) |
| Peso | 26 kg (57,32 lb) |
| Longitud x anchura x altura del embalaje | 800 mm x 600 mm x 300 mm (31,5 in x 23,6 in x 11,8 in) |
| Peso de transporte | 29 kg (63,93 lb) |
| Rango de temperatura de funcionamiento | -25 °C a +60 °C (-13 °F a +140 °F) |
| Rango de temperatura de no funcionamiento | -40 °C a +60 °C (-40 °F a +140 °F) |
| Valor máximo permitido para la humedad relativa (con condensación) | 100 % |
| Altitud de funcionamiento máxima sobre el nivel del mar | 3000 m (9843 ft) |

| | |
|---|---|
| Emisiones de ruido típicas en SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | 39 dB(A) |
| Emisiones de ruido típicas en SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | 45 dB(A) |
| Potencia de disipación en el funcionamiento nocturno | < 5 W |
| Volumen de datos máximo por cada inversor con Speedwire/Webconnect | 550 MB/mes |
| Volumen de datos adicional si se utiliza la interfaz en tiempo real del Sunny Portal | 600 kB/hora |
| Topología | Ninguna separación galvánica |
| Sistema de refrigeración en SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | Convección |
| Sistema de refrigeración en SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | Ventilador |
| Tipo de protección de la carcasa según UL50 | NEMA 3R |
| Clase de protección | 1 |
| Sistemas de distribución | Conexión en delta de 208 V,<br>Conexión en delta de 240 V,<br>conexión en delta de 208 V : conexión en estrella de 120 V,<br>Red monofásica de tres conductores 240 V : 120 V |
| Autorizaciones y normas nacionales, versión 04/2018 | UL 1741, IEEE 1547 |

## 10.6 Ventilador (solo en Sunny Boy 7.0-US / 7.7-US)

| | |
|---|---|
| Anchura x altura x profundidad | 60 mm x 60 mm x 25,4 mm<br>(2,36 in x 2,36 in x 1 in) |
| Máx. altitud de funcionamiento | 3000 m (9843 ft) |
| Caudal | ≥ 40 m³/h |

## 10.7 Dispositivos de protección

| | |
|---|---|
| Protección contra polarización inversa (CC) | Diodo de cortocircuito |
| Resistencia al cortocircuito de CA | Regulación de corriente |

| | |
|---|---|
| Monitorización de la red | SMA Grid Guard 4.0 |
| Protección máxima admisible | 50 A |
| Monitorización de fallo a tierra SB3.0-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 600 kΩ |
| Monitorización de fallo a tierra SB3.8-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 600 kΩ |
| Monitorización de fallo a tierra SB5.0-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 600 kΩ |
| Monitorización de fallo a tierra SB6.0-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 500 kΩ |
| Monitorización de fallo a tierra SB7.0-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 429 kΩ |
| Monitorización de fallo a tierra SB7.7-1SP-US-41 | Monitorización de aislamiento: $R_{iso}$ > 391 kΩ |
| Unidad de seguimiento de la corriente residual integrada | Disponible |
| Sistema de detección de arcos voltaicos AFCI, tipo 1, con certificación UL1699B | Disponible |
| Rapid Shutdown Equipment | Autodescarga en todos los cables de conexión de CC y CA < 30 V |

## 10.8 Pares de apriete

| | |
|---|---|
| Tornillo M5x60 para fijar el inversor al soporte de pared | 1,7 Nm ± 0,3 Nm (15,05 in-lb ± 2,65 in-lb) |
| Tornillos para fijar la tapa de la carcasa de la Connection Unit | 3 Nm ± 0,3 Nm (26,55 in-lb ± 2,65 in-lb) |
| Tornillos para toma a tierra a los terminales de puesta a tierra del equipo | 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb) |
| Tornillos caja de bornes **SPS** para la conexión de la toma de pared para el funcionamiento de corriente de emergencia | 0,3 Nm (2,65 in-lb) |
| Tornillos caja de bornes **DC-in** para la conexión de CC | 0,3 Nm (2,65 in-lb) |
| Tornillos caja de bornes **AC-out** para la conexión de CA | 0,3 Nm (2,65 in-lb) |

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 154 of 235 PageID

## 10.9 Capacidad para almacenar datos

| | |
|---|---|
| Rendimientos energéticos a lo largo del día | 63 días |
| Rendimientos diarios | 30 años |
| Avisos de evento para el usuario | 1024 eventos |
| Avisos de evento para el instalador | 1024 eventos |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 155 of 235 PageID

# 11 Información de cumplimiento

## FCC Compliance

This device complies with Part 15 of the FCC Rules and with Industry Canada licence-exempt RSS standard(s).

Operation is subject to the following two conditions:

1. this device may not cause harmful interference, and
2. this device must accept any interference received, including interference that may cause undesired operation.

Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence.

L'exploitation est autorisée aux deux conditions suivantes :

1. l'appareil ne doit pas produire de brouillage, et
2. l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Changes or modifications made to this equipment not expressly approved by SMA Solar Technology AG may void the FCC authorization to operate this equipment.

## IC Compliance

This Class B digital apparatus complies with Canadian ICES-003.

Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 156 of 235 PageID

# 12 Contacto

Si surge algún problema técnico con nuestros productos, póngase en contacto con el Servicio Técnico de SMA. Para ayudarle de forma eficaz, necesitamos que nos facilite estos datos:

- Modelo
- Número de serie
- Versión de firmware
- Aviso de evento
- Lugar y altura de montaje
- Tipo y número de módulos fotovoltaicos
- Equipamiento opcional, como productos de comunicación
- Nombre de la planta en Sunny Portal (en su caso)
- Datos de acceso para Sunny Portal (en su caso)
- Ajustes especiales específicos del país (en su caso)
- Modo de funcionamiento del relé multifunción

https://go.sma.de/service

# Information importante

Selon la disponibilité, le produit est équipé ou non de la fonction de réseau local sans fil. La raison en est les problèmes actuels d'approvisionnement en semi-conducteurs dus à la pandémie de COVID-19.

Si le produit n'est pas équipé de la fonction de réseau local sans fil, veuillez utiliser pour la mise en service, la configuration et pour l'intégration du produit dans un réseau, l'interface de communication Ethernet disponible de série.

Si une intégration du produit dans un réseau local sans fil s'avère absolument requise, cela peut s'effectuer via un répéteur Wi-Fi disponible dans le commerce, lequel peut être relié au produit via Ethernet.

# Dispositions légales

Les informations contenues dans ce document sont la propriété de SMA Solar Technology AG. Aucune partie du présent document ne peut être reproduite, stockée dans un système d'extraction de données ou transmise par quelque moyen que ce soit (électroniquement, mécaniquement, par photocopie ou par enregistrement) sans l'accord écrit préalable de SMA Solar Technology AG. Une reproduction interne destinée à l'évaluation du produit ou à son utilisation conforme est autorisée et ne requiert aucun accord de notre part.

SMA Solar Technology AG ne fait aucune déclaration ni ne donnent aucune garantie, explicite ou implicite, concernant l'ensemble de la documentation ou les logiciels et accessoires qui y sont décrits, incluant, sans limitation, toutes garanties légales implicites relatives au caractère marchand et à l'adéquation d'un produit à un usage particulier. ne fait aucune déclaration ni ne donne aucune garantie, explicite ou implicite, concernant l'ensemble de la documentation ou les logiciels et accessoires qui y sont décrits, incluant, sans limitation, toutes garanties légales implicites relatives au caractère marchand et à l'adéquation d'un produit à un usage particulier. De telles garanties sont expressément exclues. SMA Solar Technology AG et ses revendeurs respectifs ne sauraient et ce, sous aucune circonstance, être tenus responsables en cas de pertes ou de dommages directs, indirects ou accidentels.

L'exclusion susmentionnée des garanties implicites peut ne pas être applicable à tous les cas.

Les spécifications peuvent être modifiées sans préavis. Tous les efforts ont été mis en œuvre pour que ce document soit élaboré avec le plus grand soin et tenu aussi à jour que possible. SMA Solar Technology AG avertit toutefois les lecteurs qu'elle se réserve le droit d'apporter des modifications aux présentes spécifications sans préavis ou conformément aux dispositions du contrat de livraison existant, dès lors qu'elle juge de telles modifications opportunes à des fins d'amélioration du produit ou d'expériences d'utilisation. SMA Solar Technology AG décline toute responsabilité pour d'éventuelles pertes ou d'éventuels dommages indirects ou accidentels causés par la confiance placée dans le présent matériel, comprenant notamment les omissions, les erreurs typographiques, les erreurs arithmétiques ou les erreurs de listage dans le contenu de la documentation.

## Garantie SMA

Vous pouvez télécharger les conditions de garantie actuelles sur le site www.SMA-Solar.com.

## Licences logicielles

Vous trouverez les licences pour les modules logiciels utilisés (open source) sur l'interface utilisateur du produit.

## Marques déposées

Toutes les marques déposées sont reconnues, y compris dans les cas où elles ne sont pas explicitement signalées comme telles. L'absence de l'emblème de marque ne signifie pas qu'un produit ou une marque puisse être librement commercialisé(e).

**SMA Solar Technology AG**

Sonnenallee 1

34266 Niestetal

Allemagne

Tél. +49 561 9522-0

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 159 of 235 PageID
Dispositions légales SMA Solar Technology AG

Fax +49 561 9522-100
www.SMA-Solar.com
E-mail : info@SMA.de
État actuel : 24/03/2022
Copyright © 2022 SMA Solar Technology AG. Tous droits réservés.

FRANÇAIS

158 SBxx-1SP-US-41-IA-xx-13 Instructions d'installation

# Table des matières

**1 Remarques relatives à ce document ........ 161**
1.1 Champ d'application ........ 161
1.2 Groupe cible ........ 161
1.3 Contenu et structure du document ........ 161
1.4 Niveaux de mise en garde ........ 161
1.5 Symboles utilisés dans le document ........ 162
1.6 Formats utilisés dans le document ........ 162
1.7 Désignations utilisées dans le document ........ 163
1.8 Informations complémentaires ........ 163

**2 Sécurité ........ 164**
2.1 Utilisation conforme ........ 164
2.2 Consignes de sécurité importantes ........ 165

**3 Contenu de la livraison ........ 170**

**4 Vue d'ensemble des produits ........ 171**
4.1 Description du produit ........ 171
4.2 Symboles sur le produit ........ 172
4.3 Interfaces et fonctionnalités ........ 173
4.4 Signaux DEL ........ 179

**5 Montage ........ 181**
5.1 Conditions requises pour le montage ........ 181
5.2 Montage de l'onduleur ........ 184

**6 Raccordement électrique ........ 187**
6.1 Aperçu de la zone de raccordement ........ 187
6.1.1 Vue de dessous ........ 187
6.1.2 Vue intérieure ........ 188
6.2 Raccordement AC ........ 189
6.2.1 Conditions préalables au raccordement AC ........ 189
6.2.2 Raccordement de l'onduleur au réseau électrique public ........ 191
6.3 Raccordement des câbles réseau ........ 193
6.4 Raccordement du relais multifonction ........ 194
6.4.1 Procédure à suivre pour le raccordement du relais multifonction ........ 194
6.4.2 Modes de fonctionnement du relais multifonction ........ 195
6.4.3 Variantes de raccordement ........ 195
6.4.4 Raccordement au relais multifonction ........ 198

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 161 of 235 PageID

6.5 Raccordement de l'interrupteur et de la prise de courant pour le mode d'alimentation de secours ........ 200
6.6 Raccordement DC ........ 204
6.6.1 Conditions préalables au raccordement DC ........ 204
6.6.2 Raccordement des panneaux photovoltaïques ........ 206

**7 Mise en service ........ 209**

7.1 Procédure à suivre pour la mise en service ........ 209
7.2 Mise en service de l'onduleur ........ 210
7.3 Établissement d'une liaison à l'interface utilisateur ........ 211
7.3.1 Établissement d'une connexion directe par Ethernet ........ 211
7.3.2 Établissement d'une connexion par réseau local sans fil ........ 212
7.3.3 Établissement d'une connexion par Ethernet sur le réseau local ........ 214
7.3.4 Établissement d'une connexion par WLAN sur le réseau local ........ 215
7.4 Connexion à l'interface utilisateur ........ 216
7.5 Sélection de l'option de configuration ........ 217

**8 Mise hors tension de l'onduleur ........ 219**

**9 Mise hors service de l'onduleur ........ 221**

**10 Caractéristiques techniques ........ 223**

10.1 DC/AC ........ 223
10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US ........ 223
10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US ........ 225
10.2 Sortie AC, mode d'alimentation de secours ........ 227
10.3 Relais multifonction ........ 228
10.4 Seuil et temps de déclenchement ........ 228
10.5 Données générales ........ 229
10.6 Ventilateur (seulement pour les Sunny Boy 7.0-US / 7.7-US) ........ 230
10.7 Dispositifs de protection ........ 230
10.8 Couples de serrage ........ 231
10.9 Capacité de la mémoire de données ........ 231

**11 Informations sur le respect des spécifications ........ 232**

**12 Contact ........ 233**

FRANÇAIS

# 1 Remarques relatives à ce document

## 1.1 Champ d'application

Ce document est valable pour les :

- SB3.0-1SP-US-41 (Sunny Boy 3.0-US) à partir de la version de micrologiciel 03.01.00.R
- SB3.8-1SP-US-41 (Sunny Boy 3.8-US) à partir de la version de micrologiciel 03/01/00.R
- SB5.0-1SP-US-41 (Sunny Boy 5.0-US) à partir de la version de micrologiciel 03/01/00.R
- SB6.0-1SP-US-41 (Sunny Boy 6.0-US) à partir de la version de micrologiciel 03/01/00.R
- SB7.0-1SP-US-41 (Sunny Boy 7.0-US) à partir de la version de micrologiciel 03/01/00.R
- SB7.7-1SP-US-41 (Sunny Boy 7.7-US) à partir de la version de micrologiciel 03/01/00.R

## 1.2 Groupe cible

Les opérations décrites dans le présent document doivent uniquement être réalisées par un personnel qualifié. Ce dernier doit posséder les qualifications suivantes :

- Connaissances relatives au mode de fonctionnement et à l'exploitation d'un onduleur
- Formation au comportement à adopter face aux dangers et risques encourus lors de l'installation, la réparation et la manipulation d'appareils et installations électriques
- Formation à l'installation et à la mise en service des appareils et installations électriques
- Connaissance des lois, normes et directives pertinentes
- Connaissance et respect du présent document avec toutes les consignes de sécurité

FRANÇAIS

## 1.3 Contenu et structure du document

Ce document décrit l'installation, la mise en service et la mise hors service du produit.

Vous trouverez la version la plus récente de ce document ainsi que les instructions pour l'utilisation de l'interface utilisateur, la recherche d'erreurs et la configuration du produit au format PDF et au format électronique (eManual) sur www.SMA-Solar.com. Vous trouverez le code QR contenant le lien vers l'eManual sur la page de titre de ce document. Vous trouverez également l'eManual utilisée sur l'interface utilisateur du produit.

Les illustrations du présent document sont réduites aux détails essentiels et peuvent différer du produit réel.

## 1.4 Niveaux de mise en garde

Les niveaux de mise en garde suivants peuvent apparaître en vue d'un bon maniement du produit.

| ⚠ DANGER |
|---|
| Indique une mise en garde dont le non-respect entraîne des blessures corporelles graves, voire la mort. |

| ⚠ AVERTISSEMENT |
|---|
| Indique une mise en garde dont le non-respect peut entraîner des blessures corporelles graves, voire la mort. |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 163 of 235 PageID

**⚠ ATTENTION**

Indique une mise en garde dont le non-respect peut entraîner des blessures corporelles légères ou de moyenne gravité.

**PRUDENCE**

Indique une mise en garde dont le non-respect peut entraîner des dommages matériels.

## 1.5 Symboles utilisés dans le document

| Symbole | Explication |
|---|---|
| i | Information importante sur un thème ou un objectif précis, mais ne relevant pas de la sécurité |
| ☐ | Condition qui doit être remplie pour atteindre un objectif précis |
| ☑ | Résultat souhaité |
| ✖ | Problème susceptible de survenir |
| 📌 | Exemple : |

## 1.6 Formats utilisés dans le document

| Format | Utilisation | Exemple : |
|---|---|---|
| **gras** | • Messages<br>• Raccordements<br>• Éléments d'une interface utilisateur<br>• Éléments devant être sélectionnés<br>• Éléments devant être saisis | • Raccorder les conducteurs isolés aux bornes **X703:1** à **X703:6**.<br>• Saisissez **10** dans le champ **Minutes**. |
| **>** | • Associe plusieurs éléments que vous devez sélectionner | • Sélectionnez **Réglages > Date**. |
| [**Bouton**]<br>[**Touche**] | • Bouton ou touche que vous devez sélectionner ou actionner | • Sélectionnez [**Enter**]. |
| # | • Caractères de remplacement pour les composants variables (par exemple, dans les noms de paramètres) | • Paramètre **WCtlHz.Hz#** |

## 1.7    Désignations utilisées dans le document

| Désignation complète | Désignation dans ce document |
|---|---|
| Sunny Boy | Onduleur, produit |

## 1.8    Informations complémentaires

Pour obtenir des informations complémentaires, consulter www.SMA-Solar.com.

| Titre et contenu de l'information | Type d'information |
|---|---|
| Utilisation, configuration et recherche d'erreurs | Manuel d'utilisation (eManual) |
| « CYBERSÉCURITÉ PUBLIQUE - Directives pour une communication sûre avec les installations photovoltaïques » | Information technique |
| « Grid Support Utility Interactive Inverters »<br>Informations sur l'activation et la configuration des fonctions du soutien du réseau conformément à UL 1741 SA | Information technique |
| « Rendement et derating »<br>Rendement et comportement en derating des onduleurs SMA | Information technique |
| « Paramètres et valeurs de mesure »<br>Aperçu de tous les paramètres de fonctionnement de l'onduleur et leurs réglages possibles | Information technique |
| "« Interface SMA et SunSpec Modbus® »<br>Informations sur l'interface Modbus | Information technique |
| « Paramètres et valeurs de mesure Modbus® »<br>Liste des registres Modbus spécifique à l'appareil | Information technique |
| « BUS DE TERRAIN SMA SPEEDWIRE » | Information technique |

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 165 of 235 PageID

# 2 Sécurité

## 2.1 Utilisation conforme

Le Sunny Boy est un onduleur photovoltaïque sans transformateur qui transforme le courant continu du générateur photovoltaïque en courant alternatif conforme au réseau et qui injecte ce dernier dans le réseau électrique public.

Le produit est adapté pour une utilisation en intérieur comme en extérieur.

Le produit ne doit être utilisé qu'avec des générateurs photovoltaïques (panneaux photovoltaïques et câblage) qui sont homologués conformément aux normes électriques en vigueur sur le lieu d'installation ainsi qu'au *National Electrical Code*® ANSI/NFPA 70 ou le *Canadian Electrical Code*® CSA C22.1.

**Pas de séparation galvanique**

Le produit n'a pas de transformateur et ne dispose donc pas de séparation galvanique.

- N'utilisez pas de panneaux photovoltaïques mis à la terre avec le produit. Si des panneaux photovoltaïques mis à la terre sont raccordés au produit, un événement survient et s'affiche à l'écran du produit. Cet événement s'affiche également sur l'interface utilisateur du produit, dans la liste des événements, accompagné du message correspondant.
- Mettez à la terre uniquement le cadre de montage des panneaux photovoltaïques.
- Le conducteur neutre de la sortie AC du produit n'est pas mis à la terre.
- Le conducteur neutre de la sortie AC pour le mode d'alimentation de secours est mis à la terre.

Les panneaux photovoltaïques de grande capacité par rapport à la terre ne peuvent être utilisés que si la capacité de couplage de tous les panneaux photovoltaïques ne dépasse pas 2,5 µF.

Afin de protéger l'installation photovoltaïque contre les courants de retour trop élevés en cas de survenue d'un dysfonctionnement, il est impératif, conformément au *National Electrical Code*®, de raccorder un dispositif de protection contre les surintensités côté DC pour éviter d'éventuels courants de court-circuit dépassant la capacité de charge du courant du circuit électrique DC ou la capacité des fusibles des panneaux photovoltaïques. Normalement, on utilise des fusibles string lorsque le nombre de strings branchés en parallèle est supérieur à deux.

La plage de fonctionnement autorisée et les exigences pour les installations de tous les composants doivent être respectées en toutes circonstances.

Le produit est homologué pour les marchés américain et canadien.

Utilisez des produits SMA exclusivement en conformité avec la documentation fournie ainsi qu'avec les lois, dispositions, prescriptions, normes et directives en vigueur sur le site. Tout autre usage peut compromettre la sécurité des personnes ou entraîner des dommages matériels.

Les interventions sur les produits SMA (modifications ou transformations, par exemple) ne sont autorisées qu'après accord écrit exprès de SMA Solar Technology AG. Toute intervention non autorisée entraîne l'annulation de la garantie légale et commerciale et, en règle générale, le retrait de l'autorisation d'exploitation. SMA Solar Technology AG décline toute responsabilité en cas de dommages résultant d'une telle intervention.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 166 of 235 PageID

Toute utilisation du produit différente de celle décrite dans l'utilisation conforme est considérée comme non conforme.

Les documents joints font partie intégrante du produit. Les documents doivent être lus, respectés, rester accessibles à tout moment et conservés dans un endroit sec.

Ce document ne remplace pas et n'a pas pour objet de remplacer les législations, prescriptions ou normes régionales, territoriales, provinciales, nationales ou fédérales ainsi que les dispositions et les normes s'appliquant à l'installation, à la sécurité électrique et à l'utilisation du produit. SMA Solar Technology AG décline toute responsabilité pour la conformité ou non-conformité à ces législations ou dispositions en relation avec l'installation du produit.

La plaque signalétique doit être apposée en permanence sur le produit.

## 2.2 Consignes de sécurité importantes

Conservez les instructions.

Ce chapitre contient les consignes de sécurité qui doivent être respectées lors de tous les travaux effectués.

Le produit a été conçu et testé conformément aux exigences de sécurité internationale. En dépit d'un assemblage réalisé avec le plus grand soin, comme pour tout appareil électrique/électronique, il existe des risques résiduels. Lisez ce chapitre attentivement et respectez en permanence toutes les consignes de sécurité pour éviter tout dommage corporel et matériel, et garantir un fonctionnement durable du produit.

**⚠ DANGER**

**Danger de mort par choc électrique en cas de contact avec des conducteurs DC**

En cas d'ensoleillement, les panneaux photovoltaïques produisent des hautes tensions continues dans les câbles DC. Le contact avec des conducteurs DC sous tension entraîne des blessures graves, voire la mort par choc électrique.

- Mettez hors tension le produit et sécurisez-le avant toute intervention.
- Ne touchez pas aux composants conducteurs ou aux câbles dénudés.
- Ne retirez pas du port la plaque à bornes avec les conducteurs DC raccordés lorsqu'elle est en charge.
- Portez toujours un équipement de protection individuelle adapté lors de toute intervention sur le produit.

FRANÇAIS

**DANGER**

**Danger de mort par choc électrique au contact de parties de l'installation sous tension en cas de défaut à la terre**

En cas de défaut à la terre, des parties de l'installation peuvent être sous tension. Le contact avec des composants conducteurs ou des câbles peut entraîner la mort ou des blessures mortelles due à un choc électrique.

- Mettez hors tension le produit et sécurisez-le avant toute intervention.
- Manipulez les câbles des panneaux photovoltaïques uniquement au niveau de l'isolation.
- Ne touchez pas les éléments de la sous-construction et du châssis du générateur.
- Ne raccordez pas de strings photovoltaïques avec un défaut à la terre à l'onduleur.
- Après la mise hors tension, attendez cinq minutes avant de toucher des parties de l'installation photovoltaïque ou du produit.

**DANGER**

**Danger de mort par choc électrique en cas de surtension en l'absence de protection contre les surtensions**

En l'absence de protection contre les surtensions, les surtensions (provoquées par exemple par un impact de foudre) peuvent se propager par les câbles réseau ou d'autres câbles de communication dans le bâtiment et dans les appareils raccordés au même réseau. Le contact avec des composants conducteurs ou des câbles peut entraîner la mort ou des blessures mortelles due à un choc électrique.

- Assurez-vous que tous les appareils appartenant au même réseau sont intégrés dans la protection contre les surtensions existante.
- Lors de la pose des câbles réseau à l'extérieur, assurez-vous qu'une protection contre les surtensions adéquate est présente au point de transition des câbles réseau entre le produit à l'extérieur et le réseau à l'intérieur du bâtiment.
- L'interface Ethernet du produit est classée « TNV-1 » et offre une protection contre les surtensions jusqu'à 1,5 kV.

**⚠ AVERTISSEMENT**

**Danger de mort par incendie et explosion**

Dans de rares cas, les mélanges gazeux inflammables peuvent être générés dans le produit en cas de dysfonctionnement. Les opérations de commutation risquent, dans ce cas, de provoquer un incendie ou une explosion dans le produit. Il peut en résulter la mort ou des blessures pouvant engager le pronostic vital par projection d'objets ou présence d'objets brûlants.

- En cas de dysfonctionnement, n'exécutez pas d'actions directes sur le produit.
- Assurez-vous que les personnes non autorisées ne peuvent pas accéder au produit.
- N'actionnez pas l'interrupteur-sectionneur DC de l'onduleur en cas de dysfonctionnement.
- Déconnectez les panneaux photovoltaïques de l'onduleur via un dispositif de sectionnement externe. En l'absence de tout dispositif séparateur, patientez jusqu'à ce qu'il n'y ait plus de puissance DC sur l'onduleur.
- Coupez le disjoncteur miniature AC ou si celui-ci s'est déjà déclenché, laissez-le désactivé et sécurisez-le contre tout réenclenchement.
- Lors de l'exécution de travaux sur le produit (recherche d'erreurs, réparations, par ex.), portez toujours un équipement de protection individuelle conçu pour manipuler des matières dangereuses (gants de protection, protection des yeux et du visage et masque respiratoire).

**⚠ AVERTISSEMENT**

**Risque de blessures dû à des substances, gaz et poussières toxiques**

Dans de rares cas, des dommages de pièces électroniques peuvent générer des substances, gaz et poussières toxiques dans le produit. Le contact avec des substances toxiques ainsi que l'inhalation de gaz et de poussières toxiques peuvent causer des irritations cutanées, des brûlures, des problèmes respiratoires et la nausée.

- Lors de l'exécution de travaux sur le produit (recherche d'erreurs, réparations, par ex.), portez toujours un équipement de protection individuelle conçu pour manipuler des matières dangereuses (gants de protection, protection des yeux et du visage et masque respiratoire).
- Assurez-vous que les personnes non autorisées ne peuvent pas accéder au produit.

**⚠ AVERTISSEMENT**

**Danger de mort par choc électrique lors de la destruction d'un appareil de mesure due à une surtension**

Une surtension peut endommager un appareil de mesure et créer une tension au niveau du boîtier de l'appareil de mesure. Le contact avec le boîtier sous tension de l'appareil de mesure entraîne des blessures graves, voire la mort par choc électrique.

- Utilisez exclusivement des appareils de mesure avec une plage de tension d'entrée DC d'au moins 600 V ou supérieure.

**⚠ ATTENTION**

**Risque de brûlure au contact de surfaces brûlantes**

La surface de l'onduleur peut chauffer fortement. Le contact avec la surface peut provoquer des brûlures.

- Montez l'onduleur de façon à exclure tout contact involontaire.
- Ne touchez pas les surfaces chaudes.
- Attendez 30 minutes que la surface ait suffisamment refroidi.
- Respectez les consignes de sécurité figurant sur l'onduleur.

**⚠ ATTENTION**

**Risque de blessure dû au poids du produit**

Il existe un risque de blessure en cas de soulèvement incorrect et de chute du produit lors du transport et du montage.

- Le produit doit être transporté et soulevé avec précaution. Prenez en compte le poids du produit.
- Portez toujours un équipement de protection individuelle adapté lors de toute intervention sur le produit.

FRANÇAIS

**PRUDENCE**

**Risque d'endommagement du joint du boîtier en raison du gel**

Si vous ouvrez le produit ou déconnectez la Power Unit et la Connection Unit en cas de gel, le joint pourra être endommagé. De l'humidité peut alors pénétrer dans le produit et l'endommager.

- Si vous devez ouvrir le produit quand il gèle, éliminez tout d'abord la glace qui a pu s'accumuler sur le joint du boîtier (par exemple en la faisant fondre avec de l'air chaud).
- Ne déconnectez la Power Unit et la Connection Unit que si la température ambiante est d'au moins 0 °C (32 °F) et qu'il ne gèle pas.

**PRUDENCE**

**Endommagement du produit par pénétration de sable, de poussière et d'humidité**

La pénétration de sable, de poussière et d'humidité dans le produit peut endommager celui-ci ou altérer son fonctionnement.

- N'ouvrez le produit que si l'humidité de l'air est comprise dans les limites indiquées et si l'environnement est exempt de sable et de poussière.
- N'ouvrez pas le produit en cas de tempête de sable ou de précipitations.
- Obturez hermétiquement toutes les ouvertures de boîtier.
- Pour fixer les tuyaux à câbles sur le produit, utilisez uniquement des manchons étanches à l'eau ou résistants à l'humidité listés.

**PRUDENCE**

**Endommagement de l'onduleur par une décharge électrostatique**

En touchant les composants électroniques, vous pouvez endommager, voire détruire l'onduleur par décharge électrostatique.

- Reliez-vous à la terre avant de toucher un composant.

**PRUDENCE**

**Coûts élevés en raison d'un tarif Internet inadapté**

La quantité des données du produit transmises par Internet peut varier en fonction de l'utilisation. La quantité des données dépend entre autres du nombre d'appareils, de l'installation, de la fréquence des mises à jour de l'onduleur, de la fréquence des transmissions au Sunny Portal ou de l'utilisation de FTP-Push. Il peut en résulter des coûts élevés liés à la connexion Internet.

- SMA Solar Technology AG recommande un forfait Internet illimité.

**PRUDENCE**

**Endommagement du produit par des produits nettoyants**

Dû à l'utilisation de produits nettoyants, le produit et des parties de celui-ci peuvent être endommagés.

- Nettoyez le produit et toutes les parties du produit uniquement avec un chiffon humidifié à l'eau claire.

**Installations électriques (pour l'Amérique du Nord)**

L'installation doit être réalisée conformément aux législations, dispositions, prescriptions et normes (par exemple *National Electrical Code®* ANSI/NFPA 70 ou *Canadian Electrical Code®* CSA-C22.1.) en vigueur sur place.

- Avant de réaliser le raccordement électrique du produit au réseau électrique public, adressez-vous à votre exploitant de réseau local. Le raccordement électrique du produit ne doit être effectué que par du personnel qualifié.
- Assurez-vous que les câbles ou conducteurs utilisés pour le raccordement électrique ne soient pas endommagés.

FRANÇAIS

# 3 Contenu de la livraison

Figure 1 : Éléments du contenu de livraison

| Position | Quantité | Désignation |
|---|---|---|
| A | 1 | Onduleur |
| B | 1 | Vis à tête cylindrique M5x60 (non requise) |
| C | 1 | Instructions d'installation, Production Test Report, supplément avec les réglages par défaut |
| D | 1 | Plaque à bornes pour le raccordement DC |
| E | 1 | Plaque à bornes pour le raccordement AC |
| F | 1 | Plaque à bornes pour le raccordement de la prise de courant pour le mode d'alimentation de secours |
| G | 1 | Plaque à bornes à 3 pôles pour le raccordement au relais multifonction |
| H | 1 | Plaque à bornes à 2 pôles pour le raccordement du commutateur pour le mode d'alimentation de secours |
| I | 5 | Serre-câble |
| J | 5 | Vis à tête cylindrique M5x16 |
| K | 1 | Rondelle M5 |
| L | 5 | Rondelle de serrage M5 |

FRANÇAIS

# 4 Vue d'ensemble des produits

## 4.1 Description du produit

Figure 2 : Structure de l'onduleur

| Position | Désignation |
|---|---|
| A | Power Unit |
| B | Couvercle du boîtier de la Power Unit |
| C | Couvercle du boîtier de la Connection Unit |
| D | Connection Unit |
| E | Autocollants d'avertissement sur le respect des spécifications |
| F | Interrupteur-sectionneur DC |
| G | Plaque signalétique<br>La plaque signalétique permet d'identifier l'onduleur de manière univoque. La plaque signalétique doit être apposée en permanence sur le produit. Les informations suivantes figurent sur la plaque signalétique :<br>• Type d'onduleur (Model)<br>• Numéro de série de la Power Unit (Serial No. Power Unit ou S/N Power Unit)<br>• Date de fabrication (Date of manufacture)<br>• Caractéristiques spécifiques à l'appareil |
| H | Ventilateur (seulement pour les Sunny Boy 7.0 et 7.7) |

FRANÇAIS

| Position | Désignation |
|---|---|
| I | Plaque signalétique supplémentaire<br>La plaque signalétique supplémentaire doit être apposée en permanence sur le produit. Les informations suivantes figurent sur la plaque signalétique supplémentaire :<br>• Type d'appareil (Model)<br>• Numéro de série de l'onduleur (Serial number device ou S/N device)<br>• Code d'identification (PIC) pour l'enregistrement sur le Sunny Portal<br>• Code d'enregistrement (RID) pour l'enregistrement sur le Sunny Portal<br>• Mot de passe du réseau local sans fil (WPA2-PSK) pour la liaison directe à l'interface utilisateur de l'onduleur via le réseau local sans fil |
| J | Écran<br>L'écran affiche les données de fonctionnement actuelles ainsi que les événements ou erreurs. |
| K | DEL<br>Les DEL signalent l'état de fonctionnement du produit. |

FRANÇAIS

## 4.2 Symboles sur le produit

| Symbole | Explication |
|---|---|
| | Avertissement de tension électrique dangereuse<br>Le produit fonctionne avec des tensions élevées. |
| | Avertissement de surface brûlante<br>Au cours du fonctionnement, le produit peut devenir brûlant. |
| | Respectez la documentation<br>Suivez toutes les informations données dans les documentations fournies avec le produit. |
| | Onduleur<br>Le symbole et la DEL verte indiquent l'état de fonctionnement de l'onduleur. |
| | Respectez la documentation<br>Le symbole et la DEL rouge indiquent une erreur. |
| | Transmission de données<br>Le symbole et la DEL bleue indiquent l'état de la connexion réseau. |

| Symbole | Explication |
|---|---|
| | Borne de mise à la terre de l'équipement<br>Ce symbole signale l'emplacement du raccordement d'un conducteur de mise à la terre de l'équipement. |
| c UL US LISTED | UL 1741 et CSA C22.2 No. 107.1 sont les normes appliquées au produit par Underwriters Laboratories pour certifier que le produit remplit les exigences du *National Electrical Code®*, du *Canadian Electrical Code®* et de la norme IEEE 1547. |

## 4.3 Interfaces et fonctionnalités

L'onduleur peut être fourni avec les interfaces et fonctions suivantes ou en être équipé ultérieurement :

### Interface utilisateur pour la configuration et la surveillance

Le produit est équipé de série d'un serveur Web intégré qui met à disposition une interface utilisateur permettant de configurer et de surveiller le produit.

L'interface utilisateur du produit est accessible dans le navigateur Web d'un terminal intelligent (smartphone, tablette ou ordinateur portable) connecté à un réseau.

### Smart screen de l'onduleur

Le smart screen de l'onduleur permet d'afficher l'état ainsi que la puissance et la consommation actuelles sur la page de connexion de l'interface utilisateur. Vous avez ainsi un aperçu des données importantes du produit sans avoir à vous connecter à l'interface utilisateur.

Le smart screen de l'onduleur est désactivé par défaut. Vous pouvez activer le smart screen de l'onduleur après la mise en service du produit via l'interface utilisateur.

### SMA Speedwire

Le produit est équipé de série de la fonction SMA Speedwire. SMA Speedwire est un type de communication basé sur le standard Ethernet. SMA Speedwire est conçu pour un débit de transfert de données de 100 Mbit/s et permet une communication optimale entre les appareils Speedwire présents dans les installations.

Le produit prend en charge la communication de l'installation cryptée avec SMA Speedwire Encrypted Communication. Pour pouvoir utiliser le cryptage Speedwire dans l'installation, tous les appareils Speedwire, hormis le SMA Energy Meter, doivent prendre en charge la fonction SMA Speedwire Encrypted Communication.

Lors du câblage sur le terrain, les raccordements à l'interface de communication doivent être réalisés selon la méthode de câblage classe 1.

### SMA Webconnect

L'onduleur est équipé de série d'une fonction Webconnect. La fonction Webconnect permet la transmission directe de données entre l'onduleur et le Sunny Portal (système de surveillance en ligne de SMA).

Il existe deux types du Sunny Portal : le Sunny Portal (https://www.sunnyportal.com) classique et la nouvelle génération Sunny Portal powered by ennexOS (https://ennexOS.sunnyportal.com). Les deux systèmes se distinguent par leurs fonctions supportées. Vous avez la possibilité d'accéder aux deux portails ou de vous connecter avec un compte existant au Sunny Design (logiciel pour la conception de l installation de SMA).

Vous pouvez présenter ensemble au maximum quatre onduleurs avec la fonction Webconnect dans une installation Sunny Portal. Pour les systèmes comprenant plus de 4 onduleurs, un produit de communication est nécessaire (par exemple SMA Data Manager).

Si l'onduleur est intégré dans le réseau local et connecté à l'Internet, le système doit être enregistré sur le Sunny Portal classique. Cette connexion vous permet d'accéder aux données en temps réel.

Si l'onduleur est connecté à l'Internet via le réseau mobile, il faut s'enregistrer sur le Sunny Portal powered by ennexOS. Ce faisant, la communication avec les onduleurs est optimisée concernant le volume de données et l'accessibilité de l'onduleur. Il n'est pas possible de accéder aux données en temps réel. Veuillez noter que l'onduleur pour la connexion via le réseau mobile doit être doté de la version du micrologiciel ≥ 3.01.17.R.

FRANÇAIS

## Wi-Fi

Selon la disponibilité, le produit est équipé ou non d'une interface de réseau local sans fil. Si l'interface Wi-Fi est présente, l'interface Wi-Fi est activée par défaut à la livraison. Si vous ne souhaitez pas utiliser de réseau local sans fil, vous pouvez désactiver l'interface Wi-Fi.

Si l'interface Wi-Fi est présente, le produit dispose également d'une fonction WPS. La fonction WPS sert à connecter automatiquement le produit au réseau (par exemple par l'intermédiaire d'un routeur) et à établir une connexion directe entre le produit et un terminal intelligent.

**i Extension de la portée de l'émetteur radio sur le réseau local sans fil**

Pour augmenter la portée de l'émetteur radio de l'onduleur sur le réseau local sans fil, vous pouvez installer dans l'onduleur l'accessoire Antenna Extension Kit disponible séparément.

## Modbus

Le produit est équipé d'une interface Modbus. L'interface Modbus est désactivée par défaut et doit être configurée en cas de besoin.

L'interface Modbus des produits SMA pris en charge est conçue pour un usage industriel, par des systèmes SCADA par exemple, et remplit les fonctions suivantes :

- Interrogation à distance des valeurs de mesure
- Réglage à distance des paramètres de fonctionnement
- Valeurs de consigne pour la commande d'installation

## Ports pour modules

L'onduleur est équipé de série de deux ports pour modules, qui se trouvent sur le groupe de communication et permettent de raccorder des modules supplémentaires (SMA Sensor Module, par exemple). Ces modules sont disponibles en accessoires. Le branchement de deux modules identiques n'est pas autorisé.

## SMA RS485 Module

L'onduleur peut être équipé ultérieurement du SMA RS485 Module.

Grâce à l'intégration du SMA RS485 Module, l'onduleur peut communiquer avec le compteur d'énergie du SMA Revenue Grade Meter Kit.

Lors du câblage sur le terrain, les raccordements à l'interface de communication doivent être réalisés selon la méthode de câblage classe 1.

## Antenna Extension Kit

L'Antenna Extension Kit (kit d'extension d'antenne) permet d'étendre la portée de l'émetteur radio de l'onduleur dans le réseau local sans fil (informations concernant le montage et le raccordement : voir instructions de l'Antenna Extension Kit). L'Antenna Extension Kit peut être ajouté ultérieurement.

## SMA Cellular LTE Modem Kit

L'onduleur peut être équipé ultérieurement du SMA Cellular LTE Modem Kit à partir de la version 03.02.15.R. Si la version du micrologiciel doit être mise à jour pour fonctionner avec le SMA Cellular LTE Modem Kit, contactez le service technique. Le service technique vous fournira le micrologiciel ainsi que les informations nécessaires à la mise à jour.

Le SMA Cellular LTE Modem Kit permet une transmission directe des données entre l'onduleur et le portail Internet Sunny Portal powered by ennexOS via le réseau mobile, en alternative à la transmission de données via Ethernet ou WLAN. Par ailleurs, le SMA Cellular LTE Modem Kit rend possible la communication entre l'onduleur et le compteur d'énergie. Le compteur d'énergie est un compteur de production photovoltaïque pour mesurer l'énergie produite de l'onduleur.

Avec le SMA Cellular LTE Modem Kit, un volume limité de données est transmis jusqu'à 4 fois par jour au Sunny Portal powered by ennexOS. La durée du forfait de données mobile du SMA Cellular LTE Modem Kit est par défaut de 5 ans. Durant cette période, tous les coûts sont couverts, aucun autre coût ne vient s'ajouter. Vous avez la possibilité de prolonger la durée du forfait de données mobiles. Pour ce faire, prenez contact avec SMA Solar Technology AG. En utilisant le SMA Cellular LTE Modem Kit, une connexion au réseau local n'est pas obligatoire mais recommandée pour pouvoir consulter toutes les informations relatives à l'installation sur le Sunny Portal powered by ennexOS.

## Compteur d'énergie conformément à ANSI C12.20

L'onduleur peut être équipé ultérieurement du SMA Revenue Grade Meter Kit qui comprend un compteur d'énergie conformément à ANSI C12.20.

Le compteur d'énergie répond aux exigences de la classe de précision 0.5 conformément à ANSI C12.20. Le compteur d'énergie est un compteur de production photovoltaïque pour mesurer l'énergie produite de l'onduleur. Les valeurs de mesure du compteur d'énergie peuvent être utilisées à des fins de facturation.

## Système de gestion du réseau

L'onduleur est un « grid support interactive inverter ».

L'onduleur a été testé en conformité avec UL 1741 SA (07/09/2016) pour être conforme aux Source Requirements Documents (« document source ») des États disponibles à l'instant du test.

Pour le raccordement de l'onduleur au réseau électrique public, aucuns dispositifs de surveillance du réseau sont nécessaires. Vous trouverez une description des fonctions testées et les instructions pour activer et configurer les fonctions dans les informations techniques « Grid Support Utility Interactive Inverters » dans www.SMA-Solar.com.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 177 of 235 PageID

### Système photovoltaïque à arrêt rapide

L'onduleur est répertorié en tant que système photovoltaïque à arrêt rapide (PV Rapid Shutdown Equipment) selon UL 1741.

Toutes les entrées DC et AC de ce produit répondent aux exigences photovoltaïques d'arrêt rapide pour câbles de raccordement surveillés extérieurs au générateur photovoltaïque.

Un système photovoltaïque à arrêt rapide (PV Rapid Shutdown System) se compose d'un onduleur photovoltaïque, des interrupteurs de module photovoltaïque et d'un déclencheur pour arrêt rapide. Le déclencheur pour arrêt rapide sert à initier un arrêt rapide. Le système photovoltaïque à arrêt rapide doit limiter les conducteurs de raccordement DC à une valeur < 30 V dans un délai de 30 secondes.

**PRUDENCE** - La fonction à arrêt rapide de l'onduleur se déclenche lorsque l'onduleur est coupé de la tension du réseau AC, par exemple lors de l'ouverture du sectionneur principal de l'installation photovoltaïque. Le sectionneur AC doit être facilement accessible et clairement marqué comme « Rapid Shutdown Initiator » selon le *National Electrical Code*®. L'état du système à arrêt rapide est indiqué par la position Marche/Arrêt du sectionneur AC (interrupteur ouvert/fermé). La position arrêt (interrupteur ouvert) montre qu'un arrêt rapide a été initié.

Lorsque des interrupteurs de module photovoltaïque ont été installés et qu'ils sont conformes au signal de communication SunSpec pour systèmes à arrêt rapide, l'onduleur peut envoyer aux interrupteurs du module photovoltaïque un signal via ses conducteurs d'entrée DC pour obtenir l'autorisation de mise en service (« permission to operate »). Lorsqu'un arrêt rapide (Rapid Shutdown) a été déclenché, l'onduleur arrête la transmission du signal de communication SunSpec. Lorsque le signal de communication SunSpec n'est pas reçu, les interrupteurs du module photovoltaïque sont responsables de la limitation des tensions sur les conducteurs se trouvant à l'intérieur du générateur photovoltaïque, conformément au *National Electrical Code*®. Il est important, en cas d'arrêt rapide via le signal de communication SunSpec, que tous les panneaux photovoltaïques raccordés à l'onduleur soient équipés d'interrupteurs de module photovoltaïque conformes au SunSpec. Dans le cas contraire, l'onduleur ne pourra pas reprendre le mode d'injection. Pour une décharge fiable des conducteurs de raccordement DC, il est nécessaire que la somme des tensions de veille de tous les interrupteurs de module photovoltaïque utilisés pour un string soit < 30 V. De plus, la longueur totale recommandée de tous les câbles de raccordement CC d'une chaîne de 300 m (1000 ft) ne doit pas être dépassée. La longueur totale définit la longueur de l'ensemble du câblage du string, y compris les câbles de connexion de l'interrupteur du module photovoltaïque dans le string, mesurée entre le pôle positif DC et le pôle négatif DC de l'onduleur.

Le système à arrêt rapide peut également être équipé d'interrupteurs de module photovoltaïque qui se déclenchent lors d'une coupure de courant alternatif ou par d'autres moyens. En cas d'arrêt rapide (Rapid Shutdown), il est essentiel de s'assurer que le déclencheur arrête non seulement les panneaux photovoltaïques mais coupe également simultanément l'onduleur de la tension du réseau.

Les interrupteurs de module photovoltaïque doivent couper les panneaux photovoltaïques de l'onduleur au maximum dans les 15 secondes suivant le démarrage du arrêt rapide (Rapid Shutdown).

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 178 of 235 PageID

L'onduleur dispose de fonctions pour le soutien du réseau. En cas de panne de courant alternatif ou d'actionnement du sectionneur AC, l'onduleur reste dans le réseau électrique public pendant une durée définie (Ride Through) et attend le retour de la tension. Si la tension du réseau n'est pas rétablie dans la durée définie, l'onduleur se coupe du réseau électrique public et un arrêt rapide (Rapid Shutdown) se déclenche.

Par défaut, la fonction à arrêt rapide (Rapid Shutdown) est désactivée. La fonction à arrêt rapide (Rapid Shutdown) ne doit être activée que lorsque des interrupteurs de module photovoltaïque homologués sont installés dans les panneaux ou entre les panneaux photovoltaïques et l'onduleur. La fonction à arrêt rapide (Rapid Shutdown) peut être activée via l'interface utilisateur pendant ou après la mise en service de l'onduleur. Il suffit de sélectionner le mode de fonctionnement adapté aux interrupteurs de module photovoltaïque. Si la fonction à arrêt rapide (Rapid Shutdown) est activée mais qu'aucun interrupteur de module photovoltaïque n'a été installé, l'onduleur ne peut pas décharger le conducteur d'entrée DC en cas d'arrêt rapide. Dans ce cas, l'onduleur risque d'être endommagé.

AVERTISSEMENT - CET ÉQUIPEMENT À ARRÊT RAPIDE DE L'ÉNERGIE PHOTOVOLTAÏQUE NE DISPOSE PAS DE TOUTES LES FONCTIONS D'UN SYSTÈME COMPLET À ARRÊT RAPIDE. CET ÉQUIPEMENT PHOTOVOLTAÏQUE À ARRÊT RAPIDE DOIT ÊTRE ÉQUIPÉ D'AUTRES DISPOSITIFS AFIN DE CONSTITUER UN SYSTÈME COMPLET À ARRÊT RAPIDE SATISFAISANT AUX EXIGENCES NEC (NFPA 70) CONCERNANT LES CÂBLES DE RACCORDEMENT SURVEILLÉS À L'EXTÉRIEUR DU GÉNÉRATEUR PHOTOVOLTAÏQUE. L'INSTALLATION D'APPAREILS SUPPLÉMENTAIRES À L'INTÉRIEUR OU À L'EXTÉRIEUR DE L'INSTALLATION RISQUENT D'AVOIR UNE INFLUENCE NÉGATIVE SUR LE FONCTIONNEMENT DU SYSTÈME PHOTOVOLTAÏQUE À ARRÊT RAPIDE. L'INSTALLATEUR EST TENU DE RESPECTER LES EXIGENCES FONCTIONNELLES D'ARRÊT RAPIDE LORS DU MONTAGE DE L'INSTALLATION PHOTOVOLTAÏQUE. CES APPAREILS DOIVENT ÊTRE INSTALLÉS CONFORMÉMENT AUX INSTRUCTIONS D'INSTALLATION DU FABRICANT.

### Fonctionnement en parallèle des entrées DC A et B

La possibilité d'utiliser en parallèle les entrées DC A et B de l'onduleur et d'y raccorder en parallèle jusqu'à 3 strings vous est offerte. Contrairement au fonctionnement normal, cela permet de raccorder jusqu'à 3 strings aux onduleurs munis de 2 entrées DC, et jusqu'à 4 strings directement aux onduleurs disposant de 3 entrées DC. L'onduleur détecte automatiquement si les entrées DC A et B sont utilisées en parallèle.

### Alimentation de secours

Vous pouvez raccorder à l'onduleur une prise de courant externe et un interrupteur pour la prise. La prise de courant sert à alimenter une charge avec du courant produit par l'installation photovoltaïque en cas de panne du réseau. L'enclenchement de la prise de courant par l'interrupteur active l'alimentation de la charge en courant produit par l'installation photovoltaïque.

L'onduleur régule automatiquement l'alimentation en énergie de la prise en fonction du rayonnement solaire sur l'installation photovoltaïque. Si la prise de courant est enclenchée et si une charge est alimentée en électricité issue de l'installation photovoltaïque, l'onduleur est débranché du réseau électrique public et n'y injecte pas de courant.

**i Ne pas brancher de charge nécessitant une alimentation stable à la prise de courant pour l'alimentation de secours**

Le mode d'alimentation de secours ne doit pas être utilisé pour les charges qui nécessitent une alimentation en courant stable. La puissance disponible en mode d'alimentation de secours dépend du rayonnement solaire sur l'installation photovoltaïque. La puissance peut donc fortement varier ou ne pas être disponible du tout en fonction des conditions météorologiques.

- Ne branchez pas à la prise de courant pour le mode d'alimentation de secours de charges dont le bon fonctionnement dépend d'une alimentation en courant stable.

FRANÇAIS

## Relais multifonction

L'onduleur est équipé en série d'un relais multifonction. Le relais multifonction est une interface qui peut être configurée pour un mode de fonctionnement spécifique à l'installation.

## SMA ShadeFix

L'onduleur est équipé de la gestion de l'ombrage SMA ShadeFix. Grâce à un MPP tracking intelligent, SMA ShadeFix est capable de détecter le point de fonctionnement assurant la production maximale en cas d'ombrage. SMA ShadeFix permet à l'onduleur d'exploiter au mieux les capacités de production d'énergie des panneaux photovoltaïques à tout moment et accroît ainsi la production des installations ombragées. SMA ShadeFix est activé par défaut. L'intervalle de temps de SMA ShadeFix est réglé sur 6 minutes par défaut. Cela signifie que l'onduleur recherche le point de fonctionnement optimal toutes les 6 minutes. Selon l'installation et la situation d'ombrage, il peut s'avérer utile d'ajuster l'intervalle de temps.

## Détection du dysfonctionnement des strings

La détection intelligente de panne de strings détecte à quelle des trois entrées DC de l'onduleur les strings sont raccordés. Si un string raccordé ne fonctionne plus et n'est plus en mesure de contribuer à la production énergétique (par exemple en raison de l'endommagement, tel qu'une rupture de câble), la détection intelligente de panne de strings détecte cette erreur et commence à contrôler l'entrée à laquelle le string défectueux est raccordé. Si l'erreur persiste, un événement est signalé au plus tard le lendemain de la détection du string défectueux. Il est ainsi possible d'éviter que des pannes partielles du générateur photovoltaïque restent non détectés sur une longue période de temps et entraînent des pertes de rendement. La détection intelligente de panne de strings détecte automatiquement lorsqu'un string a été réparé et réinitialise l'événement. Si le string défectueux ne doit plus être raccordé, l'événement doit être réinitialisé manuellement.

## Disjoncteur de défaut d'arc (AFCI)

L'onduleur dispose d'un système pour la détection et l'interruption de l'arc électrique DC conformément aux prescriptions du *National Electrical Code®*. Le disjoncteur de défaut d'arc est répertorié selon UL 1699B Ed. 1. La détection d'un arc électrique provoque l'arrêt provisoire du mode d'injection de l'onduleur suivi de la reprise automatique de celui-ci. Lorsque les conditions d'installation le permettent, vous pouvez désactiver le disjoncteur de défaut d'arc.

### SMA Smart Connected

SMA Smart Connected est le service gratuit de surveillance du produit via SMA Sunny Portal. SMA Smart Connected permet d'informer l'exploitant et le personnel qualifié de manière automatique et proactive des événements survenus sur l'onduleur.

L'activation de SMA Smart Connected se fait durant l'enregistrement dans le Sunny Portal. Pour utiliser SMA Smart Connected, il est nécessaire que le produit soit connecté en permanence avec le Sunny Portal et que les données de l'exploitant de l'installation et du personnel qualifié soient enregistrées dans Sunny Portal et soient actuelles.

## 4.4 Signaux DEL

Les DEL signalent l'état de fonctionnement du produit.

| Signal de DEL | Explication |
|---|---|
| La DEL verte clignote (allumée pendant 2 s et éteinte pendant 2 s) | Attente des conditions requises<br>Les conditions du mode d'injection ne sont pas encore remplies. Lorsque les conditions du mode d'injection sont remplies, l'onduleur commence avec le mode d'injection. |
| La DEL verte clignote (allumée pendant 1,5 s et éteinte pendant 0,5 s) | Alimentation de secours<br>Le mode d'alimentation de secours est activé et l'onduleur alimente la prise de courant avec du courant produit par l'installation photovoltaïque. |
| La DEL verte clignote rapidement | Mise à jour de micrologiciel du processeur<br>Le micrologiciel du processeur est en cours de mise à jour. |
| La DEL verte est allumée | Mode d'injection<br>L'onduleur injecte du courant dans le réseau à une puissance supérieure à 90 %. |
| La DEL verte pulse | Mode d'injection<br>L'onduleur est équipé d'un affichage dynamique de la puissance par l'intermédiaire de la DEL verte. La DEL verte pulse rapidement ou lentement en fonction de la puissance. En cas de besoin, vous pouvez désactiver l'affichage dynamique de la puissance par la DEL verte. |
| La DEL verte est éteinte | L'onduleur ne continue pas d'injecter dans le réseau électrique public. |
| La DEL rouge est allumée | Événement survenu<br>En plus de la DEL rouge allumée, l'écran affiche les informations suivantes à propos de l'événement :<br>• Type d'événement<br>• Numéro d'événement<br>• Date et heure auxquelles l'événement est survenu |

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 181 of 235 PageID

| Signal de DEL | Explication |
|---|---|
| La DEL bleue clignote lentement pendant 1 minute environ | Établissement de la liaison de communication en cours<br>Le produit établit soit une liaison à un réseau local, soit une connexion Ethernet directe à un terminal intelligent (smartphone, tablette ou ordinateur portable). |
| La DEL bleue clignote rapidement pendant 2 minutes environ (0,25 s allumée et 0,25 s éteinte) | WPS activé<br>La fonction WPS est activée. |
| La DEL bleue est allumée | Communication active<br>Il existe une connexion active avec un réseau local ou une connexion directe via Ethernet avec un terminal intelligent (smartphone, tablette ou ordinateur portable). |

# 5 Montage

## 5.1 Conditions requises pour le montage

**Exigences relatives au lieu de montage :**

**⚠ AVERTISSEMENT**

**Danger de mort par incendie ou explosion**

En dépit d'un assemblage réalisé avec le plus grand soin, tout appareil électrique peut présenter un risque d'incendie. Il peut en résulter des blessures graves, voire la mort.

- N'installez pas le produit à proximité de matériaux ou de gaz facilement inflammables.
- N'installez pas le produit dans des zones présentant un risque d'explosion.

☐ Choisissez pour le montage un support stable (par exemple béton ou ouvrage de maçonnerie, châssis autonome). En cas de montage sur du placoplâtre ou un matériau similaire, l'onduleur, lorsqu'il est en service, émet des bruits qui peuvent être perçus comme dérangeants.

☐ Le lieu de montage peut être soumis à un rayonnement solaire direct. Il est également possible que le produit diminue sa puissance en raison de températures trop élevées afin d'éviter une surchauffe.

☐ En cas d'utilisation du SMA Cellular LTE Modem Kit, le lieu de montage ne doit pas se trouver en sous-sol. Lors d'un montage en sous-sol, la transmission des données peut être entravée par une mauvaise qualité de connexion.

☐ Le lieu de montage devrait toujours être sécurisé et accessible facilement, sans qu'il soit nécessaire de recourir à un équipement supplémentaire (par exemple à des échafaudages ou à des plates-formes élévatrices). Dans le cas contraire, les interventions SAV ne pourront être effectuées que de manière restreinte.

☐ L'interrupteur-sectionneur DC du produit doit toujours être librement accessible.

☐ Les conditions climatiques doivent être remplies (voir chapitre 10, page 223).

**Positions de montage autorisées et non autorisées :**

☐ Le produit doit être monté uniquement dans une position autorisée. Cela permet d'éviter que de l'humidité pénètre dans le produit.

☐ Le produit doit être monté de façon à ce que vous puissiez lire sans problème les messages qui s'affichent à l'écran et les signaux des DEL.

Figure 3 : Positions de montage autorisées et non autorisées

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 183 of 235 PageID

☐ Ne montez pas plusieurs onduleurs directement les uns au-dessus des autres.

Sunny Boy 3.0-US / 3.8-US / 5.0-US / 6.0-US

Sunny Boy 7.0-US / 7.7-US

Figure 4 : Positions de montage autorisées et non autorisées de plusieurs onduleurs

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 184 of 235 PageID

**Cotes de montage :**

Figure 5 : Position des points de fixation (Dimensions en mm (in))

**Distances recommandées :**

Afin de garantir un fonctionnement optimal, une dissipation adéquate de la chaleur ainsi qu'une bonne qualité de connexion en cas d'utilisation du SMA Cellular LTE Modem Kit, les exigences suivantes relatives aux distances devraient être respectées. Vous éviterez ainsi que l'onduleur ne perde de sa puissance en raison d'une température trop élevée. Des distances plus courtes sont permissibles sans aucun risque.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 185 of 235 PageID

**Distances prescrites par le *National Electrical Code*® ou le *Canadian Electrical Code*® CSA C22.1**

Dans certaines cas, le *National Electrical Code*® ou le *Canadian Electrical Code*® CSA C22.1 prescrivent des distances supérieures.

- Assurez-vous que les distances prescrites dans le *National Electrical Code*® ou le *Canadian Electrical Code*® CSA C22.1 sont respectées.

☐ Vous devez respecter les distances recommandées par rapport aux murs, aux autres onduleurs et autres objets.

☐ Si plusieurs produits sont montés dans une zone soumise à des températures ambiantes élevées, les distances entre les produits doivent être augmentées et un apport suffisant d'air frais doit être assuré.

Figure 6 : Distances recommandées (Dimensions en mm (in))

## 5.2 Montage de l'onduleur

**Matériel de montage supplémentaire requis (non compris dans le contenu de livraison) :**

☐ 2 vis adaptées au support (diamètre : 8 mm (5⁄16 in))

☐ 2 rondelles adaptées aux vis

☐ Le cas échéant, deux chevilles adaptées au support et aux vis

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 186 of 235 PageID

**⚠ ATTENTION**

**Risque de blessure dû au poids du produit**

Il existe un risque de blessure en cas de soulèvement incorrect et de chute du produit lors du transport et du montage.

- Le produit doit être transporté et soulevé avec précaution. Prenez en compte le poids du produit.
- Portez toujours un équipement de protection individuelle adapté lors de toute intervention sur le produit.

**Procédure :**

1. Assurez-vous que l'interrupteur-sectionneur DC de l'onduleur est sur la position **O**.

2. Ouvrez la Connection Unit. Dévissez les 6 vis et retirez avec précaution le couvercle du boîtier en le tirant vers l'avant (TX25).
3. Desserrez 2 vis à droite et à gauche sur le côté de la Power Unit (TX25). Ainsi, la Power Unit et la Connection Unit ne sont plus connectées entre elles.

4. Déconnectez la Connection Unit de la Power Unit.
5. Positionnez la Connection Unit horizontalement et verticalement et marquez la position des trous à percer à l'aide des languettes.

6. Percez les trous marqués.
7. Selon le support, insérez si nécessaire les chevilles dans les trous de perçage.

FRANÇAIS

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 187 of 235 PageID

8. Vissez bien la Connection Unit horizontalement avec des vis et des rondelles.

9. Vérifiez bien que la Connection Unit soit bien fixée.
10. Branchez la Power Unit sur la Connection Unit. Les trous de vis des côtés gauche et droit de la Power Unit doivent être alignés avec ceux de la Connection Unit et les câbles qui dépassent de la Power Unit ne doivent pas rester coincés.

11. Serrez 2 vis à droite et à gauche sur le côté de la Power Unit (TX 25, à un couple de serrage de 6 Nm ± 0,3 Nm (53 in-lb ± 2,65 in-lb)).

12. Tirez le câble plat devant relier la Power Unit et le groupe de communication dans la Connection Unit et branchez-le dans l’embase du groupe de communication.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 188 of 235 PageID #

# 6 Raccordement électrique

## 6.1 Aperçu de la zone de raccordement

### 6.1.1 Vue de dessous

Figure 7 : Ouvertures du boîtier situées sur le dessous de l'onduleur

| Position | Désignation |
|---|---|
| A | Ouverture de boîtier pour le raccordement DC (pour tuyaux à câbles de taille commerciale de 21 mm (0,75 in)) |
| B | Ouverture de boîtier pour les câbles de raccordement de l'Antenna Extension Kit (en option) et pour d'autres câbles de communication (pour tuyaux à câbles de taille commerciale de 21 mm (0,75 in)) en cas de besoin |
| C | Ouverture de boîtier pour les câbles réseau et pour d'autres câbles de communication (pour tuyaux à câbles de taille commerciale de 21 mm (0,75 in)) en cas de besoin |
| D | Ouverture de boîtier pour le raccordement AC pour les câbles de raccordement de la prise de courant et de l'interrupteur pour le mode d'alimentation de secours (pour tuyaux à câbles de taille commerciale de 21 mm (0,75 in)) |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 189 of 235 PageID

## 6.1.2 Vue intérieure

Figure 8 : Zones de raccordement situées à l'intérieur de l'onduleur

| Position | Désignation |
|---|---|
| A | Port **DC-in** pour le raccordement DC |
| B | Embase pour le raccordement du câble plat qui relie le groupe de communication à la Power Unit |
| C | Port **COM** avec câble plat enfiché pour le raccordement du groupe de communication à la Power Unit |
| D | Port du module **M1** |
| E | Port du module **M2** |
| F | Port **ANT.** pour le raccordement de l'Antenna Extension Kit (en option) |
| G | Port **AC-out** pour le raccordement AC |
| H | Port **SPS** pour le raccordement de la prise de courant pour le mode d'alimentation de secours |
| I | Logement prévu pour l'accessoire homologué par SMA Solar Technology AG (en option) |
| J | Borne de mise à la terre de l'équipement pour le conducteur de mise à la terre de l'équipement du réseau électrique public, de la prise de courant pour le mode d'alimentation de secours, et le cas échéant une mise à la terre supplémentaire ou pour la liaison équipotentielle |

FRANÇAIS

| Position | Désignation |
| --- | --- |
| K | Port **SPS** pour le raccordement de l'interrupteur pour le mode d'alimentation de secours |
| L | L'embase **D-IN** n'est pas occupée |
| M | Prises réseau **A** et **B** pour le raccordement d'un routeur ou d'un commutateur réseau |
| N | Embase **USB** pour le branchement d'une clé USB (pour dépannage) |
| O | Port **MFR** pour le raccordement au relais multifonction |
| P | L'embase **BAT** n'est pas occupée |
| Q | Bornes de mise à la terre de l'équipement pour les conducteurs de mise à la terre de l'équipement du générateur photovoltaïque |
| R | Groupe de communication |
| S | Embase **ÉCRAN** pour le raccordement du module de construction à DEL dans le couvercle de boîtier de la Connection Unit |

FRANÇAIS

## 6.2 Raccordement AC

### 6.2.1 Conditions préalables au raccordement AC

**Matériel supplémentaire nécessaire (non compris dans le contenu de livraison) :**

- ☐ Tuyaux à câbles (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)
- ☐ Manchons listés UL étanches à l'eau ou résistants à l'humidité (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)

**Exigences relatives aux conducteurs AC :**

- ☐ Les conducteurs doivent être dimensionnés en tenant compte de la capacité de charge du courant, des températures assignées, des conditions d'utilisation et des pertes au niveau du câble requises par les normes en vigueur sur le site et selon le *National Electrical Code®* ANSI/NFPA 70 ou le *Canadian Electrical Code®* CSA C22.1.
- ☐ Type de conducteur : fil de cuivre
- ☐ Température autorisée pour SB3.0-1SP-US-41, SB3.8-1SP-US-41, SB5.0-1SP-US-41 et SB6.0-1SP-US-41 : +75 °C (+167 °F)
- ☐ Température autorisée pour SB7.0-1SP-US-41 et SB7.7-1SP-US-41 : +90 °C (+194 °F)
- ☐ Les conducteurs doivent être en fil métallique plein, en tresse ou en tresse fine. En cas d'utilisation de tresse fine, des embouts de câblage doivent être utilisés.
- ☐ Section de conducteur : 4 $mm^2$ à 16 $mm^2$ (12 AWG à 6 AWG)

**Interrupteur et disjoncteur :**

- ☐ Chaque onduleur doit être sécurisé par son propre dispositif de protection contre les surintensités. Respectez l'ampérage maximal autorisé (voir chapitre 10, page 223).

☐ L'interrupteur-sectionneur ou le disjoncteur miniature doit être répertorié (voir *National Electrical Code®* ANSI/NFPA 70 ou Canadian Electrical Code® CSA C22.1).

☐ Les charges installées entre l'onduleur et le dispositif de protection contre les surintensités doivent être sécurisées séparément.

☐ Le dispositif de protection contre les surintensités pour le circuit électrique AC doit être acheté auprès d'autres fournisseurs.

### Schémas de liaison à la terre compatibles :

En fonction du schéma de liaison à la terre, vous devrez procéder différemment pour le raccordement et le cas échéant régler le jeu de données régionales. Le tableau suivant vous donne une vue d'ensemble des schémas de liaison à la terre compatibles et des conducteurs à raccorder à l'onduleur en fonction du schéma de liaison à la terre, et vous indique quel jeu de données régionales peut être réglé. Par défaut, l'onduleur est prévu pour le raccordement d'un réseau avec connexion étoile 208 V ou d'un réseau monophasé à trois fils 240 V et le jeu de données régionales **UL1741/2016/120 L-N-L** est réglé en usine.

Si des exigences particulières concernant le raccordement au réseau s'appliquent à votre pays ou à votre utilisation, vous avez la possibilité, selon la disponibilité, de configurer l'onduleur avec un fichier de configuration mis à disposition par SMA Solar Technology AG. Vous trouverez le fichier de configuration dans la zone de téléchargement sous www.SMA-Solar.com.

<table>
<tr><th>Schéma de liaison à la terre compatible</th><th>Conducteurs à raccorder</th><th>Jeux de données régionales paramétrables</th></tr>
<tr><td>Réseau monophasé à trois fils 240 V</td><td>L1, L2 et N</td><td rowspan="2">• UL1741/2016/120 L-N-L<br>• HECO_OHM Rule 14H SDR 1.1/120 L-N-L<br>• CA Rule 21 / 120 L-N-L<br>• NE-ISO / 120 L-N-L</td></tr>
<tr><td>Connexion étoile 208 V</td><td>L1, L2 et N</td></tr>
<tr><td>Couplage triangle 208 V</td><td>L1 et L2</td><td>• UL1741/2016/208 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 208 L-L<br>• NE-ISO / 208 L-L</td></tr>
<tr><td>Couplage triangle 240 V</td><td>L1 et L2</td><td>• UL1741/2016/240 L-L<br>• HECO_OHM Rule 14H SDR 1.1/208 L-L<br>• CA Rule 21 / 240 L-L<br>• NE-ISO / 240 L-L</td></tr>
</table>

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 192 of 235 PageID

## 6.2.2 Raccordement de l'onduleur au réseau électrique public

**Conditions requises :**

- ☐ Toutes les installations électriques doivent être réalisées conformément aux normes électriques en vigueur sur le site et au *National Electrical Code®* ANSI/NFPA 70 ou au *Canadian Electrical Code®* CSA C22.1.
- ☐ Les conditions de raccordement de l'exploitant du réseau doivent être respectées.
- ☐ La tension du réseau doit se trouver dans la plage autorisée. La plage de travail exacte de l'onduleur est définie dans les paramètres de fonctionnement.

**Procédure :**

1. Coupez le disjoncteur AC et sécurisez-le contre tout réenclenchement.
2. Retirez la bande adhésive de l'ouverture du boîtier pour le raccordement AC.
3. Placez le manchon dans l'ouverture et serrez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer les conducteurs dans l'onduleur à travers le tuyau à câbles. Posez les conducteurs dans l'onduleur de sorte qu'ils ne soient pas en contact avec les câbles de communication, le câble du module de construction à DEL ou les autres conducteurs de tension. Si les conducteurs sont trop longs, disposez-les en boucle.
6. Raccordez le conducteur de mise à la terre de l'équipement du réseau électrique public à la borne de mise à la terre de l'équipement :
   - Dénudez le conducteur de mise à la terre de l'équipement sur 18 mm (0,71 in).

   - Enfichez la vis à travers la rondelle de serrage, le serre-câble et la rondelle.
   - Placez le conducteur de mise à la terre de l'équipement entre la rondelle et le serre-câble et vissez la vis (TX 25, couple de serrage : 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb)).
7. Enfichez la plaque à bornes pour le raccordement AC dans le port **AC-out** de l'onduleur et serrez à l'aide d'un tournevis à fente (largeur de lame : 4 mm ($^{5}/_{32}$ in)) (couple de serrage : 0,3 Nm (2,65 in-lb)).

8. Assurez-vous que la plaque à bornes est bien fixée et que les vis sont bien serrées.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 193 of 235 PageID

9. Dénudez les conducteurs L1 et L2 et le cas échéant le conducteur N respectivement sur 18 mm (0,71 in).
10. En cas d'utilisation d'une tresse fine, placez un embout de câblage sur les conducteurs.
11. **Raccordement de conducteurs d'une tresse fine**

    Pour le raccordement de conducteurs d'une tresse fine, chaque point de serrage doit être ouvert.

    - Faites d'abord passer le conducteur jusqu'au verrouillage dans le point de serrage (orifice rond) et insérez ensuite un tournevis à fente (largeur de lame : 4 mm ($^{5}/_{32}$ in)) jusqu'en butée dans l'orifice d'ouverture (orifice carré). Cela ouvre le verrouillage et permet d'introduire le conducteur jusqu'en butée dans le point de serrage de la borne. Après le raccordement, vous devez retirer le tournevis à fente de l'orifice d'ouverture.

12. **⚠ AVERTISSEMENT**

    **Risque d'incendie dû à un raccordement erroné des conducteurs**

    L'introduction des conducteurs dans les orifices d'ouverture (orifices carrés) peut provoquer un incendie après la mise en service de l'onduleur.

13. Branchez les conducteurs à la plaque à bornes pour le raccordement AC :
    - Si un conducteur neutre est présent, raccordez-le à la plaque à bornes en respectant le marquage. Pour cela, faites passer le conducteur dans le point de serrage correspondant (orifice rond) jusqu'en butée.

    - Raccordez les conducteurs L1 et L2 à la plaque à bornes en respectant le marquage. Pour cela, faites passer chaque conducteur dans le point de serrage correspondant (orifice rond) jusqu'en butée.
14. Veillez à ce que les conducteurs soient enfichés jusqu'en butée dans les points de serrage (ouvertures rondes) et non pas dans les orifices d'ouverture (orifices carrés).

FRANÇAIS

15. Assurez-vous que les points de serrage des bornes sont occupées par les bons conducteurs.
16. Assurez-vous que les conducteurs sont enfichés jusqu'à l'isolement dans les points de serrage des bornes.

## 6.3 Raccordement des câbles réseau

**⚠ DANGER**

**Danger de mort par choc électrique en cas de surtension en l'absence de protection contre les surtensions**

En l'absence de protection contre les surtensions, les surtensions (provoquées par exemple par un impact de foudre) peuvent se propager par les câbles réseau ou d'autres câbles de communication dans le bâtiment et dans les appareils raccordés au même réseau. Le contact avec des composants conducteurs ou des câbles peut entraîner la mort ou des blessures mortelles due à un choc électrique.

- Assurez-vous que tous les appareils appartenant au même réseau sont intégrés dans la protection contre les surtensions existante.
- Lors de la pose des câbles réseau à l'extérieur, assurez-vous qu'une protection contre les surtensions adéquate est présente au point de transition des câbles réseau entre le produit à l'extérieur et le réseau à l'intérieur du bâtiment.
- L'interface Ethernet du produit est classée « TNV-1 » et offre une protection contre les surtensions jusqu'à 1,5 kV.

FRANÇAIS

**Matériel supplémentaire nécessaire (non compris dans le contenu de livraison) :**

- 1 à 2 câbles réseau
- Si nécessaire : connecteurs RJ45 confectionnables sur le terrain

**Exigences relatives au câble réseau :**

La longueur et la qualité du câble ont un impact sur la qualité du signal. Tenez compte des spécifications suivantes relatives aux câbles :

☐ Type de câble : 100BaseTx
☐ Catégorie de câble : à partir de Cat5e
☐ Type de fiche : RJ45 de Cat5, Cat5e, ou plus élevé
☐ Blindage : SF/UTP, S/UTP, SF/FTP ou S/FTP
☐ Nombre de paires de conducteurs et section : au moins 2 x 2 x 0,22 mm² (2 x 2 x 24 AWG)
☐ Longueur de câble maximale entre deux participants au réseau en cas d'utilisation de cordons patch : 50 m (164 ft)
☐ Longueur de câble maximale entre deux participants au réseau en cas d'utilisation de câbles d'installation : 100 m (328 ft)
☐ Résistant aux rayons UV en cas de pose en extérieur.

**Procédure :**

1. **⚠ DANGER**

   **Danger de mort par choc électrique**

   • Mettez l'onduleur hors tension (voir chapitre 8, page 219).

2. Retirez le bouchon d'étanchéité de l'ouverture pour le raccordement au réseau au niveau de l'onduleur.
3. Placez le manchon dans l'ouverture et serrez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer une extrémité de chaque câble réseau dans l'onduleur par le tuyau à câbles.
6. Enfichez le connecteur réseau de chaque câble dans l'une des prises réseau du groupe de communication.

7. Tirez légèrement sur le câble pour vous assurer que le connecteur réseau de chaque câble est correctement fixé.
8. Raccordez l'autre extrémité du câble réseau au compteur d'énergie.

FRANÇAIS

## 6.4 Raccordement du relais multifonction

### 6.4.1 Procédure à suivre pour le raccordement du relais multifonction

| Procédure | | Voir |
|---|---|---|
| 1. | Sélectionnez le mode de fonctionnement pour lequel vous souhaitez utiliser le relais multifonction. | Chapitre 6.4.2, page 195 |
| 2. | Raccordez le relais multifonction conformément au mode de fonctionnement et à la variante de raccordement correspondante. | (voir chapitre 6.4.3, page 195) et (voir chapitre 6.4.4, page 198) |
| 3. | Après la mise en service de l'onduleur, modifiez le cas échéant le mode de fonctionnement du relais multifonction. | Manuel d'utilisation dans www.SMA-Solar.com |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 196 of 235 PageID

## 6.4.2 Modes de fonctionnement du relais multifonction

| Mode de fonctionnement du relais multifonction (Mlt.OpMode) | Description |
|---|---|
| **Message de dérangement (FltInd)** | Le relais multifonction commande un dispositif d'affichage (un voyant d'avertissement, par exemple) qui, en fonction du type de raccordement, signale la présence d'une erreur ou le fonctionnement normal de l'onduleur. |
| **Autoconsommation (SelfCsmp)** | Le relais multifonction allume et éteint les appareils consommateurs en fonction de la puissance produite par l'installation. |
| **Commande via la communication (ComCtl)** | Le relais multifonction allume et éteint les appareils consommateurs sur commande via un produit de communication. |
| **Banc de batteries (BatCha)** | Le relais multifonction commande le chargement de batteries en fonction de la puissance produite par l'installation. |
| **Commande de ventilateur (FanCtl)** | Le relais multifonction commande un ventilateur externe en fonction de la température de l'onduleur. |
| **État de commutation du relais de réseau (GriSwCpy)** | L'exploitant du réseau local peut demander qu'un signal lui soit transmis aussitôt qu'un onduleur se connecte au réseau électrique public. Le relais multifonction peut être utilisé pour déclencher ce signal. |

## 6.4.3 Variantes de raccordement

En fonction du mode de fonctionnement que vous aurez choisi, vous devez procéder différemment pour le raccordement.

| Mode de fonctionnement | Variante de raccordement |
|---|---|
| **Message de dérangement (FltInd)** | Utiliser le relais multifonction comme contact indicateur d'anomalie |
| **Autoconsommation (SelfCsmp)** | Commander des appareils consommateurs ou charger des batteries via le relais multifonction |
| **Commande via la communication (ComCtl)** | Commander des appareils consommateurs ou charger des batteries via le relais multifonction |
| **Banc de batteries (BatCha)** | Commander des appareils consommateurs ou charger des batteries via le relais multifonction |
| **Commande de ventilateur (FanCtl)** | Raccorder un ventilateur externe (voir la documentation du ventilateur) |
| **État de commutation du relais de réseau (GriSwCpy)** | Signaler l'état de commutation du relais de réseau |

## Utiliser le relais multifonction comme contact indicateur d'anomalie

Vous pouvez utiliser le relais multifonction comme contact indicateur d'anomalie. Il affichera ou signalera tout dysfonctionnement ou le bon fonctionnement de l'onduleur au moyen d'un dispositif d'affichage approprié. En cas de besoin, vous pouvez raccorder plusieurs onduleurs à un indicateur d'anomalie ou de fonctionnement.

Figure 9 : Plan de raccordement avec plusieurs onduleurs en cas de raccordement d'un indicateur de fonctionnement et en cas de raccordement d'un indicateur d'anomalie (exemple)

FRANÇAIS

### Commander des appareils consommateurs ou charger des batteries via le relais multifonction

Le relais multifonction peut commander des appareils consommateurs ou charger des batteries en fonction de la puissance disponible. Pour cela, vous devez raccorder un contacteur (K1) au relais multifonction. Le contacteur (K1) sert à allumer et éteindre le courant de service pour l'appareil consommateur. Si vous désirez charger des batteries en fonction de la puissance disponible, le contacteur vous permettra d'activer et de désactiver le chargement des batteries.

Figure 10 : Plan de raccordement en cas de raccordement pour la commande d'un appareil consommateur ou pour le chargement de batteries en fonction de la puissance disponible

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 199 of 235 PageID

### Signaler l'état de commutation du relais de réseau

Le relais multifonction peut envoyer un signal à l'exploitant du réseau aussitôt que l'onduleur se connecte au réseau électrique public. Vous devez pour ce faire connecter le relais multifonction à tous les onduleurs en parallèle.

Figure 11 : Plan de raccordement pour le signalement de l'état de commutation du relais du réseau (exemple)

## 6.4.4 Raccordement au relais multifonction

**Matériel supplémentaire nécessaire (non compris dans le contenu de livraison) :**

- ☐ Tuyaux à câbles : 21 mm (0,75 in) ou dimensions inférieures avec raccords de réduction appropriés
- ☐ Manchons étanches à l'eau ou résistants à l'humidité conformes à UL 514B : 21 mm (0,75 in) ou dimensions inférieures avec raccords de réduction appropriés

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 200 of 235 PageID

**Conditions requises :**

☐ Les exigences techniques relatives au relais multifonction doivent être satisfaites (voir chapitre 10, page 223).

☐ Toutes les installations électriques doivent être réalisées conformément aux normes électriques en vigueur sur le site et au *National Electrical Code®* ANSI/NFPA 70 ou au *Canadian Electrical Code®* CSA C22.1.

**Exigences relatives aux conducteurs :**

- Section de conducteur : 0,2 mm² à 1,5 mm² (24 AWG à 16 AWG)
- Le type de conducteur et la filerie doivent être adaptés à l'application et au lieu d'utilisation.

**Procédure :**

1. **⚠ DANGER**

   **Danger de mort dû à de hautes tensions**

   - Assurez-vous que l'onduleur est hors tension (voir chapitre 8, page 219).

2. Retirez le bouchon d'étanchéité de l'ouverture de boîtier pour le raccordement du relais multifonction.
3. Placez le manchon dans l'ouverture et vissez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer les conducteurs dans l'onduleur à travers le tuyau à câbles.
6. Dénudez les conducteurs sur 9 mm (0,35 in) maximum.
7. Raccordez les conducteurs à la plaque à bornes à 3 pôles conformément au plan de raccordement, en fonction du mode de fonctionnement (voir chapitre 6.4.3, page 195). Assurez-vous que les conducteurs sont enfichés jusqu'à l'isolement dans les points de serrage (orifice rond).

8. Branchez la plaque à bornes dans le port **MFR** sur le groupe de communication dans l'onduleur.

9. Assurez-vous que la plaque à bornes est bien serrée.
10. Assurez-vous que tous les connecteurs sont correctement raccordés.
11. Assurez-vous que les conducteurs sont bien serrés dans les points de serrage. Conseil : pour retirer les conducteurs de la plaque à bornes, ouvrez les points de serrage à l'aide d'un outil approprié.

FRANÇAIS

## 6.5 Raccordement de l'interrupteur et de la prise de courant pour le mode d'alimentation de secours

**Les conducteurs neutre et de protection sont reliés de manière fixe**

La sortie de l'alimentation de secours de l'onduleur est équipée avec une connexion permanente et inséparable entre les conducteurs neutre et de protection.

**Ne pas brancher de charge nécessitant une alimentation stable à la prise de courant pour l'alimentation de secours**

Le mode d'alimentation de secours ne doit pas être utilisé pour les charges qui nécessitent une alimentation en courant stable. La puissance disponible en mode d'alimentation de secours dépend du rayonnement solaire sur l'installation photovoltaïque. La puissance peut donc fortement varier ou ne pas être disponible du tout en fonction des conditions météorologiques.

- Ne branchez pas à la prise de courant pour le mode d'alimentation de secours de charges dont le bon fonctionnement dépend d'une alimentation en courant stable.

FRANÇAIS

**Conditions requises :**

☐ Les exigences techniques relatives au raccordement de l'interrupteur et de la prise de courant pour le mode d'alimentation de secours doivent être satisfaites (voir chapitre 10, page 223).

☐ Toutes les installations électriques doivent être réalisées conformément aux normes électriques en vigueur sur le site et au *National Electrical Code®* ANSI/NFPA 70 ou au *Canadian Electrical Code®* CSA C22.1.

**Dispositif à courant différentiel résiduel :**

☐ SMA Solar Technology AG recommande d'installer un dispositif à courant différentiel résiduel de type A (qui se déclenche dès que le courant de défaut est de 30 mA) entre la sortie de l'alimentation des secours de l'onduleur et la prise de courant pour l'alimentation de secours. Respectez ce faisant toutes les normes et directives applicables.

**Matériel supplémentaire nécessaire (non compris dans le contenu de livraison) :**

☐ 1 prise de courant disponible dans le commerce

☐ 1 interrupteur disponible dans le commerce (commutateur d'éclairage par exemple)

☐ Tuyaux à câbles (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)

☐ Manchons listés UL étanches à l'eau ou résistants à l'humidité (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)

**Procédure :**

- Raccordement de la prise de courant pour l'alimentation de secours
- Raccordement de l'interrupteur pour l'alimentation de secours.

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 202 of 235 PageID

## Raccordement de la prise de courant pour l'alimentation de secours

**Exigences relatives aux conducteurs :**

☐ Les conducteurs doivent être dimensionnés en tenant compte de la capacité de charge du courant, des températures assignées, des conditions d'utilisation et des pertes au niveau du câble requises par les normes en vigueur sur le site et selon le *National Electrical Code*® ANSI/NFPA 70 ou le *Canadian Electrical Code*® CSA C22.1.

☐ Type de conducteur : fil de cuivre

☐ Les conducteurs doivent être en fil métallique plein, en tresse ou en tresse fine. En cas d'utilisation de tresse fine, des embouts de câblage doivent être utilisés.

☐ Section de conducteur : 2,5 mm² à 4 mm² (14 AWG à 12 AWG)

☐ Longueur maximale autorisée des conducteurs : 10 m (33 ft)

**Procédure :**

1. Assurez-vous que l'onduleur est hors tension (voir chapitre 8, page 219).
2. Retirez le bouchon d'étanchéité de l'ouverture de boîtier pour le raccordement de la prise de courant pour le mode d'alimentation de secours.
3. Placez le manchon dans l'ouverture et serrez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer les conducteurs dans l'onduleur.
6. Raccordez le conducteur de mise à la terre de l'équipement de la prise de courant pour le mode d'alimentation de secours à une borne de mise à la terre de l'équipement :
   - Dénudez le conducteur de mise à la terre de l'équipement sur 18 mm (0,71 in).
   - Enfichez la vis à travers la rondelle de serrage, le serre-câble et la rondelle.

   - Placez le conducteur de mise à la terre de l'équipement entre la rondelle et le serre-câble et vissez la vis (TX 25, couple de serrage : 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb)).
7. Enfichez la plaque à bornes pour le raccordement de la prise de courant pour l'alimentation de secours dans le port **SPS** de l'onduleur et serrez à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm ($^{9}/_{64}$ in)).

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 203 of 235 PageID

8. Assurez-vous que la plaque à bornes est bien serrée.
9. Dénudez les conducteurs sur 15 mm (0,59 in) maximum.
10. En cas d'utilisation d'une tresse fine, placez un embout de câblage sur les conducteurs L et N.
11. **Raccordement de conducteurs d'une tresse fine**

    Pour le raccordement de conducteurs d'une tresse fine, chaque point de serrage doit être ouvert.

    - Faites d'abord passer le conducteur jusqu'au verrouillage dans le point de serrage (orifice rond) et insérez ensuite un tournevis à fente (largeur de lame : 3,2 mm (1/8 in)) jusqu'en butée dans l'orifice d'ouverture (orifice carré). Cela ouvre le verrouillage et permet d'introduire le conducteur jusqu'en butée dans le point de serrage de la borne. Après le raccordement, vous devez retirer le tournevis à fente de l'orifice d'ouverture.

12. **AVERTISSEMENT**

    **Risque d'incendie dû à un raccordement erroné des conducteurs**

    L'introduction des conducteurs dans les orifices d'ouverture (orifices carrés) peut provoquer un incendie après la mise en service de l'onduleur.

13. Raccordez les conducteurs L et N à la plaque à bornes en respectant le marquage. Pour cela, faites passer chaque conducteur dans le point de serrage correspondant (orifice rond) jusqu'en butée.

14. Veillez à ce que les conducteurs soient enfichés jusqu'en butée dans les points de serrage (ouvertures rondes) et non pas dans les orifices d'ouverture (orifices carrés).

15. Assurez-vous que les points de serrage des bornes sont occupées par les bons conducteurs.
16. Assurez-vous que les conducteurs sont enfichés jusqu'à l'isolement dans les points de serrage des bornes.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 204 of 235 PageID

17. Placez la prise de courant dans la position souhaitée (à côté de l'onduleur ou comme commutateur-prise combiné ou bien à distance réduite de l'onduleur (jusqu'à 10 m (33 ft) max.)).
18. Raccordez l'autre extrémité du câble à la prise de courant directement comme approvisionnement énergétique.

## Raccordement de l'interrupteur pour l'alimentation de secours.

### Exigences relatives aux conducteurs :

☐ Section de conducteur : 0,2 mm² à 2,5 mm² (24 AWG à 14 AWG)
☐ Le type de conducteur et la filerie doivent être adaptés à l'application et au lieu d'utilisation.
☐ Longueur maximale autorisée des conducteurs : 10 m (33 ft)

### Procédure :

1. Assurez-vous que l'onduleur est hors tension (voir chapitre 8, page 219).
2. Retirez le bouchon d'étanchéité de l'ouverture pour le raccordement de l'interrupteur pour le mode d'alimentation de secours.
3. Placez le manchon dans l'ouverture et serrez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer les conducteurs dans l'onduleur.
6. Dénudez les conducteurs sur 6 mm (0,24 in) minimum et sur 10 mm (0,39 in) maximum.
7. Branchez les conducteurs à la plaque à bornes à 2 pôles : Assurez-vous que les conducteurs sont enfichés jusqu'à l'isolement dans les points de serrage.

8. Branchez la plaque à bornes dans le port **SPS** sur le groupe de communication dans l'onduleur.

9. Assurez-vous que la plaque à bornes est bien serrée.
10. Assurez-vous que tous les connecteurs sont correctement raccordés.
11. Assurez-vous que les conducteurs sont bien serrés dans les points de serrage. Conseil : pour retirer les conducteurs de la plaque à bornes, ouvrez les points de serrage à l'aide d'un outil approprié.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 205 of 235 PageID

12. Placez l'interrupteur dans la position souhaitée (à côté de l'onduleur ou à distance réduite de l'onduleur (jusqu'à 10 m (33 ft) max.)).
13. Raccordez l'autre extrémité du câble directement à l'interrupteur.

## 6.6 Raccordement DC

### 6.6.1 Conditions préalables au raccordement DC

**Possibilités de raccordement :**

Un string peut être raccordé à chaque entrée DC de l'onduleur en mode de fonctionnement normal. Il existe toutefois la possibilité d'utiliser les entrées DC A et B en parallèle et ainsi de raccorder jusqu'à 3 strings pour les onduleurs munis de 2 entrées DC et jusqu'à 4 strings pour les onduleurs munis de 3 entrées DC.

Les types d'appareil suivants sont munis de 2 MPP trackers et ainsi de 2 entrées DC (A et B) :

- SB3.0-1SP-US-41
- SB3.8-1SP-US-41

Les types d'appareil suivants sont munis de 3 MPP trackers et ainsi de 3 entrées DC (A, B et C) :

- SB5.0-1SP-US-41
- SB6.0-1SP-US-41
- SB7.0-1SP-US-41
- SB7.7-1SP-US-41

Figure 12 : Vue d'ensemble du raccordement en fonctionnement normal



1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 206 of 235 PageID

Figure 13 : Vue d'ensemble du raccordement en montage en parallèle des entrées DC A et B

**Exigences relatives aux panneaux photovoltaïques par entrée :**

- ☐ Tous les panneaux photovoltaïques doivent être du même type.
- ☐ Tous les panneaux photovoltaïques doivent être orientés dans la même direction et présenter la même inclinaison.
- ☐ Si les entrées A et B sont branchées en parallèle, le même nombre de panneaux photovoltaïques montés en série doit être raccordé à tous les strings des entrées A et B.
- ☐ Les tensions système maximales autorisées pour l'onduleur ne doivent pas être dépassées (voir chapitre 10, page 223).
- ☐ Le courant de court-circuit maximal ne doit pas être dépassé (voir chapitre 10, page 223).

**Matériel supplémentaire nécessaire (non compris dans le contenu de livraison) :**

- ☐ Tuyaux à câbles (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)
- ☐ Manchons listés UL étanches à l'eau ou résistants à l'humidité (taille commerciale : 21 mm (0,75 in) ou de dimensions inférieures avec raccords de réduction appropriés)

**Exigences relatives aux conducteurs DC :**

- ☐ Les conducteurs doivent être dimensionnés en tenant compte de la capacité de charge du courant, des températures assignées, des conditions d'utilisation et des pertes au niveau du câble requises par les normes en vigueur sur le site et selon le *National Electrical Code*® ANSI/NFPA 70 ou le *Canadian Electrical Code*® CSA C22.1.
- ☐ La température maximale autorisée de la plaque à bornes pour le raccordement DC de +90 °C (+194 °F) doit être respectée.
- ☐ Type de conducteur : fil de cuivre
- ☐ Température maximale autorisée : 75 °C (+167 °F) ou 90 °C (194 °F)
- ☐ Les conducteurs doivent être en fil métallique plein, en tresse ou en tresse fine. En cas d'utilisation de tresse fine, des embouts de câblage doivent être utilisés.
- ☐ Section de conducteur : 2,5 mm² à 10 mm² (14 AWG à 8 AWG)

FRANÇAIS

### 6.6.2 Raccordement des panneaux photovoltaïques

**PRUDENCE**

**Détérioration du produit par défaut à la terre côté DC au cours du fonctionnement de l'onduleur**

De par la topologie sans transformateur du produit, l'apparition de défauts à la terre côté DC durant le fonctionnement peut entraîner des dommages irréparables. L'endommagement du produit dû à une installation DC erronée ou endommagée n'est pas couvert par la garantie. Le produit est doté d'un dispositif de protection, qui contrôle exclusivement durant l'opération de démarrage la présence d'un défaut à la terre. Le produit n'est pas protégé durant le fonctionnement.

- Veiller à ce que l'installation DC soit réalisée correctement et qu'aucun défaut à la terre ne survienne durant le fonctionnement.

FRANÇAIS

**Conditions requises :**

☐ La mise à la terre de l'installation photovoltaïque doit être réalisée conformément aux prescriptions du *National Electrical Code®* ANSI/NFPA 70 et l'installateur en est responsable.

☐ Toutes les installations électriques doivent être réalisées conformément aux normes électriques en vigueur sur le site et au *National Electrical Code®* ANSI/NFPA 70 ou au *Canadian Electrical Code®* CSA C22.1.

**Procédure :**

1. **DANGER**

   **Danger de mort dû à de hautes tensions**

   En cas d'ensoleillement, le générateur photovoltaïque produit une tension continue dangereuse dans les conducteurs DC. Le contact avec les conducteurs DC peut entraîner des chocs électriques susceptibles d'entraîner la mort.

   - Si un sectionneur DC externe est présent, ouvrez-le.
   - Assurez-vous que l'interrupteur-sectionneur DC de l'onduleur est sur la position **O**.
   - Assurez-vous qu'aucune tension n'est appliquée sur les entrées DC de l'onduleur.

2. Retirez la bande adhésive de l'ouverture de boîtier pour le raccordement DC. Pour utiliser des ouvertures de boîtier supplémentaires, retirez les bouchons d'étanchéité de ces ouvertures.
3. Placez le manchon dans l'ouverture et serrez-le de l'intérieur avec le contre-écrou.
4. Fixez le tuyau à câbles au manchon.
5. Faites passer les conducteurs dans l'onduleur à travers le tuyau à câbles. Posez les conducteurs dans l'onduleur de sorte qu'ils ne soient pas en contact avec le groupe de communication.
6. Raccordez chaque conducteur de mise à la terre de l'équipement du générateur photovoltaïque à une borne de mise à la terre de l'équipement :
   - Dénudez le conducteur de mise à la terre de l'équipement sur 18 mm (0,71 in).
   - Enfichez la vis à travers la rondelle de serrage, le serre-câble et la rondelle.

- Placez le conducteur de mise à la terre de l'équipement entre la rondelle et le serre-câble et vissez la vis (TX 25, couple de serrage : 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb)). Le conducteur de mise à la terre de l'équipement doit être placé contre un bord intérieur du serre-câble.

- Si 2 conducteurs de mise à la terre de l'équipement doivent être raccordés à une borne de mise à la terre de l'équipement, faites passer les deux conducteurs entre la rondelle et le serre-câble et serrez la vis (TX25, couple de serrage : 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb). Chaque conducteur de mise à la terre de l'équipement doit être placé contre un bord intérieur du serre-câble.

7. Enfichez la plaque à bornes pour le raccordement DC dans le port **DC-in** de l'onduleur.
8. **⚠ DANGER**

   **Danger de mort dû à un arc électrique**

   La plaque à bornes doit être fixée au port avec deux vis. Si la plaque à bornes n'est pas correctement montée et se détache du port, un arc électrique peut se former. Un arc électrique occasionne des brûlures mortelles et peut provoquer un incendie.

   - Fixez la plaque à bornes avec les 2 vis comme décrit ci-après.
9. Serrez les vis de la plaque à bornes à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)) (couple de serrage de 0,3 Nm (2,65 in-lb).

10. Assurez-vous que la plaque à bornes est bien fixée et que les vis sont bien serrées.
11. Dénudez les conducteurs sur 18 mm (0,71 in).
12. En cas d'utilisation d'une tresse fine, placez un embout de câblage sur chaque conducteur.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 209 of 235 PageID

13. **Raccordement de conducteurs d'une tresse fine**

Pour le raccordement de conducteurs d'une tresse fine, chaque point de serrage doit être ouvert.

- Faites d'abord passer le conducteur jusqu'au verrouillage dans le point de serrage (orifice rond) et insérez ensuite un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)) jusqu'en butée dans l'orifice d'ouverture (orifice carré). Cela ouvre le verrouillage et permet d'introduire le conducteur jusqu'en butée dans le point de serrage de la borne. Après le raccordement, vous devez retirer le tournevis à fente de l'orifice d'ouverture.

14. **AVERTISSEMENT**

**Risque d'incendie dû à un raccordement erroné des conducteurs**

L'introduction des conducteurs dans les orifices d'ouverture (orifices carrés) peut provoquer un incendie après la mise en service de l'onduleur.

- Branchez les conducteurs correctement à la plaque à bornes comme décrit ci-dessous.

15. Raccordez les conducteurs à la plaque à bornes en respectant le marquage. Pour cela, faites passer chaque conducteur dans le point de serrage correspondant (orifice rond) jusqu'en butée. Raccordez toujours le pôle positif et le pôle négatif d'un string à la même entrée, et notez que les points de serrage **C+** et **C-** ne doivent pas être occupées pour les onduleurs munis de deux entrées DC.

16. Veillez à ce que les conducteurs soient enfichés jusqu'en butée dans les points de serrage (ouvertures rondes) et non pas dans les orifices d'ouverture (orifices carrés).

17. Assurez-vous que les points de serrage des bornes sont occupées par les bons conducteurs.
18. Assurez-vous que les conducteurs sont enfichés jusqu'à l'isolement dans les points de serrage des bornes.

FRANÇAIS

# 7 Mise en service

## 7.1 Procédure à suivre pour la mise en service

Ce chapitre décrit la procédure à suivre pour mettre l'onduleur en service et vous donne une vue d'ensemble des opérations que vous devrez effectuer en veillant toujours à respecter l'ordre indiqué.

**Mise en service d'un onduleur, enregistré dans un appareil de communication**

Lorsque l'onduleur est enregistré dans un appareil de communication, ce dernier (p. ex. SMA Data Manager) est l'unité pour la configuration du système global. La configuration est transmise à tous les onduleurs dans l'installation. Le mot de passe de l'installation attribué par l'appareil de communication est également le mot de passe de l'interface utilisateur de l'onduleur.

- Mettez l'onduleur en service (voir chapitre 7.2, page 210).
- Procéder à la première configuration de l'onduleur via l'appareil de communication. La configuration est transmise à l'onduleur et les réglages de ce dernier sont écrasés.
- Désactiver la fonction Webconnect de l'onduleur via le Sunny Portal. Vous empêchez ainsi des tentatives de connexion inutiles de l'onduleur avec le Sunny Portal.

| Procédure | | Voir |
|---|---|---|
| 1. | Mettez l'onduleur en service. | Chapitre 7.2, page 210 |
| 2. | Connectez-vous à l'interface utilisateur de l'onduleur. Pour cela, vous avez le choix entre différentes options de connexion :<br>• Connexion directe par réseau local sans fil<br>• Connexion directe par Ethernet<br>• Établissement d'une connexion par WLAN sans fil sur le réseau local<br>• Connexion Ethernet sur le réseau local | Chapitre 7.3, page 211 |
| 3. | Identifiez-vous sur l'interface utilisateur. | Chapitre 7.4, page 216 |
| 4. | Sélectionnez l'option pour la configuration de l'onduleur. Notez que pour modifier les paramètres relevant du réseau après les 10 premières heures d'injection ou après la fin de l'assistant d'installation, vous aurez besoin du code SMA Grid Guard. Le code SMA Grid Guard peut être demandé via l'Online Service Center. | Chapitre 7.5, page 217 |
| 5. | Assurez-vous que le jeu de données régionales est correctement paramétré. | Manuel d'utilisation de l'onduleur |
| 6. | Procédez à d'autres réglages de l'onduleur si nécessaire. | Manuel d'utilisation de l'onduleur |

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 211 of 235 PageID

## 7.2 Mise en service de l’onduleur

**Conditions requises :**

- ☐ Le disjoncteur miniature AC doit être correctement dimensionné et installé.
- ☐ Un dispositif de déconnexion de l’onduleur des panneaux photovoltaïques doit être disponible.
- ☐ Le produit doit être montée correctement.
- ☐ Tous les conducteurs doivent être correctement branchés.
- ☐ Les ouvertures de boîtier non utilisées doivent être obturées avec des bouchons d’étanchéité.

**Procédure :**

1. Guidez le couvercle du boîtier sur la Connection Unit et branchez le câble plat dans la prise du groupe de communication.

2. Assurez-vous que le câble plat est bien enfiché dans les embases.
3. Placez le couvercle du boîtier de la Connection Unit en biais sur le bord supérieur, appuyez vers le bas et vissez les 6 vis en croix (TX 25, couple de serrage : 3 Nm ± 0,3 Nm (26,55 in-lb ± 2,65 in-lb)).

4. Positionnez l’interrupteur-sectionneur DC de l’onduleur sur la position **I**.

FRANÇAIS



5. Activez le disjoncteur miniature AC.
   - ☑ Les 3 DEL s'allument et l'écran s'éclaire. La phase de démarrage commence.
   - ☑ Au bout d'environ 90 secondes, les 3 DEL s'éteignent et l'écran affiche successivement différents messages avec des données de l'onduleur.
   - ☑ En fonction de la puissance disponible, la DEL verte clignote ou reste allumée. L'onduleur alimente le réseau.
6. Si les DEL ne s'allument pas et si l'écran reste sombre il se peut que le câble plat ne soit pas correctement enfiché entre le module de construction dans le couvercle de boîtier et le groupe de communication dans l'onduleur. Assurez-vous que le câble plat est bien enfiché dans les embases.
7. Si la DEL verte clignote toujours, cela veut dire que les conditions de démarrage du mode d'injection ne sont pas encore remplies. Dès que les conditions pour le mode d'injection sont remplies, l'onduleur commence l'injection et la DEL verte s'allume durablement ou clignote en fonction de la puissance disponible.
8. Si la DEL rouge est allumée, cela signifie qu'une erreur est survenue. Éliminez l'erreur (recherche d'erreurs, voir manuel d'utilisation sur www.SMA-Solar.com).

## 7.3 Établissement d'une liaison à l'interface utilisateur

### 7.3.1 Établissement d'une connexion directe par Ethernet

**Conditions requises :**

- ☐ Le produit doit avoir été mis en service.
- ☐ Un terminal intelligent (un ordinateur portable par ex.) avec interface Ethernet est nécessaire.
- ☐ Le produit doit être directement raccordé au terminal intelligent.
- ☐ L'un des navigateurs Web suivants doit être installé dans sa version actuelle sur le terminal intelligent : Chrome, Edge, Firefox ou Safari.
- ☐ Pour modifier les paramètres importants pour le réseau une fois les 10 premières heures d'injection écoulées ou après exécution de l'assistant d'installation, le code SMA Grid Guard de l'installateur est nécessaire. Le code SMA Grid Guard peut être demandé via l'Online Service Center.

**i Adresse IP de l'onduleur**

- Adresse IP par défaut de l'onduleur pour la connexion directe par Ethernet : **169.254.12.3**

**Procédure :**

1. Tapotez sur le couvercle du boîtier de la Connection Unit et faites défiler les messages jusqu'à **E-IP: 169.254.xxx.xxx**.
2. Relevez l'adresse IP affichée pour la connexion directe par Ethernet et notez-la.
3. Ouvrez le navigateur Web de votre terminal intelligent, saisissez l'adresse IP dans la barre d'adresse.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 213 of 235 PageID

4. **Le navigateur Web signale une faille de sécurité**

   Une fois l'adresse IP saisie, une remarque peut apparaître, indiquant que la connexion avec l'interface utilisateur n'est pas sûre. SMA Solar Technology AG garantit la sécurité de l'interface utilisateur.

   - Poursuivez le chargement de l'interface utilisateur.

☑ La page de connexion à l'interface utilisateur s'ouvre.

### 7.3.2 Établissement d'une connexion par réseau local sans fil

Vous disposez de plusieurs options pour connecter le produit à un terminal. La marche à suivre peut varier en fonction du terminal. Si les procédures décrites ne correspondent pas à votre terminal, établissez une connexion directe via un réseau local sans fil en suivant les instructions figurant dans le mode d'emploi de votre terminal.

Vous avez le choix entre les options de connexion suivantes :

- Connexion avec WPS
- Connexion avec recherche réseau WLAN

**Conditions requises :**

☐ Le produit doit avoir été mis en service.

☐ Un terminal intelligent (smartphone, tablette ou ordinateur portable) est nécessaire.

☐ L'un des navigateurs Web suivants doit être installé dans sa version actuelle sur le terminal intelligent : Chrome, Edge, Firefox ou Safari.

☐ JavaScript doit être activé dans le navigateur Web du terminal intelligent.

☐ Pour modifier les paramètres importants pour le réseau une fois les 10 premières heures d'injection écoulées ou après exécution de l'assistant d'installation, le code SMA Grid Guard de l'installateur est nécessaire. Le code SMA Grid Guard peut être demandé via l'Online Service Center.

**SSID, adresse IP et mot de passe du réseau local sans fil**

- SSID dans le réseau local sans fil : **SMA[numéro de série]** (par exemple : SMA0123456789)
- Mot de passe WLAN spécifique à l'appareil : voir clé WPA2-PSK sur la plaque signalétique du produit ou au dos du manuel fourni
- Adresse d'accès par défaut pour la connexion directe par WLAN en dehors d'un réseau local : **https://smalogin.net** ou **192.168.12.3**

**L'importation et l'exportation de fichiers vers et depuis des terminaux intelligents avec système d'exploitation iOS ne sont pas possibles**

Pour des raisons techniques, l'importation et l'exportation des fichiers dans le cas de terminaux intelligents avec système d'exploitation iOS (l'importation d'une configuration d'onduleur, l'enregistrement de la configuration actuelle de l'onduleur ou l'exportation des événements et des paramètres, par exemple) n'est pas possible.

- Pour l'importation et l'exportation de fichiers, utilisez un terminal intelligent sans système d'exploitation iOS.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 214 of 235 PageID

## Connexion avec WPS

**Condition requise :**

☐ Le terminal doit avoir une fonction WPS.

**Procédure :**

1. Activez la fonction WPS sur l'onduleur. Pour cela, tapotez deux fois consécutivement sur le couvercle du boîtier de la Connection Unit.
   ☑ La DEL bleue clignote rapidement pendant env. 2 minutes. La fonction WPS est activée pendant ce temps.
2. Activez la fonction WPS sur votre terminal.
3. Si le navigateur Web du terminal intelligent ne s'ouvre pas automatiquement et que la page de connexion de l'interface utilisateur ne s'affiche pas, ouvrez le navigateur Web et entrez **https://smalogin.net** dans la barre d'adresse.

## Connexion avec recherche réseau WLAN

1. Recherchez les réseaux WLAN sur votre terminal.
2. Dans la liste des réseaux sans fil trouvés, sélectionnez le SSID du produit **SMA[numéro de série]**
3. Saisir le mot de passe WLAN spécifique à l'appareil (voir clé WPA2-PSK sur la plaque signalétique du produit ou au dos du manuel fourni).
4. Ouvrez le navigateur Web de votre terminal intelligent et entrez **https://smalogin.net** dans la barre d'adresse du navigateur Web.
   ☑ La page de connexion à l'interface utilisateur s'affiche.
5. Si la page de connexion de l'interface utilisateur ne s'ouvre pas, entrez l'adresse IP **192.168.12.3** ou, si votre terminal intelligent prend en charge les services mDNS, entrez **SMA[numéro de série].local** ou **https://SMA[numéro de série]** dans la barre d'adresse du navigateur Web et appuyez sur la touche Entrée.

FRANÇAIS

### 7.3.3 Établissement d'une connexion par Ethernet sur le réseau local

**Nouvelle adresse IP en cas de connexion avec un réseau local**

Si le produit est relié à un réseau local (par exemple par l'intermédiaire d'un routeur), une nouvelle adresse IP est attribuée au produit. En fonction du type de configuration, la nouvelle adresse IP est attribuée soit automatiquement par le serveur DHCP (routeur), soit manuellement par vous-même. Une fois la configuration achevée, le produit n'est plus accessible que par l'intermédiaire des adresses d'accès suivantes :

- Adresse d'accès générale : adresse IP attribuée manuellement ou par le serveur DHCP (routeur). Pour connaître l'adresse, voir logiciel d'analyse du réseau ou configuration du réseau du routeur.
- Adresse d'accès pour les systèmes Apple et Linux : **SMA[numéro de série].local** (par ex. SMA0123456789.local)
- Adresse d'accès pour les systèmes Windows et Android : **https://SMA[numéro de série]** (par ex. https://SMA0123456789)

FRANÇAIS

**Conditions requises :**

☐ Le produit doit être relié au réseau local par un câble réseau (par exemple par l'intermédiaire d'un routeur).

☐ Le produit doit être intégré dans le réseau local. Conseil : vous avez différentes possibilités pour intégrer le produit dans le réseau local à l'aide de l'assistant d'installation.

☐ Un terminal intelligent (smartphone, tablette ou ordinateur portable) est nécessaire.

☐ Le terminal intelligent doit se trouver dans le même réseau local que celui du produit.

☐ L'un des navigateurs Web suivants doit être installé dans sa version actuelle sur le terminal intelligent : Chrome, Edge, Firefox ou Safari.

☐ Pour modifier les paramètres importants pour le réseau une fois les 10 premières heures d'injection écoulées ou après exécution de l'assistant d'installation, le code SMA Grid Guard de l'installateur est nécessaire. Le code SMA Grid Guard peut être demandé via l'Online Service Center.

**Procédure :**

1. Ouvrez le navigateur Web de votre terminal intelligent, saisissez l'adresse IP dans la barre d'adresse du produit.
2. **Le navigateur Web signale une faille de sécurité**

   Une fois l'adresse IP saisie, une remarque peut apparaître, indiquant que la connexion avec l'interface utilisateur n'est pas sûre. SMA Solar Technology AG garantit la sécurité de l'interface utilisateur.

   - Poursuivez le chargement de l'interface utilisateur.

☑ La page de connexion à l'interface utilisateur s'ouvre.

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 216 of 235 PageID

### 7.3.4 Établissement d'une connexion par WLAN sur le réseau local

**Nouvelle adresse IP en cas de connexion avec un réseau local**

Si le produit est relié à un réseau local (par exemple par l'intermédiaire d'un routeur), une nouvelle adresse IP est attribuée au produit. En fonction du type de configuration, la nouvelle adresse IP est attribuée soit automatiquement par le serveur DHCP (routeur), soit manuellement par vous-même. Une fois la configuration achevée, le produit n'est plus accessible que par l'intermédiaire des adresses d'accès suivantes :

- Adresse d'accès générale : adresse IP attribuée manuellement ou par le serveur DHCP (routeur). Pour connaître l'adresse, voir logiciel d'analyse du réseau ou configuration du réseau du routeur.
- Adresse d'accès pour les systèmes Apple et Linux : **SMA[numéro de série].local** (par ex. SMA0123456789.local)
- Adresse d'accès pour les systèmes Windows et Android : **https://SMA[numéro de série]** (par ex. https://SMA0123456789)

**Conditions requises :**

☐ Le produit doit avoir été mis en service.

☐ Le produit doit être intégré dans le réseau local. Conseil : vous avez différentes possibilités pour intégrer le produit dans le réseau local à l'aide de l'assistant d'installation.

☐ Un terminal intelligent (smartphone, tablette ou ordinateur portable) est nécessaire.

☐ Le terminal intelligent doit se trouver dans le même réseau local que celui du produit.

☐ L'un des navigateurs Web suivants doit être installé dans sa version actuelle sur le terminal intelligent : Chrome, Edge, Firefox ou Safari.

☐ Pour modifier les paramètres importants pour le réseau une fois les 10 premières heures d'injection écoulées ou après exécution de l'assistant d'installation, le code SMA Grid Guard de l'installateur est nécessaire. Le code SMA Grid Guard peut être demandé via l'Online Service Center.

**L'importation et l'exportation de fichiers vers et depuis des terminaux intelligents avec système d'exploitation iOS ne sont pas possibles**

Pour des raisons techniques, l'importation et l'exportation des fichiers dans le cas de terminaux intelligents avec système d'exploitation iOS (l'importation d'une configuration d'onduleur, l'enregistrement de la configuration actuelle de l'onduleur ou l'exportation des événements et des paramètres, par exemple) n'est pas possible.

- Pour l'importation et l'exportation de fichiers, utilisez un terminal intelligent sans système d'exploitation iOS.

**Procédure :**

- Saisissez l'adresse IP du produit dans la barre d'adresse du navigateur Web.
  ☑ La page de connexion à l'interface utilisateur s'ouvre.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 217 of 235 PageID

## 7.4 Connexion à l’interface utilisateur

Une fois la liaison avec l’interface utilisateur de l’onduleur établie, la page de connexion s’ouvre. Identifiez-vous à l’interface utilisateur en procédant comme suit.

**i Attribution de mot de passe pour l’utilisateur et l’installateur**

Si l’interface utilisateur est chargée pour la première fois, les mots de passe pour les groupes utilisateurs **Installateur** et **Utilisateur** doivent être attribués. Si l’onduleur a été enregistré dans un appareil de communication (par ex. SMA Data Manager) et que le mot de passe a été attribué, le mot de passe de l’installation est en même temps aussi le mot de passe d’installateur. Dans ce cas, seul le mot de passe doit être attribué.

- Si vous attribuez le mot de passe utilisateur en tant que personnel qualifié, ne transmettez le mot de passe qu’aux personnes qui doivent charger les données de l’onduleur via l’interface utilisateur.
- Si vous attribuez le mot de passe d’installateur en tant qu’utilisateur, ne transmettez le mot de passe qu’aux personnes qui doivent recevoir des droits d’accès à l’installation.

**i Mot de passe d'installateur pour les onduleurs qui sont enregistrés dans un appareil de communication ou dans le Sunny Portal.**

Pour que l'onduleur puisse être enregistré dans un appareil de communication (par ex. SMA Data Manager) ou dans une installation Sunny Portal, le mot de passe du groupe d'utilisateurs **Installateur** et le mot de passe de l'installation doivent correspondre. Si vous définissez via l’interface utilisateur de l’onduleur un mot de passe pour le groupe d’utilisateurs **Installateur**, ce mot de passe doit correspondre au mot de passe de l’installation.

- Affecter le même mot de passe d'installateur à tous les appareils SMA de l'installation.

**Procédure :**

1. Dans la liste déroulante **Langue**, sélectionnez la langue souhaitée.
2. Dans le champ **Mot de passe**, entrez un nouveau mot de passe pour le groupe d’utilisateurs **Utilisateur**.
3. Dans le champ **Confirmer le mot de passe**, entrez à nouveau le nouveau mot de passe.
4. Sélectionner **Enregistrer**.
5. Dans le champ **Nouveau mot de passe**, entrez un mot de passe pour le groupe d’utilisateurs **Installateur**. Affectez le même mot de passe à tous les appareils SMA qui doivent être enregistrés dans une installation. Le mot de passe d’installateur est en même temps le mot de passe de l'installation.
6. Dans le champ **Confirmer le mot de passe**, entrez à nouveau le nouveau mot de passe.
7. Sélectionner [**Sauvegarder et connexion**].

☑ La page **Configuration de l’onduleur** s’ouvre.

## 7.5 Sélection de l'option de configuration

Une fois que vous avez entré le mot de passe pour les groupes d'utilisateurs **Installateur** et **Utilisateur**, et que vous vous êtes connecté en tant que **Installateur**, la page **Configuration de l'onduleur** s'ouvre.

Figure 14 : Structure de la page **Configuration de l'onduleur**

| Position | Désignation | Signification |
|---|---|---|
| A | Informations sur les appareils | Affiche les informations suivantes :<br>• Nom de l'appareil<br>• Numéro de série de l'onduleur<br>• Version du micrologiciel de l'onduleur |
| B | Informations utilisateur | Offre de brèves informations sur les options de configuration affichées |
| C | Ignorer la configuration | Offre la possibilité de passer l'étape de configuration et d'accéder directement à l'interface utilisateur (non recommandé) |
| D | Champ de sélection | Permet de choisir de ne plus afficher la page à la prochaine ouverture de l'interface utilisateur |
| E | Options de configuration | Offre une sélection des différentes options de configuration |

**Options de configuration :**

Différentes options de configuration sont proposées sur la page **Configuration de l'onduleur**. Sélectionnez l'une des options et procédez comme suit pour l'option sélectionnée. SMA Solar Technology AG vous recommande d'utiliser l'assistant d'installation pour procéder à la configuration. Vous vous assurez ainsi que tous les paramètres importants pour le fonctionnement optimal de l'onduleur seront configurés.

- Importation de la configuration depuis un fichier

- Configuration avec assistant d'installation (recommandée)
- Configuration manuelle

### Importation de la configuration depuis un fichier

Vous pouvez importer la configuration de l'onduleur depuis un fichier. Pour cela, vous devez disposer d'une configuration d'onduleur enregistrée dans un fichier.

**Procédure :**

1. Sélectionnez l'option de configuration **Importation de la configuration depuis un fichier**.
2. Cliquez sur [**Parcourir...**] et sélectionnez le fichier souhaité.
3. Sélectionnez [**Importer le fichier**].

### Configuration avec assistant d'installation (recommandée)

1. Sélectionnez l'option de configuration **Configuration avec assistant d'installation**.
   ☑ L'assistant d'installation s'ouvre.
2. Suivez les étapes de l'assistant d'installation et procédez aux réglages pour votre installation.
3. Pour chaque réglage effectué à une étape, cliquez sur [**Enregistrer et continuer**].
   ☑ À la dernière étape, tous les réglages effectués sont affichés dans un récapitulatif.
4. Pour corriger les réglages effectués, cliquez sur [**Précédent**] jusqu'à revenir à l'étape souhaitée, corrigez les réglages et cliquez sur [**Enregistrer et continuer**].
5. Quand tous les réglages sont corrects, cliquez sur [**Suivant**] dans le récapitulatif.
6. Pour enregistrer les réglages dans un fichier, cliquez sur [**Exporter le récapitulatif**] et enregistrez le fichier sur votre terminal intelligent.
7. Pour exporter tous les paramètres et leurs réglages, cliquez sur [**Exporter tous les paramètres**]. Tous les paramètres et leurs réglages sont exportés dans un fichier HTML.

☑ La page d'accueil de l'interface utilisateur s'ouvre.

### Configuration manuelle

Vous pouvez configurer manuellement l'onduleur en réglant les paramètres souhaités.

**Procédure :**

1. Sélectionnez l'option de configuration **Configuration manuelle**.
   ☑ Le menu **Paramètres de l'appareil** s'ouvre sur l'interface utilisateur et tous les groupes de paramètres disponibles pour l'onduleur s'affichent.
2. Cliquez sur [**Modifier les paramètres**].
3. Sélectionnez le groupe de paramètres souhaité.
   ☑ Tous les paramètres du groupe de paramètres s'affichent.
4. Réglez les paramètres souhaités.
5. Cliquez sur [**Enregistrer tout**].

☑ Les paramètres de l'onduleur sont réglés.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 220 of 235 PageID

# 8 Mise hors tension de l’onduleur

Avant toute intervention sur le produit, mettez toujours ce dernier hors tension comme décrit dans ce chapitre. Pour cela, respectez toujours l’ordre prescrit.

**⚠ DANGER**

**Danger de mort par choc électrique en cas de contact avec des conducteurs DC**

En cas d’ensoleillement, le générateur photovoltaïque produit une tension continue dangereuse. Même si l’interrupteur-sectionneur DC de l’onduleur est en position **O**, une tension continue dangereuse subsiste sur les conducteurs DC et sur la plaque à bornes **DC-in** dans la Connection Unit. Le contact avec des conducteurs DC sous tension entraîne des blessures graves, voire la mort par choc électrique.

- Si un sectionneur DC externe est présent, ouvrez-le.
- Laissez la plaque à bornes **DC-in** enfichée dans la Connection Unit et touchez-la uniquement au niveau du boîtier noir.

**⚠ AVERTISSEMENT**

**Danger de mort par choc électrique lors de la destruction d’un appareil de mesure due à une surtension**

Une surtension peut endommager un appareil de mesure et créer une tension au niveau du boîtier de l’appareil de mesure. Le contact avec le boîtier sous tension de l’appareil de mesure entraîne des blessures graves, voire la mort par choc électrique.

- Utilisez exclusivement des appareils de mesure avec une plage de tension d’entrée DC d’au moins 600 V ou supérieure.

**Procédure :**

1. Coupez le disjoncteur AC et sécurisez-le contre tout réenclenchement.
2. Positionnez l’interrupteur-sectionneur DC de l’onduleur sur **O**.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 221 of 235 PageID

3. Sécurisez l'interrupteur-sectionneur DC contre toute remise en marche à l'aide d'un cadenas adapté.

4. Si vous utilisez le relais multifonction, désactivez, le cas échéant, la tension d'alimentation de la charge.
5. Attendez que les DEL s'éteignent.
6. Dévissez les 6 vis du couvercle du boîtier de la Connection Unit et retirez le couvercle du boîtier en le tirant vers l'avant avec précaution (TX 25). Notez que le module de construction à DEL sur le couvercle du boîtier et le groupe de communication dans l'onduleur sont reliés par un câble plat.
7. Retirez du groupe de communication le câble plat qui relie le module de construction à DEL dans le couvercle de boîtier avec le groupe de communication.

8. Assurez-vous de l'absence de courant au niveau de tous les conducteurs DC à l'aide d'une pince ampèremétrique.
9. À l'aide d'un appareil de mesure adapté, vérifiez que la plaque à bornes **AC-out** entre **L1** et **N** et entre **L2** et **N** est bien hors tension. Pour ce faire, insérez la pointe de contrôle dans l'ouverture carrée de la borne.
10. À l'aide d'un appareil de mesure adapté, vérifiez que la plaque à bornes **AC-out** entre **L1** et le conducteur de mise à la terre de l'équipement et entre **L2** et le conducteur de mise à la terre de l'équipement est bien hors tension. Pour ce faire, insérez la pointe de contrôle dans l'ouverture carrée de la borne.

FRANÇAIS

Case 1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 222 of 235 PageID

# 9 Mise hors service de l'onduleur

Pour mettre définitivement hors service l'onduleur à la fin de sa durée de vie, procédez comme décrit dans ce chapitre.

**⚠ ATTENTION**

**Risque de blessure dû au poids du produit**

Il existe un risque de blessure en cas de soulèvement incorrect et de chute du produit lors du transport et du montage.

- Le produit doit être transporté et soulevé avec précaution. Prenez en compte le poids du produit.
- Portez toujours un équipement de protection individuelle adapté lors de toute intervention sur le produit.

**Procédure :**

1. **⚠ DANGER**

   **Danger de mort dû à de hautes tensions**

   - Mettez l'onduleur hors tension (voir chapitre 8, page 219).
2. Retirez les conducteurs DC de la plaque à bornes **DC-in**. Pour retirer les conducteurs des bornes, ouvrez les bornes à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)). Touchez la plaque à bornes uniquement au niveau du boîtier noir.
3. Desserrez les vis de la plaque à bornes **DC-in** à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)) et retirez la plaque à bornes du port. Touchez la plaque à bornes uniquement au niveau du boîtier noir.
4. Retirez le conducteur AC L1, L2 et le cas échéant N de la plaque à bornes **AC-out**. Pour retirer les conducteurs des bornes, ouvrez les bornes à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)).
5. Desserrez les vis de la plaque à bornes **AC-out** à l'aide d'un tournevis à fente (largeur de lame : 3,5 mm (0,14 in)) et retirez la plaque à bornes du port.
6. Retirez tous les conducteurs de mise à la terre de l'équipement des bornes de mise à la terre de l'équipement. Pour cela, desserrez respectivement la vis (TX 25) et retirez le conducteur de mise à la terre de l'équipement de l'onduleur, puis resserrez la vis (TX 25).
7. Retirez du groupe de communication le câble plat qui relie le groupe de communication à la Power Unit et enfichez le câble plat dans le port **COM** de la Power Unit.
8. Retirez tous les câbles de raccordement du groupe de communication. Conseil : pour retirer les câbles des fiches, ouvrez les points d'introduction des conducteurs à l'aide d'un outil approprié.
9. Retirez de l'onduleur tous les tuyaux à câbles avec les conducteurs. Pour cela, dévissez les manchons de l'intérieur et retirez-les des ouvertures de boîtier.
10. Obturez toutes les ouvertures de boîtier avec des bouchons d'étanchéité.
11. Desserrez 2 vis à droite et à gauche sur le côté de la Power Unit (TX25) et conservez les vis. Ainsi, la Power Unit et la Connection Unit ne sont plus connectées entre elles.

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 223 of 235 PageID

12. Desserrez la Power Unit et retirez-la de la Connection Unit.
13. Dévissez toutes les vis qui fixent la Connection Unit.
14. Retirez la Connection Unit.
15. Rapprochez la Connection Unit de la Power Unit. Les trous de vis des côtés gauche et droit de la Power Unit doivent être alignés avec ceux de la Connection Unit et les câbles qui dépassent de la Power Unit ne doivent pas rester coincés.
16. Serrez les 2 vis à droite et à gauche sur le côté de la Power Unit (TX 25, à un couple de serrage de 6 Nm ± 0,3 Nm (53 in-lb ± 2,65 in-lb)).
17. Guidez le couvercle du boîtier sur la Connection Unit et branchez le câble de l'écran dans la prise du groupe de communication.
18. Assurez-vous que les deux extrémités du câble de l'écran sont bien enfichées dans les embases.
19. Placez le couvercle du boîtier de la Connection Unit sur le boîtier et vissez les 6 vis en croix (TX 25, couple de serrage de 3 Nm ± 0,3 Nm (26,55 in-lb ± 2,65 in-lb)).
20. Si l'onduleur doit être stocké ou expédié, emballez l'onduleur. Utilisez pour cela l'emballage d'origine ou un emballage adapté au poids et à la taille de l'onduleur et sécurisez-le avec des sangles le cas échéant.
21. Si l'onduleur doit être éliminé, éliminez-le conformément aux prescriptions d'élimination en vigueur pour les déchets d'équipements électriques et électroniques.

# 10 Caractéristiques techniques

## 10.1 DC/AC

### 10.1.1 Sunny Boy 3.0-US / 3.8-US / 5.0-US

**Entrée DC**

|  | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Puissance maximale du générateur | 4800 Wc | 6080 Wc | 8000 Wc |
| Tension d'entrée maximale | 600 V | 600 V | 600 V |
| Plage de tension MPP | 100 V à 550 V | 100 V à 550 V | 100 V à 550 V |
| Tension d'entrée assignée | 155 V à 480 V | 195 V à 480 V | 220 V à 480 V |
| Tension d'entrée minimum | 100 V | 100 V | 100 V |
| Tension d'entrée de démarrage | 125 V | 125 V | 125 V |
| Courant d'entrée maximal par entrée | 10 A | 10 A | 10 A |
| Courant de court-circuit maximal, par entrée | 18 A | 18 A | 18 A |
| Courant de retour maximal vers l'entrée | 0 A | 0 A | 0 A |
| Nombre d'entrées MPP indépendantes | 2 | 2 | 3 |

**Sortie AC**

|  | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Puissance assignée à 208 V | 3000 W | 3328 W | 5000 W |
| Puissance assignée à 240 V | 3000 W | 3800 W | 5000 W |
| Puissance apparente AC maximale à 208 V | 3000 VA | 3328 VA | 5000 VA |

FRANÇAIS

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 225 of 235 PageID

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Puissance apparente AC maximale à 240 V | 3000 VA | 3800 VA | 5000 VA |
| Tension de réseau assignée | 208 V / 240 V | 208 V / 240 V | 208 V / 240 V |
| Plage de tension AC à 208 V | 183 V à 229 V | 183 V à 229 V | 183 V à 229 V |
| Plage de tension AC à 240 V | 211 V à 264 V | 211 V à 264 V | 211 V à 264 V |
| Courant nominal AC à 208 V | 14,4 A | 16 A | 24 A |
| Courant nominal AC à 240 V | 12,5 A | 15,8 A | 21 A |
| Courant de sortie maximal à 208 V | 14,5 A | 16 A | 24 A |
| Courant de sortie maximal à 240 V | 12,5 A | 15,8 A | 21 A |
| Taux de distorsion harmonique du courant de sortie | <4 % | <4 % | <4 % |
| Courant de défaut maximal à la sortie | 30,4 A | 30,4 A | 30,4 A |
| Durée du courant de défaut maximal à la sortie | 250 ms | 250 ms | 250 ms |
| Caractéristiques de synchronisation réseau/courant d'appel | Méthode 2/2,4 A | Méthode 2/2,4 A | Méthode 2/2,4 A |
| Fréquence de réseau assignée | 60 Hz | 60 Hz | 60 Hz |
| Plage de travail pour une fréquence du réseau AC de 60 Hz | 59,3 Hz à 60,5 Hz | 59,3 Hz à 60,5 Hz | 59,3 Hz à 60,5 Hz |
| Puissance de sortie à +60 °C (+140 °F) | > 3300 W | > 3300 W | > 3300 W |
| Facteur de puissance pour la puissance assignée | 1 | 1 | 1 |

1:22-cv-00915-VAC Document 1-9 Filed 07/11/22 Page 226 of 235 PageID

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Plage du facteur de déphasage, réglable | $0{,}8_{inductif}$ à $0{,}8_{capacitif}$ | $0{,}8_{inductif}$ à $0{,}8_{capacitif}$ | $0{,}8_{inductif}$ à $0{,}8_{capacitif}$ |
| Phases d'injection | 1 | 1 | 1 |
| Phases de raccordement | 2 | 2 | 2 |
| Catégorie de surtension selon UL 1741 | IV | IV | IV |

### Rendement

| | SB3.0-1SP-US-41 | SB3.8-1SP-US-41 | SB5.0-1SP-US-41 |
|---|---|---|---|
| Rendement maximal à 208 V, $\eta_{max}$ | 97,2 % | 97,3 % | 97,3 % |
| Rendement CEC à 208 V, $\eta_{CEC}$ | 96 % | 96,5 % | 96,5 % |
| Rendement maximal à 240 V, $\eta_{max}$ | 97,6 % | 97,6 % | 97,6 % |
| Rendement CEC à 240 V, $\eta_{CEC}$ | 96,5 % | 96,5 % | 97,0 % |

## 10.1.2 Sunny Boy 6.0-US / 7.0-US / 7.7-US

### Entrée DC

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Puissance maximale du générateur | 9600 Wc | 11200 Wc | 12320 Wc |
| Tension d'entrée maximale | 600 V | 600 V | 600 V |
| Plage de tension MPP | 100 V à 550 V | 100 V à 550 V | 100 V à 550 V |
| Tension d'entrée assignée | 220 V à 480 V | 245 V à 480 V | 270 V à 480 V |
| Tension d'entrée minimum | 100 V | 100 V | 100 V |
| Tension d'entrée de démarrage | 125 V | 125 V | 125 V |
| Courant d'entrée maximal par entrée | 10 A | 10 A | 10 A |

FRANÇAIS

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Courant de court-circuit maximal, par entrée | 18 A | 18 A | 18 A |
| Courant de retour maximal vers l'entrée | 0 A | 0 A | 0 A |
| Nombre d'entrées MPP indépendantes | 3 | 3 | 3 |

### Sortie AC

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Puissance assignée à 208 V | 5200 W | 6650 W | 6650 W |
| Puissance assignée à 240 V | 6000 W | 7000 W | 7680 W |
| Puissance apparente AC maximale à 208 V | 5200 VA | 6650 VA | 6650 VA |
| Puissance apparente AC maximale à 240 V | 6000 VA | 7000 VA | 7680 VA |
| Tension de réseau assignée | 208 V / 240 V | 208 V / 240 V | 208 V / 240 V |
| Plage de tension AC à 208 V | 183 V à 229 V | 183 V à 229 V | 183 V à 229 V |
| Plage de tension AC à 240 V | 211 V à 264 V | 211 V à 264 V | 211 V à 264 V |
| Courant nominal AC à 208 V | 25 A | 32 A | 32 A |
| Courant nominal AC à 240 V | 25 A | 29,2 A | 32 A |
| Courant de sortie maximal à 208 V | 25 A | 32 A | 32 A |
| Courant de sortie maximal à 240 V | 25 A | 29,2 A | 32 A |
| Taux de distorsion harmonique du courant de sortie | <4 % | <4 % | <4 % |
| Courant de défaut maximal à la sortie | 30,4 A | 30,4 A | 30,4 A |

FRANÇAIS

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Durée du courant de défaut maximal à la sortie | 250 ms | 250 ms | 250 ms |
| Caractéristiques de synchronisation réseau/courant d'appel | Méthode 2/2,4 A | Méthode 2/2,4 A | Méthode 2/2,4 A |
| Fréquence de réseau assignée | 60 Hz | 60 Hz | 60 Hz |
| Plage de travail pour une fréquence du réseau AC de 60 Hz | 59,3 Hz à 60,5 Hz | 59,3 Hz à 60,5 Hz | 59,3 Hz à 60,5 Hz |
| Puissance de sortie à +60 °C (+140 °F) | > 3300 W | > 6700 W | > 6700 W |
| Facteur de puissance pour la puissance assignée | 1 | 1 | 1 |
| Plage du facteur de déphasage, réglable | $0,8_{inductif}$ à $0,8_{capacitif}$ | $0,8_{inductif}$ à $0,8_{capacitif}$ | $0,8_{inductif}$ à $0,8_{capacitif}$ |
| Phases d'injection | 1 | 1 | 1 |
| Phases de raccordement | 2 | 2 | 2 |
| Catégorie de surtension selon UL 1741 | IV | IV | IV |

### Rendement

| | SB6.0-1SP-US-41 | SB7.0-1SP-US-41 | SB7.7-1SP-US-41 |
|---|---|---|---|
| Rendement maximal à 208 V, $\eta_{max}$ | 97,3 % | 97,3 % | 97,3 % |
| Rendement CEC à 208 V, $\eta_{CEC}$ | 96,5 % | 96,5 % | 96,5 % |
| Rendement maximal à 240 V, $\eta_{max}$ | 97,7 % | 97,9 % | 97,5 % |
| Rendement CEC à 240 V, $\eta_{CEC}$ | 97,0 % | 97,0 % | 97,0 % |

## 10.2 Sortie AC, mode d'alimentation de secours

| | |
|---|---|
| Puissance AC maximale | 2000 W |

| | |
|---|---|
| Tension nominale AC | 120 V |
| Plage de tension AC | 109 V à 132 V |
| Courant de sortie maximal | 16 A |
| Charge minimale | 1 W |

## 10.3 Relais multifonction

| | |
|---|---|
| Tension de coupure maximale DC | 30 V |
| Courant de commutation maximal AC | 1,0 A |
| Courant de commutation maximal DC | 1,0 A |
| Charge minimale | 0,1 W |
| Durée de vie minimale (en cas de respect de la tension de coupure et du courant de commutation maximaux)[3] | 100000 cycles de commutation |

FRANÇAIS

## 10.4 Seuil et temps de déclenchement

| Fréquence de réseau assignée | Seuil de déclenchement | Fréquence de déclenchement | Temps de déclenchement |
|---|---|---|---|
| 60 Hz | > 60,5 Hz | 60,45 Hz à 60,55 Hz | max. 0,1602 s |
| | < 57 Hz à 59,8 Hz (Standard : 59,3 Hz) | 56,95 Hz à 59,85 Hz (Standard : 59,25 Hz à 59,35 Hz) | Réglable : 0,16 s à 300 s (Standard : max. 0,1602 s) |
| | < 57,0 Hz | 56,95 Hz à 57,05 Hz | max. 0,1602 s |

| Tension de réseau assignée | Seuil de déclenchement - Tensions de déclenchement | Tension de déclenchement – Conducteur neutre | Tension de déclenchement – L1 et L2 | Temps de déclenchement |
|---|---|---|---|---|
| 208 V | 50 % | 57,6 V à 62,4 V | 99,8 V à 108,2 V | max. 0,1602 s |
| | 88 % | 103,2 V à 108,0 V | 178,9 V à 187,2 V | max. 2,002 s |
| | 110 % | 129,6 V à 134,4 V | 224,6 V à 233,0 V | max. 1,001 s |
| | 120 % | 141,6 V à 146,4 V | 245,4 V à 253,8 V | max. 0,1602 s |

[3] Correspond à 20 ans pour 12 commutations par jour

| Tension de réseau assignée | Seuil de déclenchement - Tensions de déclenchement | Tension de déclenchement – Conducteur neutre | Tension de déclenchement – L1 et L2 | Temps de déclenchement |
|---|---|---|---|---|
| 240 V | 50 % | 57,6 V à 62,4 V | 115,2 V à 124,8 V | max. 0,1602 s |
| | 88 % | 103,2 V à 108,0 V | 206,4 V à 216,0 V | max. 2,002 s |
| | 110 % | 129,6 V à 134,4 V | 259,2 V à 268,8 V | max. 1,001 s |
| | 120 % | 141,6 V à 146,4 V | 283,2 V à 292,8 V | max. 0,1602 s |

**Précision de mesure :**

- Seuil de déclenchement : ±2 % de la tension de réseau assignée
- Temps de déclenchement : ±1 % du temps de déclenchement nominal
- Fréquence de déclenchement : ±0,2 % de la fréquence réseau assignée

FRANÇAIS

## 10.5 Données générales

| | |
|---|---|
| Largeur x hauteur x profondeur | 535 mm x 730 mm x 198 mm (21,1 in x 28,7 in x 7,8 in) |
| Poids | 26 kg (57,32 lbs) |
| Longueur x largeur x hauteur de l'emballage | 800 mm x 600 mm x 300 mm (31,5 in x 23,6 in x 11,8 in) |
| Poids de transport | 29 kg (63,93 lbs) |
| Plage de température de fonctionnement | -25 °C à +60 °C (-13 °F à +140 °F) |
| Température hors plage de fonctionnement | -40 °C à +60 °C (-40 °F à +140 °F) |
| Valeur maximale admissible d'humidité relative (avec condensation) | 100 % |
| Altitude maximale d'exploitation au-dessus du niveau moyen de la mer (NMM) | 3000 m (9843 ft) |
| Émissions sonores typiques pour SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | 39 dB(A) |
| Émissions sonores typiques pour SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | 45 dB(A) |
| Puissance dissipée en mode nocturne | < 5 W |

| | |
|---|---|
| Volume de données maximal par onduleur avec Speedwire/Webconnect | 550 Mo/mois |
| Volume de données supplémentaire en utilisant l'interface en ligne du Sunny Portal | 600 ko/heure |
| Topologie | Pas de séparation galvanique |
| Système de refroidissement pour SB3.0-1SP-US-41 / SB3.8-1SP-US-41 / SB5.0-1SP-US-41 / SB6.0-1SP-US-41 | Convection |
| Système de refroidissement pour SB7.0-1SP-US-41 / SB7.7-1SP-US-41 | Ventilateur |
| Indice de protection du boîtier selon UL50 | NEMA 3R |
| Classe de protection | 1 |
| Schémas de liaison à la terre | Couplage triangle 208 V,<br>Couplage triangle 240 V,<br>Couplage triangle 208 V : connexion étoile 120 V<br>Réseau monophasé à trois fils 240 V : 120 V |
| Homologations et normes nationales, en date du 04/2018 | UL 1741, IEEE 1547 |

FRANÇAIS

## 10.6 Ventilateur (seulement pour les Sunny Boy 7.0-US / 7.7-US)

| | |
|---|---|
| Largeur x hauteur x profondeur | 60 mm x 60 mm x 25,4 mm<br>(2,36 in x 2,36 in x 1 in) |
| Altitude maximale d'exploitation | 3000 m (9843 ft) |
| Débit d'air | ≥ 40 m³/h |

## 10.7 Dispositifs de protection

| | |
|---|---|
| Protection inversion de polarité DC | Diode de court-circuit |
| Résistance aux courts-circuits AC | Régulation du courant |
| Surveillance du réseau | SMA Grid Guard 4.0 |
| Ampérage maximal autorisé du fusible | 50 A |
| Surveillance du défaut à la terre SB3.0-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >600 kΩ |
| Surveillance du défaut à la terre SB3.8-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >600 kΩ |

| | |
|---|---|
| Surveillance du défaut à la terre SB5.0-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >600 kΩ |
| Surveillance du défaut à la terre SB6.0-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >500 kΩ |
| Surveillance du défaut à la terre SB7.0-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >429 kΩ |
| Surveillance du défaut à la terre SB7.7-1SP-US-41 | Surveillance d'isolement : $R_{iso}$ >391 kΩ |
| Unité de surveillance du courant de défaut sensible à tous les courants | présente |
| Détection d'arc électrique AFCI, type 1, listé selon UL1699B | présente |
| Système à arrêt rapide | Autodécharge à tous les câbles de raccordement DC et AC < 30 V |

FRANÇAIS

## 10.8 Couples de serrage

| | |
|---|---|
| Vis M5x60 pour la fixation de l'onduleur au support mural | 1,7 Nm ± 0,3 Nm (15,05 in-lb ± 2,65 in-lb) |
| Vis de fixation du couvercle du boîtier de la Connection Unit | 3 Nm ± 0,3 Nm (26,55 in-lb ± 2,65 in-lb) |
| Vis pour la mise à la terre sur les bornes de mise à la terre de l'équipement | 6 Nm ± 0,3 Nm (53,10 in-lb ± 2,65 in-lb) |
| Vis de la plaque à bornes **SPS** pour le raccordement de la prise de courant pour le mode d'alimentation de secours | 0,3 Nm (2,65 in-lb) |
| Vis de la plaque à bornes **DC-in** pour raccordement DC | 0,3 Nm (2,65 in-lb) |
| Vis de la plaque à bornes **AC-out** pour le raccordement AC | 0,3 Nm (2,65 in-lb) |

## 10.9 Capacité de la mémoire de données

| | |
|---|---|
| Rendements énergétiques au cours de la journée | 63 jours |
| Rendements quotidiens | 30 ans |
| Messages d'événement pour utilisateurs | 1024 événements |
| Messages d'événements pour l'installateur | 1024 événements |

# 11  Informations sur le respect des spécifications

## FCC Compliance

This device complies with Part 15 of the FCC Rules and with Industry Canada licence-exempt RSS standard(s).

Operation is subject to the following two conditions:

1. this device may not cause harmful interference, and
2. this device must accept any interference received, including interference that may cause undesired operation.

Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux appareils radio exempts de licence.

L'exploitation est autorisée aux deux conditions suivantes :

1. l'appareil ne doit pas produire de brouillage, et
2. l'utilisateur de l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est susceptible d'en compromettre le fonctionnement.

NOTE: This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/TV technician for help.

Changes or modifications made to this equipment not expressly approved by SMA Solar Technology AG may void the FCC authorization to operate this equipment.

## IC Compliance

This Class B digital apparatus complies with Canadian ICES-003.

Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

# 12 Contact

En cas de problèmes techniques concernant nos produits, prenez contact avec le Service en Ligne de SMA. Les données suivantes sont indispensables à une assistance ciblée :

- Type d'appareil
- Numéro de série
- Version du micrologiciel
- Message de l'événement
- Lieu et hauteur de montage
- Type et nombre de panneaux photovoltaïques
- Équipement en option, par exemple produits de communication
- Nom de l'installation dans le Sunny Portal (le cas échéant)
- Données d'accès pour le Sunny Portal (le cas échéant)
- Réglages spéciaux régionaux (le cas échéant)
- Mode de fonctionnement du relais multifonction



https://go.sma.de/service

FRANÇAIS

Access data for the registration in Sunny Portal and WLAN password | Datos de acceso para registrarse en el Sunny Portal y contraseña WLAN | Données d'accès pour l'enregistrement sur le Sunny Portal et mot de passe WLAN

Serial number

Installer password | Contraseña de instalador | Mot de passe installateur

User password | Contraseña del usuario | Mot de passe utilisateur





www.SMA-Solar.com

