# EXHIBIT 10



# JMS-F SUNSPEC RAPID SHUTDOWN DEVICE



JMS-F

IMAGE FOR ILLUSTRATIVE PURPOSES ONLY

| Cost-effective | Simple and robust | Safe and certified | Reduced risk |
|---|---|---|---|
| • Simple plug-and-play installation<br>• No additional components necessary, reducing balance of system costs | • Power line based communication certified for compatibility with the SunSpec signal for rapid shutdown<br>• Shuts down PV module whenever SunSpec signal is interrupted | • Certified and listed for compliance to:<br>  » UL 1741 Rapid Shutdown System Equipment<br>  » NEC 2017 690.12(B)(2) Module Level Shutdown | • Technical support from SMA's #1 ranked service organization<br>• Fully SunSpec certified solution when paired with an SMA SunSpec certified inverter |

## JMS-F SUNSPEC RAPID SHUTDOWN DEVICE

The easy module level rapid shutdown solution

The SunSpec Certified Rapid Shutdown System (model JMS-F), available from SMA, is the most cost-effective and reliable solution for fulfilling NEC 2017 module level shutdown requirements. The module-level device is certified for compatibility with the SunSpec communication signal and SMA inverters, making compliance simple and easy. By using the existing DC lines between the inverter and PV array for power line communications, installation and labor are significantly reduced. No additional wires or communication equipment is needed. The solution also features up to 50% fewer internal components vs alternatives, resulting in greater lifetime reliability.

www.SMA-America.com

Technical data JMS-F

### Input (DC)

| | |
|---|---|
| Rated DC input power | 600 Wp |
| Maximum PV module open circuit voltage | 60 V |
| Minimum input voltage | 10 V |
| Maximum continuous input current $I_{MAX}$ | 15 A |
| Maximum short-circuit input current $I_{SC}$ | 15 A |

### Output (DC)

| | |
|---|---|
| Output power range | 0 W to 600 W |
| Maximum output voltage | 60 V |
| Standby output voltage | 1 V |
| Maximum system voltage | 1500 V |
| Allowable series string connections | 6 to 30 JMS-F devices |

### Mechanical

| | |
|---|---|
| Dimensions L / W / H in mm (in) | 89 x 88.5 x 23.1  (3.5 x 3.48 x 0.9) |
| Weight (including cables) | 0.95 lb (435 g) |
| Input / output connector | MC4 |
| Output wire length | 1.2 m |
| Operating temperature range | −40°C to +75°C  (−40°F to +167°F) |
| Enclosure rating | Type 4X (as per UL 50E) |
| Relative humidity | 0% to 100% |

### Features and compliance

| | |
|---|---|
| Certification | UL 1741 Rapid Shutdown Equipment |
| Communication mode | Power Line Communication (PLC) |
| SunSpec Rapid Shutdown Communication Protocol | SunSpec certified |
| Rapid shutdown time | 10 seconds |
| Warranty (contact SMA Service Line) | 25 years |
| | |
| SunSpec certified SMA inverters | Sunny Boy US (SBx.x-1SP-US-41) |
| | Sunny Tripower CORE1-US (STP xx-US-41) |
| | |
| | |
| Type designation | JMS-F |
| SMA part number | 119814-00.01 |
| Package quantity | 40 |

**SYSTEM DIAGRAM**



**BRACKET DIMENSIONS**



Toll Free +1 888 4 SMA USA

www.SMA-America.com

**SMA America, LLC**

SMA-SunSpecRSD-DS-en-19    SMA and Sunny Boy are registered trademarks of SMA Solar Technology AG.  JMS-F manufactured by JMTHY Technology Co. Ltd., China for SMA America, LLC.
Printed on FSC-certified paper. All products and services described as well as technical data are subject to change, even for reasons of country-specific deviations, at any time without notice. SMA assumes no liability for errors or omissions. For current information, see www.SMA-Solar.com.