**GT GreenbergTraurig**

Benjamin J. Schladweiler
Tel 302.661.7352
Fax 302.661.7163
schladweilerb@gtlaw.com

January 6, 2023

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court for
the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  *Tigo Energy Inc. v. SMA Solar Technology America LLC*,
C.A. No. 22-915-GBW

Dear Judge Williams:

Pursuant to the Court's December 7, 2022 Oral Order (D.I. 27), enclosed please find the parties' [Proposed] Scheduling Order. The parties' remaining disagreements concern footnotes 1 and 2. The parties' respective proposals are bracketed in the proposed order.

Should the Court have any questions or concerns, counsel remains available at the Court's convenience.

Respectfully,

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler

cc:    All Counsel of Record (via CM/ECF)