IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIGO ENERGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SMA SOLAR TECHNOLOGY AMERICA LLC and SMA SOLAR TECHNOLOGY AG, <br><br> Defendants. | C.A. No. 22-915-GBW |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Tigo Energy Inc. and Defendants SMA Solar Technology America LLC and SMA Solar Technology AG, subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above action is hereby dismissed, including any and all claims and counterclaims asserted, with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

/s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
Greenberg Traurig, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7355
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Plaintiff*

/s/ Adam W. Poff
Adam W. Poff (#3990)
Samantha G. Wilson (#5816)
Alexis N. Stombaugh (#6702)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Phone: (302) 571-6600
apoff@ycst.com
swilson@ycst.com
astombaugh@ycst.com

*Attorneys for Defendants*

Dated: May 14, 2025

SO ORDERED this 15th day of May, 2025

_____
United States District Judge